# EXHIBIT A

2

U.S. Immigration and Customs Enforcement I.C.E.
Office of Detention and Removal
U.S. Department of Homeland Security
10 New England Executive Park
Burlington, MA 01803

BRISTOL COUNTY SHERIF'S OFFICE
Sheriff Thomas M. Hodgson
400 Faunce Corner Road
North Dartmouth, MA 02747

CPS Correctional Healthcare
Bristol County Correctional Center
400 Faunce Corner Road
North Dartmouth, MA 02747

Massachusetts Department of Health
250 Washington Street
Boston, MA 02110

A.C.L.U.
American Civil Liberties Union Foundation Massachusetts
Att. Kathleen Navin, Esq.
211 Congress Street
Boston, MA 02110

North Dartmouth, March 18, 2020

To whom it might concern:

The I.C.E. detainees of unit B of the Bristol County Correctional Center, individually and collectively would like to highlight serious concerns about the outbreak of the COVID-19 Virus within the facility of Bristol Correctional Center.
The facility safety conditions and the conditions of it's personnel, in light of two recent and separate episodes have raised the concern into a very serious matter.
Specifically, on March 14, 2020 a Correctional Officer was observed to be symptomatic of the COVID-19 Virus during his shift followed by another C.O. on March 16, 2020 that was later on repleced by a collegue.
Two separate and serious episodes recently occurred and have alarmed the entire detainee population of unit B and prompted a number of detainees to file their own Sick Call /Medical Encounter Request.
Unit B in comprised of sixty-six (66) beds, fifty-seven (57) of them occupied, one of them filled as recently as 24 hours ago.

2

Two major concerns are expressed in this letter:

1.  The reckless behaviur of the two separate Correctional Officers that reported for duty showing symptoms of the COVID-19 Virus created extreme alarm and anxiety among all detainees;

2.  The overcrowded living conditions of the detainees in unit B, fifty-seven (57) to be precise is in net contrast with State mandatory guidelines of max 25 and Federal guidelines of a max of 10. This is unacceptable to the health and wellbeing of all detainees.
    On March 15, 2020 a note was posted in the unit by Sheriff Thomas M. Hodgson's office stating among other the following: "...Given the close quarters and need for daily contact, our correctional facilities and jail are extremely vulnerable for residents, staff, volunteers, and visitors to become infected."
    The three (3) feet distance between bunk beds is in net contrast with the mandatory six (6) feet safety distance between individuals.

3.  Today at around 12:00pm medical personell in their unofficial vest stated that the infection of the whole ICE facility population is inevitable and will occur within the next 30 days.
    Such statement spreaded faster than the virus itself among detainees that are now extremely agitated and panicking.

Accordingly, it is imperative that the following measures should be implemented effectively immediately:

1.  Detainees with serious medical condition should be released immediately;

2.  Detainees considered low risk (without aggravated felonies), or detainees who have not had their bond hearing should be released immediately;

3.  Detainees with scheduled hearings that gets rescheduled shall qualify for immediate bond hearing/release;

4.  Detainees who consented to be deported, yet still present at the facility shall depart the U.S. within five (5) business days.

If you have any further question please address your correspondence to TEAM B attention
Darcy McMenamin Bristol County Correctional Center, ICE B, 400 Faunce Corner Road
North Dartmouth, MA 02747

Respectfully submitted and signed by 51 detainees. Original is attached.
The remaining six inmates refused to sign the petition in fear of retaliation.

| ID | Firma / Name |
|---|---|
| ID # 198710 | Arreaga Marvin |
| ID # 196670 | Elmer Gomez Gomez |
| ID # 198234 | Carlos Menjivar-Rojas |
| # 196644 | Jose CAIDAS |
| # 198722 | Oscar Alvarez |
| # 198811 | Diego Isael Amador Galindo |
| # 197021 | Morale Figueroa Julio |
| 198647 | Manuel CHUN |
| 198280 | Rodriguez Osegueda, Erik |
| 198409 | Bonilla Garcia DARWIN |
| 197694 | Julian Mesa Franco |
| 197273 | Segundo Armijos |
| 198825 | Jose H. Beltran Araujo |
| 198810 | DIEGO GUAILAN TIXI |
| 198713 | Sandro Vera |
| 198657 | Alarcon Mercedes |
| 198627 | Francisca Ortiz |
| 198656 | MARCO BATTISTOTTI |
| 198744 | Jucine Lema |
| 198734 | |

Team Letter

| BED # | ID # | NAME |
|---|---|---|
| 1 | VACANT | |
| 2 | 196586 | Victor Peguero-Vasquez |
| 3 | VACANT | |
| 4 | 198275 | SEGUNDO ARMIJOS |
| 5 | 198273 | GUAMAN TIXI DIEGO |
| 6 | 198744 | MARCO BATTISTOTTI |
| 7 | 198210 | Edwardo Tejada |
| 8 | 194843 | [illegible] |
| 9 | 168302 | Miguel Lucas Ixc |
| 10 | 198234 | Elmer Gomes Gomes |
| 11 | 198792 | Jose Caidas |
| 12 | 197021 | Diego Isael Amado Galindo |
| 13 | VACANT | |
| 14 | 198318 | Ricardo Florez |
| 15 | 197934 | Mario Ivan Pillco Morocho |
| 16 | 196566 | Sanchez Lopez Victor Manuel |
| 17→20 | 19-5877 | Abdoulaye Foll |
| 18 | 193485 | Pascual Montes Santos |
| 19 | 198718 | German Miranda T. |
| 20→17 | — | |
| 21 | 198810 | Jose Beltran Araujo |

Team Letter

| # | ID | Name |
|---|---|---|
| 22 | 198647 | Julio C. Figueroa Morales |
| 23 | 198627 | Alarcon Mercedes |
| 24 | 197919 | Kevin Coleto |
| 25 | NA | No Bed |
| 26 | NA | No Bed |
| 27 | 191813 | GARANG LUAL |
| 28 | 198315 | Osvaldo Mata |
| 29 | 198636 | REHSO JIMENEZ JEREZ |
| 30 | | |
| 31 | 198681 | Julio Inio |
| 32 | | |
| 33 | VACANT | |
| 34 | 196784 | Lloyd Wafula |
| 35 | 198654 | Sandro Vera |
| 36 | 197273 | Julian Mesa Franco |
| 37 | 198299 | JUAN CARLOS Illicachi |
| 38 | 196670 | Arreaga E. Marvin |
| 39 | 198280 | Myrvel Chur |
| 40 | 196644 | Carlos Menjivar |
| 41 | 198654 | Jesus Mato |
| 42 | 196815 | Conroy Lewis |
| 43 | 198634 | Donovan Smith |

918233

| # | ID | Team Letter |
|---|---|---|
| 44 | 9~~1833~~ | Hussion hussion |
| 45 | NACANT | |
| 46 | — | |
| 47 | 198656 | Francisco Ortez |
| 48 | 197694 | Bonill Garcia Darwin |
| 49 | 198734 | Jvcimei Louma |
| 50 | 198429 | Rodriguez osequera, Evik |
| 51 | 197695 | Edy Ramirez |
| 52 | 154243 | Cesar F Vargas Vasquez |
| 53 | VACANT | |
| 54 | — | |
| 55 | 197826 | AHMED HASSAN |
| 56 | 195606 | Harlen Perez |
| 57 | VACANT | |
| 58 | 197734 | Aaron Soe |
| 59 | 198811 | Oscar Reura |
| 60 | 197559 | Edson Martin |
| 61 | VACANT | |
| 62 | 197670 | Doug O'Cllon |
| 63 | VACANT | |
| 64 | 195858 | Hari Prode |
| 65 | 198259 | Javier Lorenzo Muty |
| 66 | 198195 | Abel Premoton Dominguez |
| 67 | 198586 | Ricardo Ortega Vasquez |
| 68 | — | |

Page 5

NOTE:

WE ARE HOPING THAT YOU WILL MOBILIZE ON OUR BEHALF BY CONTACTING YOUR LOCAL CONGRESSMAN AND ANY AND ALL TV AND MEDIA OUTLET, ALONG WITH YOUR LOCAL AMERICAN CIVIL LIBERTIES UNION FOUNDATION (U.C.L.U) AT THE ADDRESS POSTED ON OUR LETTER.

WE ARE TRAPPED INSIDE A STORAGE AND IN FEAR FOR OUR LIFE. PLEASE HELP!

THANK YOU. TEAM B

Page 1