# EXHIBIT B

DETAINEE'S LETTER #2

U.S. Immigration and Customs Enforcement I.C.E.
Office of Detention and Removal
U.S. Department of Homeland Security
10 New England Executive Park
Burlington, MA 01803

U.S. Senator Elizabeth Warren
15 New Sudbury Street, Suite 2400
Boston, MA 02203

BRISTOL COUNTY SHERIF'S OFFICE
Sheriff Thomas M. Hodgson
400 Faunce Corner Road
North Dartmouth, MA 02747

U.S. Senator Ed Markey
218 Russell Senate Office Building
Washington, DC 20510

CPS Correctional Healthcare
Bristol County Correctional Center
400 Faunce Corner Road
North Dartmouth, MA 02747

U.S. Representative Joseph Kennedy III
8 North Main Street, Suite 200
Attleboro, MA 02703

Massachusetts Department of Health
250 Washington Street
Boston, MA 02110

U.S. Representative Bill Keating
128 Union Street, Suite 103
New Bedford, MA 02740

A.C.L.U.
American Civil Liberties Union Foundation Massachusetts
Att. Kathleen Navin, Esq.
211 Congress Street
Boston, MA 02110

Consulates of jurisdiction of each detenees.

North Dartmouth, March 23, 2020



To whom it might concern:

The I.C.E. detainees of unit B of the Bristol County Correctional Center, individually and collectively would like to highlight serious concerns about the outbreak of the COVID-19 Virus within the facility of Bristol Correctional Center. The facility safety conditions and the conditions of it's personnel, in light of two recent and separate episodes have raised the concern into a very serious matter.
Specifically, on March 14, 2020 a Correctional Officer was observed to be symptomatic of the COVID-19 Virus during his shift. He never returned to unit B leaving all detainees very worried. The second C.O. that showed symptoms was on March 16, 2020 and was later replaced by a collegue to then return with coughing and sneezing.
Those two separate and serious episodes recently occurred have alarmed the entire detainee population of unit B and prompted a number of detainees to file their own Sick Call/Medical Encounter Request.
On March 22, 2020 C.O. Aylwart during a conversation with one of the detainees stated the following: "You don't get it, this [coronavirus] is nothing more than a flu" missing the gravity of the situation entirely. Once told the current situation the Italy is experiencing he dismissed the topic entirely. This naive behavior is of a grave concern of us. How can we be sure that this CO adheres the Federal recommendations when he totally ignores the existence of the Covid-19? His behavior was reckless to say the least.

Unit B in c, omprised of sixty-six (66) beds, fifty-seven (57) of them occupied, one of them filled as recently as less than a week ago.

**Our concerns are the following:**

1    The reckless behavior of the two separate Correctional Officers that reported for duty showing symptoms of the COVID-19 Virus created extreme alarm and anxiety among all detainees.

2    The naive behavior of C.O. Aylwart created fear and anxiety among us and should not be permitted.

3    The lack of reassurance from top management that those officers posed no risk to us is unacceptable. We need for ICE to assure us all that we are safe here.

4    The overcrowded living conditions of the detainees in unit B, fifty-seven (57) to be precise is in net contrast with State mandatory guidelines of max 25 and Federal guidelines of a max of 10. This is unacceptable to the health and wellbeing of all detainees.
On March 15, 2020 a note was posted in the unit by Sheriff Thomas M. Hodgson's office stating among other the following: "...Given the close quarters and need for daily contact, our correctional facilities and jail are extremely vulnerable for residents, staff, volunteers, and visitors



to become infected."
The three (3) feet distance between bunk beds is in net contrast with the mandatory six (6) feet safety distance between individuals.
On March 22, 2020 Sec. of Homeland Security Chad Wolf in a televised interview stated the following when referring to ICE detention centers: "There is a serious danger for the officers" as if detenees are somehow immune from contractig the Covid-19 through correctional officers as vehicle.

5    On March 18, 2020 at around 12:00pm medical personell in their unofficial vest stated that the infection of the whole ICE facility population is inevitable and will occur within the next 30 days.
Such statement spreaded faster than the virus itself among detainees that are now extremely agitated and panicking.

**Accordingly, it is imperative that the following measures should be implemented effectively immediately:**

1    Detainees with serious medical condition should be released immediately. Our survey collected a total of 28 inmates that have conditions such as:
Hernia
Pacemaker
Herniated disk
Falsimia (Leukemia)
High blood pressure
Complex tear of the upper meniscus (right knee)
Healing bone fracture
Fractured rib
Atsma
Cancer survivor
Urinal track infection
Heart problem
Severe back spinal injury
High blood pressure
Diabete
Low white blood cell count
Tested positive for TB
Recovering from broken shoulder
High cholesterol
Kidney stones
Dental
Back pain
Ceasures
Severe COPD/Emphyzema
70% lung function
Double desection of main neck arteries
Stroke (recent)
Recent internal bleeding



       Diagnosed with weak immune system
       Mental health issues
       Fear and anxiety
       Depression
       Stress
       Headaches
       Difficult in sleeping
       PTSD
       Bypolar depression
       Schitzophrenia
       Double personality disorder

2    Detainees considered low risk (without aggravated felonies), or detainees who have not had their bond hearing should be released immediately;

3    Detainees with scheduled hearings that gets rescheduled shall qualify for immediate bond hearing/release;

*[handwritten margin: 3/23/20  2:00 AM]*

4    Detainees who consented to be deported, yet still present at the facility shall depart the U.S. within five (5) business days. Our survey shows that eleven (11) detainees have a final deportation order, some of them as old as of July 2019. Those detainees are now being held hostage by ICE.

*[handwritten margin: 4, 36, 14, 10, 51, 50, departed]*

### In the meantime, in no particular order:

5    The current chow is inadequate for us all, it is weak and does not provide us enough nutrients to fight even a simple disease, nevertheless to say a Civid-19. We are respectfully asking the following:
Chow should have more nutrients, we should have red meat, more vegetable, more fruit and more variety. We eat rice and potatoes at least seven (7) times/week. This regime is borderline punitive.
We are detainees and not prisoners nor hostages.

6    The facility must be decontaminated as stated by the Sheriff. It has not been despite his televised message last week.

7    The above mentioned televised message should be distributed in writing in the spanish language.

8    We need to be reassured that both CO (Salvator and Santos) are in healthy conditions.

9    Starting immediately all non-detainees personell entering the ICE facility should wear gloves and mask at all times as implemented in ICE court. <u>This is non-negotiable.</u>

10    Clergy should be allowed to visit us. Yesterday a group of clergy from PEAR were not allowed to meet with us and they were forced



to return back to Boston without meeting with us.

11   Please <u>do not</u> open or take our mail. Our mail should reach the intended person in its original format.

12   Same as above for the greviance. Third party only (no Liutenants) should retrieve greviance.

13   Please provide us with a free/unlimited use of the phone (including international calls) for the next four (4) weeks.

14   Please provide us with accurate informations regarding officers/personell/prisoners and or detainees that have been tested positive for the Covid-19 Virus in real time.

15   Starting immediately, ICE detainees should not have any contact with prisoners when in the medical facility, or in any other facilities.

16   Starting immediately the scanning device in booking facility should be disinfected after each scan.

17   Provide hand sanitizer at point of egress.

18   Provide assurance that the soap in our bathroom kills 99.9% of germs and bacteria and has not been diluted.

19   Provide cleaning workers with yellow rubber gloves, adequate scrubber/floor brush to clean bathrooms.

20   Provide us with adequate product to disinfect the phone after each use.

We are looking forward to address all the above on March 23, 2020 with ICE major.

Respectfully submitted and signed by 52 detainees.
The remaining five inmates refused to sign the petition in fear of retaliation.

- Team B



LT will take care of receiving products