**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| Maria Alejandra Celimen Savino, *et al.*, <br><br>*Petitioners-Plaintiffs,* <br><br>v. <br><br>Thomas Hodgson, Bristol County Sheriff in his Official Capacity, *et al.*, <br><br>*Respondents-Defendants.* | ) <br> ) <br> ) <br> ) <br> )  Case No. 1:20-cv-10617 WGY <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE AND MOTION FOR TEMPORARY RESTRAINING ORDER

Please take notice that, as soon as they may be heard, Plaintiff-Petitioners hereby move, pursuant to Fed. R. Civ. P. 65, for a temporary restraining order and humanitarian release for themselves and all those similarly situated – specifically, all current and future civil immigration detainees held by Respondents-Defendants at the Bristol County House of Corrections and C. Carlos Carreiro Immigration Detention Center in North Dartmouth, Massachusetts. The following relief is requested:

1. Release of plaintiffs and all similarly situated detainees in Bristol County Immigration Detention Facilities on their own recognizance with appropriate precautionary public health measures, or, in the alternative, release plaintiffs and all similar situated detainees in Bristol County Immigration Detention Facilities into community-based alternatives to detention, such as conditional release, supervision or electronic monitoring, with appropriate precautionary public health measures;

2. [In the alternative,] implementation of public health guidance and protocols designed to prevent the transmission of COVID-19;

3. Ceasing placing new detainees in Bristol County Immigration Detention Facilities until all public health protocols designed to prevent the transmission of COVID-19 have been implemented; and

4. Effectuating the release of Plaintiffs and all similarly situated detainees at Bristol County Immigration Detention Facilities upon the posting of the appropriate bond, if bond was previously set by ICE or an Immigration Judge.

This motion is supported by an accompanying Memorandum of Law, Petition for Writ of Habeas Corpus and Complaint for Injunctive and Declaratory Relief, and by declarations of the named Plaintiffs, other similarly situated detainees, relatives of detainees, attorneys working on their behalf, and leading medical and public health experts.

**Notice** – As further detailed in the Declaration of Oren Sellstrom in Support of Temporary Restraining Order, filed concurrently herewith, on March 27, 2020 at approximately 9:00 a.m., counsel for Plaintiffs sent an e-mail to Attorney Robert Novack, Assistant U.S. Attorney Eve Piemonte, Assistant U.S. Attorney Michael Sady, and Assistant U.S. Attorney Rayford Farquhar to advise of the emergency reasons requiring them to seek a temporary restraining order and attaching copies of the Complaint. At approximately 7:30 p.m. on March 27, 2020, counsel for Plaintiffs emailed the above-referenced counsel advising them that Plaintiffs were preparing to file the temporary restraining order and attaching all documents to be filed.

Dated: March 27, 2020

Respectfully Submitted,

    /s/ Oren Sellstrom
Oren Nimni (BBO #691821)
Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal†

Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
osellstrom@lawyersforcivilrights.org


Grace Choi, Law Student Intern[*]
Kayla Crowell, Law Student Intern[*]
Laura Kokotailo, Law Student Intern[*]
Aseem Mehta, Law Student Intern[*]
Alden Pinkham, Law Student Intern[*]
B. Rey, Law Student Intern[*]
Megan Yan, Law Student Intern[*]
Reena Parikh[†]
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

---

† Motion for admission *pro hac vice* forthcoming.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, the above-captioned document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

 /s/      Oren Sellstrom