UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Maria Alejandra Celimen Savino, et al., )
)
Petitioners, )
) Civ. No. 1:20-cv-10617
v. )
) **AFFIDAVIT OF**
Thomas Hodgson, et al., ) **REENA PARIKH**
)
Respondents. )

I, Reena Parikh, being duly sworn, do depose and declare that the following statements are true to the best of my knowledge:

1. My name is Reena Parikh. I am a member in good standing in every jurisdiction to which I am admitted to practice: New York (# 5306287) and New Jersey (# 048202011).

2. I am a Robert M. Cover Clinical Teaching Fellow at Yale Law School, 127 Wall Street, New Haven, CT, where I co-teach in the Worker & Immigrant Rights Advocacy Clinic.

3. There are no disciplinary actions pending against me in any jurisdiction. I have not been denied admission of any kind or been disciplined by any court, nor has any kind of admission of mine been revoked for misconduct in this court or any court.

4. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with them.

Signature: _RAParikh_

Date: _3/27/20_

Subscribed and sworn to before me, a notary public, on this 27 day of March, 2020.

[Notary seal: MELISSA D. LEE, NOTARY PUBLIC, COMMONWEALTH OF MASSACHUSETTS, MY COMMISSION EXPIRES OCTOBER 23, 2026]