IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, *et al.*,<br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>THOMAS HODGSON, *et. al.*,<br>　　　　*Defendants*. | No. 20-cv-10617-WGY |

**MOTION FOR LEAVE TO FILE DECLARATION AS *AMICUS CURIAE***

　　Rick Raemisch, former Executive Director of the Colorado Department of Corrections and Secretary of the Wisconsin Department of Corrections, hereby requests permission to file the attached declaration as *amicus curiae* in this case.  Mr. Raemisch and undersigned counsel believe that his statement can assist this Court in responding to the challenges faced by detained and incarcerated people and by staff due to the high risk of severe illness from COVID-19. Mr. Raemisch provides the attached statement to help this Court and the parties to proceed in a manner that best serves public safety and public health in this unprecedented crisis.

　　The plaintiffs have consented to this motion.  Counsel for defendants, provided a copy of the proposed *Amicus* declaration this morning, have not yet responded with their clients' position on this motion.

　　Mr. Raemisch has decades of experience in criminal justice.  After being appointed the Executive Director of the Colorado Department of Corrections in 2013, Mr. Raemisch helped that department to undertake many reforms.  He previously served as the Secretary of the Wisconsin Department of Corrections, the elected sheriff of Dane County, Wisconsin, an Assistant United States Attorney for the Western District of Wisconsin, and an Assistant District

Attorney in Dane County, Wisconsin. He holds a J.D. awarded cum laude by the University of Wisconsin School of Law. *See* Raemisch Declaration ¶¶ 2-6, Exh. 1 at 1-2.

Mr. Raemisch has testified on corrections matters before a United States Senate Subcommittee. He has served as a member of the United States Delegation to the United Nations convenings in Cape Town and Vienna tasked with revising its standards for the treatment of prisoners, adopted by the U.N. General Assembly in 2015 and known as the Nelson Mandela Rules. He has been invited to participate in numerous forums on corrections law and policy, including at Yale Law School, New York University Law School, John Jay College of Criminal Justice, and the Ninth Circuit. His colleagues have repeatedly recognized his contributions. He has received numerous awards for his work, including the 2018 International Corrections and Prisons Association Head of State Award, the 2017 Association of State Correctional Administrators Tom Clements Award, and the 2016 National Alliance on Mental Illness Sam Cochran Award. *See* Raemisch Declaration at ¶¶ 7-10, Exh. 1 at 3.

As reflected in his statement, Mr. Raemisch believes that it is incumbent upon him during the COVID-19 pandemic to volunteer his expertise to aid courts and public officials in understanding the urgent need – and the best approaches – to reduce substantially incarceration levels in order to protect the health and safety of incarcerated people, correctional and medical staff, and the broader community. *See* Raemisch Declaration at ¶ 12. If this Court or the parties were to believe it useful, he would be willing to provide help with respect to the resolution of the case. *See* Raemisch Declaration at ¶ 29.

Mr. Raemisch recently has been approved to participate in a pair of consolidated cases as *Amicus Curiae*. *See Coleman v. Newsom*, No. 90-cv-00520-KJM-DB (N.D. Cal.), DE 6554

(Order dated March 31, 2020) (Tigar, J.); *Plata v. Newsom*, No. 01-cv-0351-JST (N.D. Cal.), DE 3245 (Order dated March 31, 2020) (Tigar, J.).

      Accordingly, Mr. Raemisch requests leave to file the attached amicus declaration.

Respectfully submitted,

RICK RAEMISCH

By his attorney,

    */s/ William Fick*
WILLIAM W. FICK, ESQ.
(BBO # 650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
WFICK@FICKMARX.COM

Of counsel:
JUDITH RESNIK, ESQ.
(Conn. Bar No. 049660)
127 Wall St.
New Haven, Connecticut 06520
JUDITH.RESNIK@YALE.EDU

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2020.

    */s/ William Fick*