UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                 )
MARIA ALEJANDRA CELIMEN SAVINO,  )
JULIO CESAR MEDEIROS NEVES,      )
All those similarly situated,    )
                                 )
                  Petitioners,   )
                                 )
        v.                       )   CIVIL ACTION
                                 )   NO. 20-10617-WGY
STEVEN J. SOUZA,                 )
Superintendent Bristol County    )
House of Corrections in his      )
Official Capacity,               )
                                 )
                  Respondent.    )
_____)
```

YOUNG, D.J.                                                                                        April 2, 2020

**ORDER**

**GROUP 1**

| FIRST NAME | LAST NAME |
|---|---|
| GERSON | MCGLASHIN |
| HAYK | KHACHATRYAN |
| HENRY | URBINA-RIVAS |
| KOKOU | AZIABO |
| ROBSON | MARIA-DE OLIVEIRA |
| MOHAMAD | BASSYOUNI |
| JESSE | MAINA |
| JERVIS | VERNON |
| SRIKALATHAN | ROHAN |
| FIRDAVS | SALOKHIDINOV |
| RUBEN | POGHOSYAN |
| MARCIO | DE SAUZA |

**SO ORDERED.**

                                                                       /s/ Wiliam G. Young
                                                                       WILLIAM G. YOUNG
                                                                       DISTRICT JUDGE