```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

_____
                                           )
MARIA ALEJANDRA CELIMEN SAVINO,            )
JULIO CESAR  MEDEIROS NEVES,               )
and all those similarly situated,          )
                                           )
                        Petitioners,       )
                                           )
            v.                             )       CIVIL ACTION
                                           )       NO. 20-cv-10617-WGY
STEVEN J. SOUZA,                           )
                                           )
                        Respondent.        )
_____)

YOUNG, D.J.                                                April 4, 2020

**ORDER**

As set forth at the hearing on April 3, 2020, it is hereby Ordered:

1.   Upon release by respondent of Hayk Khachatyan, Kokou Aziabo, Srikalathan Rohan, Firdavs Salakhidinov, Ruben Poghosyan, and Marcio De Sauza, the petition with respect these individuals is MOOT.

2.   The Court grants bail to Henry Urbina Rivas, Robson Maria-De Oliveira, and Jervis Vernon pending resolution of the habeas corpus petition, upon all bail conditions deemed appropriate and imposed by ICE, and the following additional terms and conditions as to each of them: (a) release only to an acceptable custodian; (b) such custodian will pick the releasee

up outside the facility by car;  (c) releasee will be taken from the facility to the place of residence previously identified to ICE (ICE shall notify the state and local law enforcement authorities about their presence and thee details of their bail status); (d) releasees are to be fully quarantined for 14 days from date leaving facility to the residence; (e) during and after the 14-day quarantine, releasees will remain under house arrest, without electronic monitoring, and shall not to leave the residence for any reason save to attend immigration proceedings or attend to their own medical needs should those needs be so severe that they have to go to a doctor's office or hospital (in which case they shall notify ICE as soon as practicable of their medical necessity); (f) releasees are not to be arrested by ICE officers unless: (i) upon probable cause a warrant is issued by a United States Magistrate Judge or United States District Judge that they have violated any terms of their bail, or (ii) there is a final order of removal making them presently removable from the United States within two weeks. The Court may, sua sponte or on motion of the parties, modify or revoke the bail provided herein.

    3.  Bail is DENIED without prejudice to Mohamad Bassyouni subject to resubmission by petitioners' counsel of a more detailed request.

4. The Court continues its consideration of bail for Gerson McGlashin. Respondent shall by the 5:00 p.m. April 6, 2020, provide a detailed explanation to the Court of how ICE intends to execute the final removal order within the next two weeks.

5. The Court continues its consideration of bail for Jesse Maina. Petitioner shall by Friday, April 10, 2020 provide the Court with a detailed plan of where he would reside, with whom, and who would be the custodian.

6. The parties shall by 4:00 pm, Saturday, April 4, 2020, submit, a single list (if possible) of 50 detainee names without regard to groupings previously identified by the Court. If no list is provided, or multiple lists are provided, then the Court will select its own list by 4:00 pm on Sunday, April 5, 2020. The Court proposes, if possible, to review ten petitions for bail per day beginning Tuesday, April 7, 2020, and continuing Wednesday, Thursday, Friday and Monday of the following week. As soon as practicable before each hearing date, the Court requests the parties submit briefing as to each detainee's circumstances relevant to the Court's bail determination.

7. The proposed stipulated Protective Order (ECF No. 39-1) is adopted as submitted. All parties are bound by the protective order, including the parties in the related matter.

8. Counsel for Darcy McMenamin and Gerardo Portillo shall by 12:00 noon on Monday April 6, 2020 notify the Court of their response to the respondent's counsel's proposal in the related action and whether that matter is resolved.

9. The 48-hour notification order issued in this action (ECF No. 22) does not apply to those voluntarily released by respondent in paragraph 1, supra, as the petition is moot as to those individuals, but it remains in effect as to those individuals granted bail by this Court and all other class members.

**SO ORDERED.**

          /s/ William G. Young
          WILLIAM G. YOUNG
          DISTRICT JUDGE