```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                     )
MARIA ALEJANDRA CELIMEN SAVINO,      )
JULIO CESAR MEDEIROS NEVES,          )
and all those similarly situated,    )
                                     )
                    Petitioners,     )
                                     )
          v.                         )    CIVIL ACTION
                                     )    NO. 20-cv-10617-WGY
STEVEN J. SOUZA,                     )
                                     )
                    Respondent.      )
_____)
```

YOUNG, D.J.                                            April 5, 2020

## ORDER

The order of submission of briefs on individual applications for bail is as follows:

<u>Tuesday, April 7, 2020, 9:00 a.m.</u>

1. Montes-Santos, Pascual
2. Figueroa-Moralis, Julio
3. Smith, Donovan
4. James, Andrea
5. Thomas, Joko
6. Thomas, Akeim
7. Perez, Harlen
8. Sanchez-Lopez, Victor
9. Candelaria-Echegoyen, Hugo
10. Paul, Schnaider

Wednesday, April 8, 2020, 9:00 a.m.:

1.  Nikiforidis, Georgios
2.  Almanzar, Juan
3.  Peguero-Vasquez, Victor
4.  Kita Tshimanga, Antoni
5.  Vargas, Cesar
6.  Ferreira, Pamlar
7.  Jaramillo-Quiroz, Hector
8.  Al Amiri, Salim
9.  Hussein, Hussien
10. Mota, Osvaldo

Thursday, April 9, 2020, 9:00 a.m.:

1.  Ramirez-Maldanado, Ranferi
2.  Rojas-Ceballos, Juan
3.  Vasquez-Vasquez, Obed
4.  Corleto, Kevin
5.  Bengu Blocker, Thembelihle
6.  Masimular, Thandokuhle
7.  Arreaga, Marvin
8.  Beltran-Araujo, Jose
9.  Carangui, Carlos
10. Gutierrez-Deleon, Carlos

Friday, April 10, 2020, 9:00 a.m.:

1.  Del Angel Moran, Gabino
2.  Bonilla Ochoa, Jhony
3.  Sanchez Disla, Army
4.  De Sauza, Marcio
5.  Sis Duarte, Carlos
6.  Mahadeo, Kavon
7.  Pesantez-Orellana, Edisson
8.  Medeiros Neves Junio, Julio
9.  Joseph, Desmond Lee
10. Jaramillo-Perez, Esteban

<u>Monday, April 13, 2020, 9:00 a.m.:</u>

1. Illicachi-Shigla, Juan
2. Reyes-Batista, Amaury Vladimir
3. Vasquez Aparicio, Deivis
4. Wafula, Lloyd
5. Carranza-Lopez, Miguel
6. Dias, Amiry
7. Ortega-Vasquez, Ricardo
8. Rivera Fernandez, Jose
9. Warwood, John
10. Ixcuna-Lucas, Miguel

    **SO ORDERED.**

                                                                      /s/ William G. Young
                                                                     WILLIAM G. YOUNG
                                                                     DISTRICT JUDGE