UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**   )
**and JULIO CESAR MEDEIROS NEVES,**      )
                                                                    )
**Petitioners-Plaintiffs,**                              )
                                                                    )          **20-cv-10617 WGY**
**v.**                                                              )
                                                                    )
**THOMAS HODGSON, et al.,**                      )
                                                                    )
**Respondents-Defendants.**                       )
_____)

## NOTICE OF INTENT TO TRANSFER OUT OF THE DISTRICT

Respondents-Defendants hereby notify the Court that the following individuals will be removed from the District of Massachusetts no sooner than 48 hours from now:

      ORTEGA-VASQUEZ, Ricardo;

      DEL ROSARIO FERNANDEZ, Jose;

      DE LEON ZACARIAS, Jayron Antonio;

      ZELAYA-ROMERO, Yuni Eden; and

      AMADOR-GALINDO, Diego Isael.

These five individuals will be transferred to Strafford County HOC in New Hampshire for purposes of staging for removal during the week of April 12, 2020.

                                                         Respectfully submitted,

                                                         ANDREW E. LELLING,
                                                         United States Attorney

<pre>
                              By:   /s/ Thomas E. Kanwit
                                    Thomas E. Kanwit
                                    Michael Sady
                                    Assistant U.S. Attorneys
                                    U.S. Attorney's Office
                                    John J. Moakley U.S. Courthouse
                                    1 Courthouse Way, Suite 9200
                                    Boston, MA  02210
                                    (617) 748-3100
                                    thomas.kanwit@usdoj.gov
                                    michael.sady@usdoj.gov
</pre>

April 8, 2020

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<pre>
                              /s/ Thomas E. Kanwit
                              Thomas E. Kanwit
</pre>

Dated:   April 8, 2020