**EXHIBIT 1**

**1. DEL Angel Moran, Gabino:** Mr. Del Angel Moran is a 33-year-old native and citizen of Mexico. He is detained subject to 8 U.S.C. § 1226(a). Regarding his immigration history, Del Angel Moran applied for admission into the United States on September 7, 2015, with an invalid visa. Del Angel Moran withdrew his application for admission and was returned to Mexico. He then recently entered the United States without inspection and has no lawful status in the United States.

ICE arrested Del Angel Moran on February 5, 2020. At the time of his arrest, he stated he had no medical issues.

ICE targeted him Del Angel Moran for arrest due to his unlawful status in the United States and his pending criminal charges for operating recklessly, operating under the influence of liquor and operating under the influence of liquor child endangerment. He was arrested on July 28, 2019 by the New Bedford Police Department. According to the arrest report, the police received a report that a vehicle driven by Del Angel Moran went the wrong way down a one-way street and almost hit "like 9 people and a baby." Upon stopping his vehicle, Del Angel Moran told the police that he had consumed 8-9 beers prior to driving. Del Angel Moran was traveling with his minor son in the vehicle.

The officers observed Del Angel Moran's right tire blown out and resting on the rim. The officers requested that he step outside the vehicle. While the officers were attempting to speak to him, he began to scream and punch the trunk of a parked vehicle. He then "took a bladed fighting stance" and began to punch a brick wall. The officer noted a strong odor of alcoholic beverage from Del Angel Moran and observed that he had red, bloodshot eyes.

Del Angel Moran's next criminal court hearing date is on May 19, 2020. An immigration

judge determined that ICE met its burden of proof to demonstrate that Del Angel Moran was a danger to the community at his bond hearing on April 1, 2020. His next scheduled hearing in immigration court is for April 14, 2020.

ICE avers that Del Angel Moran should remain ICE custody as he is a threat to public safety based upon the credible allegations contained in the arrest report for his pending charges.

**2. BONILLA Ochoa, Jhony Orlando:** Mr. Bonilla Ochoa is a 34-year-old native and citizen of Guatemala. Bonilla Ochoa entered the US without inspection on or about on an unknown date in 1999 at an unknown place. He is detained subject to 8 U.S.C. § 1226(a).

ICE arrested him on March 3, 2020 due to his unlawful status in the United States and his criminal record. Additionally, ICE targeted him for arrest as he had previously received a bond from an immigration judge in 2017 and his subsequent criminal history violated the conditions of that release.

Bonilla Ochoa fled from the ICE officers seeking to effectuate his arrest which led to a brief pursuit. He expressed no medical issues at the time of his arrest.

Bonilla Ochoa has previous convictions for the following:

    Sale of Narcotics in October of 2019

    Breach of Peace in December of 2016

    Disorderly Conduct in December of 2016

    Two counts of probation violation in December of 2016

    Operating a motor vehicle under the influence in December of 2013

    Assault 2nd degree and Breach of Peace in June of 2013

    Larceny 3rd degree and larceny 4th degree in December of 2013

    Larceny 1st degree in 2007.

Bonilla Ochoa has pending charges stemming from an arrest on July 16, 2019 for assault 3rd degree, breach of peace and disorderly conduct. According to the police report from this arrest, Bonilla Ochoa verbally and via text message threatened that he would hit his daughter to teach her respect. His daughter reported that he took her phone from her and then slapped her in the face with an open hand. He opened the car door and tried to pull her from the car and ripped her shirt in the process. He then punched his daughter again in the right leg and hit her in the face. His daughter was treated at the hospital for a cut to the inside of her upper lip and a popped blood vessel in her left eye.

A DCF caseworker interviewed his daughter after the assault and found that her statement was consistent to that provided to the police. His daughter also stated that he had punched her in the mouth previously, making a tooth loose in the process. She showed bruises on her legs to the casework as a result of Bonilla Ochoa punching her as stated above.

Bonilla Ochoa's daughter's mother told the casework that Bonilla Ochoa had assaulted her when they were together and that he has a history of domestic abuse. They also expressed concern of abuse by him toward stepsisters in the family. DCF followed up with an interview with the stepsisters and the stepsisters' mother and removed the stepsisters from their home and taken to an aunt's house while the investigation of abuse towards the stepsisters and the stepsisters' mother continued.

Bonilla Ochoa has an active bench warrant in New York for a charge of forgery from October of 2015.

An immigration judge determined that ICE met its burden of proof to demonstrate that Bonilla Ochoa was a danger to the community and therefore declined to set bond on April 2, 2020. His next immigration court hearing is scheduled for April 15, 2020.

ICE believes that Bonilla Ochoa should remain in ICE custody as he is a threat to public safety due to his multiple convictions and serious pending charges and investigation into child and domestic abuse and the presence of an active bench warrant and his inability to comply with the terms of his previously release on bond from the immigration court shows he is a flight risk and unable to abide by terms and conditions of a release.

**3. SANCHEZ Disla, Army Joel:** Mr. Sanchez Disla is a 29-year-old native and citizen of the Dominican Republic. Sanchez Disla entered the United States on April 19, 2011, at New York, NY, as a visitor for pleasure and overstayed his lawful term of admission. He is currently detained subject to a final order of removal pursuant to 8 U.S.C. § 1231.

ICE targeted him for arrest on February 27, 2020 due to his unlawful status in the United States and his criminal record. He reported no medical issues at the time of his arrest.

Sanchez Disla was charged in January of 2019 with two counts of manufacture / deliver/possess with intent/schedule I/II and one count of manufacture / possess/deliver cocaine 10oz to 1kg. Per the criminal information and arrest narrative, he delivered fentanyl to a purchaser while on a public street. Police then searched his residence and his room and found 26 bags of suspected fentanyl, 1 bag of suspected cocaine, 2 more bags of suspected fentanyl, 1 bag of suspected brown fentanyl and a digital scale.

He was convicted of these offenses on August 13, 2019 and received 8 years of imprisonment, 6.5 years suspended to probation, 1.5 years to serve for the above offenses. He was released from state custody on February 27, 2020 at which time he was arrested by ICE.

On March 26, 2020, an immigration judge determined that ICE had met its burden of proof to demonstrate that Sanchez Disla would be a public safety risk if released on bond, and therefore refused to set bond. The immigration judge also denied Sanchez Disla's application for

voluntary departure as a matter of discretion and ordered him removed from the United States. He waived appeal and therefore is subject to a final order of removal.

ICE is obtaining a travel document for him and expects to effectuate his removal order to the Dominican Republic in the next 30 days.

Sanchez Disla should remain in ICE custody as he poses a significant threat to public safety due to his criminal convictions for dealing dangerous drugs. Additionally, he is a flight risk due to his final order of removal and foreseeable removal in the near future.

**4. DE Sauza, Marcio:** Mr. De Sauza was released from ICE custody on April 3, 2020, under an order of supervision.

**5. SIS Duarte, Carlos:** Mr. Sis Duarte is a citizen and national of Guatemala who entered the United States without inspection on an unknown date and unknown location. Sis Duarte is being held under mandatory detention per 8 U.S.C. § 1226(c) based upon his criminal record.

Sis Duarte was arrested and charged in August of 2018 with assault and battery on a household member and assault and battery on a pregnant victim, these charges were dismissed.

He was also charged in May of 2019 with assault with a dangerous weapon, a beer bottle. He was convicted of this offense in September of 2019. Per the police report, Sis Duarte hit the victim in the head with a glass bottle and cut the victim in the arms and hands. The victim had to go to the hospital.

He was also arrested on July 27, 2019 for assault with a dangerous weapon (a chair), assault and battery with a dangerous weapon (a glass plate), and deface property by the Waltham Police Department. Per the arrest report, witnesses stated that Sis Duarte threw a glass plate and a chair at a victim and also cut another victim with a knife. He was convicted of assault with

dangerous weapon and assault and battery with a dangerous weapon in September of 2019.

At the time of his arrest by ICE on February 29, 2020, he stated that he was in good health and not taking any medications.

Sis Duarte is currently in removal proceedings and is scheduled for a hearing on April 21, 2020. ICE avers that Sis Duarte should remain in ICE custody as he is a public safety risk based upon his criminal record and also a flight risk as he is subject to mandatory detention and therefore has limited relief from removal prospects.

**6. MAHADEO, Kavon:** Mr. Mahadeo is a citizen and national of Trinidad and Tobago who was admitted into the United States as a Lawful Permanent Resident on or about April 8, 2008, at the New York, NY. Mahadeo is being held pursuant to mandatory detention per 8 U.S.C. § 1226(c).

Mahadeo came to ICE's attention while he was serving a sentence in Connecticut as it related to a conviction for multiple counts of failure to appear, probation violation, and larceny.

His criminal history includes convictions on August 9, 2018 for larceny and interfering/resisting arrest. He was also convicted on June 22, 2018 for larceny in the 6th degree. Additionally, he was convicted on November 23, 2016 for larceny in the 6th degree and failure to appear in the 2nd degree. He was convicted on October 15, 2015 for failure to appear in the 2nd degree.

At the time of his arrest by ICE, he claimed to be in good health and not to take any medications. His next hearing in immigration court is scheduled for April 15, 2020.

ICE avers that Mahadeo should remain in ICE custody as he is a public safety risk based upon his criminal record and also a flight risk as he is subject to mandatory detention and therefore has limited relief from removal prospects. Additionally, his two convictions for failure

to appear also indicate he is unlikely to comply with terms and conditions of release set by the Court or ICE.

**7. PESANTEZ-Orellana, Edisson:** Mr. Pesantez-Orellana is a citizen and national of Ecuador who entered the United States without inspection on an unknown date and unknown place. He is currently detained under 8 U.S.C. § 1226(a).

Mr. Pesantez-Orellana's criminal history includes an arrest on December 6, 2019 for operating under the influence, unsafe backing and illegal operation without minimum insurance, all of which are pending at this time. Per the arrest narrative, officers were dispatched to the scene of a motor vehicle accident. At the scene, an officer detected an odor of alcoholic beverage upon Pesantez-Orellana. The officer conducted three field tests and arrested Pesantez-Orellana as a result of his performance on the tests. At the police station, a breath test was conducted and the results were .16 and .015 BAC.

His removal proceedings are ongoing and still in the preliminary stages. On April 9, 2018, an immigration judge conducted a bond hearing on April 9, 2018 and set a bond in the amount of $2,500.

**8. MEDEIROS Neves Junio, Julio:** Mr. Medeiros Neves Junio is a citizen and national of Brazil. He is currently detained under 8 U.S.C. § 1226(a). Mr. Medeiros Neves Junio entered the United States on or about December 2, 2016, at the Fort Lauderdale, FL port of entry, on a B2 visitor visa, with authorization to remain in the United States until June 1, 2017. Since that time, Mr. Medeiros Neves Junio failed to depart the United States, thereby violating the terms of his tourist visa.

Medeiros Neves Junio's criminal history includes operating after suspended license and resisting arrest. On February 21, 2019, he was convicted of operating under the influence of

liquor in the Malden Distort Court. Mr. Medeiros Neves Junio was arrested by the Everett Police Department on November 19, 2018 for this offense, after the Police were alerted that an intoxicated man was attempting to drive his car and that patrons of a local restaurant were preventing him from doing so. The Police apprehended Mr. Medeiros Neves Junio and informed him that he could not drive his vehicle because he appeared impaired and also because he did not have a valid driver's license. The Police allowed Mr. Medeiros Neves Junio to leave the scene to walk home. However, instead of walking to his residence which was only a few blocks away, he returned to his vehicle and began driving away. The officers ordered Mr. Medeiros Neves Junio to place his vehicle in park, however unbeknownst to the officers, Mr. Medeiros Neves Junio placed his car in reverse. The officers then ordered Mr. Medeiros Neves Junio to exit the vehicle, and Medeiros Neves Junio refused. After numerous requests, the officers pulled Mr. Medeiros Neves Junio out of his car and handcuffed him after a struggle ensued. In the process of making the arrest, one of the officer's was injured after Mr. Medeiros Neves Junio's vehicle rolled over his leg. The officer was taken to Mass General Hospital and treated for his injuries. Mr. Medeiros Neves Junio's Blood Alcohol Content at the time of his arrest was .15%.

On February 29, 2020, ICE arrested Mr. Medeiros Neves Junio. At the time of his arrest, he did not claim to have any medical issues or to be taking any medications. Mr. Medeiros Neves Junio's removal proceedings are ongoing and still in the preliminary stages. While there was a custody redetermination hearing scheduled before the Boston Immigration Court on April 8, 2020, Mr. Medeiros Neves Junio requested that such hearing be continued until April 23, 2020.

ICE avers that Mr. Medeiros Neves Junio remain in ICE custody, as he poses a threat to public safety due to his criminal history and convictions.

**9. JOSEPH, Desmond Lee:** Mr. Joseph is a citizen and national of St. Lucia. He is

currently detained under 8 U.S.C. § 1226(a). Mr. Joseph entered the United States on or about July 22, 2004, at New York, NY, on a B2 visitor visa, with authorization to remain in the United States until January 21, 2005. Since that time, Mr. Joseph failed to depart the United States, thereby violating the terms of his tourist visa.

Mr. Joseph's has pending charges for larceny 6th degree, possession of shoplifting tools, failure to appear, criminal mischief in the 3rd degree, and various traffic offenses. He has also been repeatedly cited for driving without a license, as well as for transporting a child under age 6 without restraints and leaving the scene of an accident. Mr. Joseph also has several arrests for failure to appear and one conviction for this offense from August 1, 2011. He was most recently arrested by the Hartford Police Department on criminal mischief in the 3rd degree charges. The application for the arrest warrant reflects that Mr. Joseph slashed the tires of his girlfriend's rental vehicle by using a knife with a ten-inch blade after they had a fight. The application further reflects that the officers were able to verify this claim through a video recording.

ICE arrested Mr. Joseph on March 12, 2020. At the time of his arrest, Mr. Joseph claimed to be in good health. Mr. Joseph's removal proceedings are ongoing and still in the preliminary stages. While there was a custody redetermination hearing scheduled before the Boston Immigration Court on April 7, 2020, Mr. Joseph requested that such hearing be continued until April 14, 2020.

ICE avers that Mr. Joseph remain in its custody, as he poses a danger to the community and property based on his criminal history.  In addition, Mr. Joseph is significant flight risk due to his repeated charges and one conviction for failing to appear to answer to the criminal charges pending against him.

**10.  JARAMILLO-Perez, Esteban:**  Mr. Jaramillo-Perez is a citizen and national of

Colombia. He is currently detained under 8 U.S.C. § 1226(a). Mr. Jaramillo-Perez entered the United States on or about December 20, 2015, at Miami, FL, on a B2 visitor visa, with authorization to remain in the United States until June 19, 2016. Since that time, Mr. Jaramillo-Perez failed to depart the United States, thereby violating the terms of his tourist visa.

Mr. Jaramillo-Perez's was arrested by Boston Police Department on February 4, 2020 for assault and battery-domestic and assault and battery dangerous weapon. These charges are currently pending against him.

On March 4, 2020, ICE arrested Mr. Jaramillo-Perez. At the time of his arrest, he refused to provide ICE with a residential address. Mr. Jaramillo-Perez did not claim to have any medical issues or to be taking any medications when he was arrested by ICE. Mr. Jaramillo-Perez's removal proceedings are ongoing and still in the preliminary stages. Although there is no removal scheduled at this time, ICE is in possession of a valid travel document for Jaramillo-Perez.

ICE avers that Mr. Jaramillo-Perez remain in its custody, as he poses a threat to public safety if released based on the serious criminal charges pending against him. In addition, as he failed to provide ICE with a residential address and has no applications for relief pending before the Immigration Court, he poses a flight risk.