```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                    )
MARIA ALEJANDRA CELIMEN SAVINO,     )
JULIO CESAR MEDEIROS NEVES,         )
and all those similarly situated,   )
                                    )
                   Petitioners,     )
                                    )
          v.                        )    CIVIL ACTION
                                    )    NO. 20-cv-10617-WGY
STEVEN J. SOUZA,                    )
                                    )
                   Respondent.      )
_____)
```

YOUNG, D.J.                                              April 10, 2020

**ORDER**

The order of submission of briefs on individual applications for bail is as follows:

<u>Tuesday, April 14, 2020, 9:00 a.m.</u>

1. Tarax-Villeda, Brayan
2. Soe, Aaron
3. Alvarez-Silva, Oscar
4. Gomes, Nuelson
5. Maney Lal, Neved Bai
6. De Carvalho, Janito
7. Vero Campoverde, Sandro
8. Ohenhen, Augustine
9. Dodieu, Woodly
10. Mullings, Terrano

Wednesday, April 15, 2020, 9:00 a.m.:

1. Gomes, Marcio
2. Miranda-Castillo, Luis
3. Kirkpatrick, Kevin
4. Monteiro, Alessandro
5. Santos-Cabrera, Melchor
6. Velasquez-Hernandez, Oscar
7. Lima, Jucinei
8. Sanchez, Juan
9. Dias, Amiry

Thursday, April 16, 2020, 9:00 a.m.:

1. Hassan, Ahmed
2. Tejada-Alarcon, Eduardo
3. Castaneda-Lomeli, Juan
4. Guallan-Tixi, Diego
5. Perdomo Vizcaino, Rafael
6. Ali, Liban
7. Shaban, Hamzah
8. Tabia, Guillaum
9. Villalta-Cruz, Edwin
10. Rojas Vargas, Karina

Friday, April 17, 2020, 9:00 a.m.:

1. Guerra Nolasco, Marco
2. Darocha, Edlander
3. Armijos, Segundo
4. Mateo Mateo, Melvin
5. Miranda-Tapia, German Oliverio
6. Taylor, Rayon
7. Lux-Quinilla, Carlos
8. Gonzalez Victorio, Abelardo
9. Doe, Isaac
10. Jijon Mora, Felix

[3]

Monday, April 20, 2020, 9:00 a.m.:

1. Smith, Cordel
2. Valentim, Lucas
3. Bonilla Garcia, Darwin Mauricio
4. Da Graca, Aires
5. Hernandez-Andino, Oscar
6. Leach, Damion
7. Lopez Rodriguez, Geremias
8. Williams, Keith
9. Ixcoy-Hernandez, Santos
10. Laul, Garang

**SO ORDERED.**

_/s/ William G. Young
WILLIAM G. YOUNG
DISTRICT JUDGE