## 1. TARAX-VILLEDA, Brayan Alejandro

Brayan Alejandro Tarax-Villeda is a citizen and national of Guatemala who entered the U.S. without inspection at an unknown place and unknown time. He is currently detained pursuant to 8 U.S.C 1226(c).

On August 1, 2017, he was arrested and charged with kicking and slapping the mother of his child, while she was holding their ten-month-old child. Tarax-Villeda was most recently arrested on June 14, 2019 and charged with an abuse prevention act violation, resisting arrest, and assault and battery on a police officer after a violent altercation with the Waltham Police. During the booking process, Tarax-Villeda made several statements to the arresting officer, causing him to fear for his safety and that of his family. He stated that he knew he would be deported but would return to the United States to "settle the score" with the officer. He told the officer that he knew the officer's wife worked in the medical field.

On November 7, 2019, Tarax-Villeda was convicted of two counts of abuse prevention act violation, two counts of assault and battery on a family member, assault and battery on a police office, and resisting arrest. He was sentenced to one-year confinement. On September 16, 2019, he was found in violation of probation and sentenced to six months in the house of correction for assault and battery on a family or household member, reckless endangerment of a child, and A&B with dangerous weapon to wit: shod foot. He has other convictions for assault on a family member, negligent operation of a MV, and assault. At the time of his ICE arrest, Tarax-Villeda stated to be in good health and did not have any medical conditions.

On October 18, 2018, ICE encountered and interviewed Taraz-Villeda at the Middlesex County House of Correction in North Billerica, MA pursuant to his arrest for assault and battery family member, assault and battery dangerous weapon and violation of an abuse prevention order. On the same date, ICE lodged Form I-247A Immigration Detainer- Notice of Action with the facility. On July 10, 2019, ICE lodged another Form I-247, Immigration Detainer-Notice of Action with the Middlesex County House of Corrections in North Billerica, MA.

On March 27, 2020, Tarax-Villeda came into ICE custody pursuant to a previously lodged detainer. On the same date, ICE served Tarax-Villeda Form I-862, Notice to Appear (NTA). Tarax-Villeda currently pending removal proceedings before the immigration court. His next immigration court appearance is scheduled for April 15, 2020. At the time of arrest by ICE he didn't claim any medical issues.

It is recommended that Tarax-Villeda remain in ICE custody. He is a risk to public safety as demonstrated by his convictions for abuse of prevention act, assault and battery on a family member, assault and battery on a police office, and resisting arrest.

## 2. SOE, Aaron

Soe is a citizen and national of Liberia, who entered the United States and adjusted to lawful permanent resident status. Neither one of his parents have applications pending or any United

States status as both are a citizen and national of Liberia. ICE encountered Soe when he was in the custody of the United States Marshal Service for drug distribution.

On October 10, 2019 Soe was convicted of possession with intent to distribute fentanyl. Soe also has a felony conviction for marijuana possession and a misdemeanor for marijuana possession. Mr. Soe has two traffic offense misdemeanors. Mr. Soe has been involved in two altercations with other detainees while in ICE custody. Soe has no known health issues or concerns.

Soe was arrested on October 11, 2019 by ICE and booked into Wyatt Detention Facility. He was ordered removed by an immigration judge on January 7, 2020. This was a final order of removal.

It is recommended that Soe remain in ICE custody. Soe is a threat to public safety if released based upon his criminal record of drugs. He is currently being held under 236(c). In addition, Soe has been involved in multiple altercations while in ICE custody. ICE is waiting on a travel document for Soe and there is significant likelihood of removal in the foreseeable future.

### 3. ALVAREZ-SILVA, Oscar

Alvarez-Silva is a citizen and national of Mexico. Alvarez-Silva entered the United States without inspection on an unknown date, at an unknown time, and at an unknown location. Database inquiries reflect that the U.S. Border Patrol voluntarily returned Alvarez-Silva to Mexico on March 3, 6, and 8, 2004.

Neither one of Alvarez-Silva's parents have applications pending or any United States status as both are citizens and nationals of Mexico. ICE encountered Alvarez-Silva when he was in the custody of Bridgeport, CT Police Department for violating a protective order. Biometric information was submitted to the Law Enforcement Support Center where Alvarez-Silva came back as an illegal alien. NCIC database inquires reflect five active criminal cases and nine active protective orders issued against him for no contact between his wife and two minor children who are United States citizens. Alvarez-Silva was released on a $50,000 bond before ICE enforcement could act.

Alvarez-Silva has been charged with a felony for violation of a court order x5 and child neglect. Alvarez-Silva has been charged with misdemeanor crimes of trespassing on two counts, disturbing public peace on two counts, disorderly conduct, and assault.

Alvarez-Silva was arrested by ICE on March 11, 2020 and booked into Franklin House of Corrections. Alvarez-Silva is being held under 236(a) and has a bond hearing on April 14, 2020. Alvarez-Silva has no known health issues or concerns.

ICE recommendation is that Mr. Alvarez-Silva remains in custody pending his proceedings. Due to Mr. Alvarez-Silva's criminal history, he is a threat to public safety and his family if he were released.

### 4. GOMES, NUELSON

Gomes is a citizen and national of Cape Verde. Mr. Gomes was admitted to the U.S. legally as a non-immigrant B2 visa on August 3, 2012 at Boston Logan Airport. Mr. Gomes had authorization to remain in the U.S. until February 2, 2013. On October 24, 2016, his I-485 was denied. On January 17, 2017, the I-485 was submitted again and is currently pending.

Neither one of Gomes' parents have applications pending or any United States status as both are citizens and nationals of Cape Verde.

Gomes has a felony conviction for assault and battery with a dangerous weapon, where he was sentenced to two- and one-half years in the house of correction. In the same case, he was sentenced to five years of probation for assault and battery on a child with injury. It was alleged that he injured his minor step-child. Gomes has misdemeanors for two counts of unauthorized use of a vehicle and licensing violation. Gomes was arrested and charged but later dismissed with four counts of unauthorized use of a vehicle, three counts of licensing violation, two counts of counterfeit motor vehicle documents and a traffic offense.

Gomes came to the attention of Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Boston Field Office, 287g program during a routine admission list screening of all foreign-born inmates at Bristol County Jail in North Dartmouth, MA.

Gomes was arrested by ICE on February 24, 2020 and booked into Bristol House of Corrections. Gomes is being held under 236(a) and has a bond hearing on April 23, 2020. Gomes has no known health issues or concerns.

Gomes states he has one child, Nuelvison Furtado GOMES, who is in the mother's care and custody. ICE recommendation is that Mr. Gomes remains in custody pending his proceedings due to Mr. Gomes's criminal history, he is a threat to public safety and his family if he were released.

### 5. MANEY LAL, Neved Bai

Mr. Maney Lal is a citizen and national of India. He is currently detained subject to 8 U.S.C. § 1231 based upon a prior removal order. Maney was removed from the United States on his prior removal order on May 1, 2018. He thereafter reentered the United States on August 18, 2019 utilizing a fraudulently obtained Indian passport and a U.S. non-immigrant visa under an alias.

On June 12, 2016, the Cinnaminson Police Department in Burlington County, New Jersey arrested Maney for shoplifting-under-ringing. On October 18, 2016, Maney was convicted and sentenced to a 1-year diversion program and charged a $230.00 fine.

Maney has no known health concerns.

ICE avers that Maney should not be released due to the flight risk he poses as he has previously been removed from the United States and thereafter entered utilizing fraudulent documents. As

such, it is unlikely he would comply with any terms and conditions of release imposed by the Court or ICE.

### 6. De Carvalho, Janito Keven

Mr. De Carvalho is a citizen and national of Cape Verde. At the time of arrest by ICE he did not claim any medical issues.

He is currently subject to mandatory detention under 8 U.S.C. § 1226(c) on account of his November 4, 2015, convictions for Possession with Intent to Distribute – Oxycodone.

De Carvalho has an extensive criminal history in the United States. De Carvalho has been convicted of Drug Possession - Oxycodone, Drug Possession to distribute class B - Cocaine, Unlawful possession of a controlled substance with intent to distribute class B – Suboxone, and Unlawful Possession of a Firearm or ammunition without Firearm identification card – 2 counts. De Carvalho was also arrested by the Brockton Police Department on February 15, 2011, for breaking and entering with intent to commit a felony. This charge was later dismissed. De Carvalho also had a civil restraining order issued against him in 2010 restraining complete contact with plaintiff listed on the order.

On January 2, 2020, an immigration judge ordered De Carvalho's removal to Cape Verde. On January 27, 2020, De Carvalho filed a case appeal with the Board of Immigration Appeals and such appeal is currently pending.

It is recommended that Mr. De Carvalho should remain in ICE custody. He is a risk to public safety as demonstrated by his criminal history of convictions for drugs related crimes and possession of a firearm.

### 7. Vera Campoverde, Sandro Omar

Mr. Vera Campoverde was released from ICE custody on April 8, 2020, upon the posting of a bond in the amount of $1,500.

### 8. Ohenhen, Augustine Friday

Mr. Ohenhen is a citizen and national of Nigeria. He is currently detained pursuant to 8 U.S.C. § 1226(a).

Ohenhen was arrested on July 13, 2019 by the Naugatuck, CT Police Department for Violation of Protection Order, Threatening, and Disorderly Conduct. These three charges are still pending. According to the incident report, the victim told the police that Ohenhen had attempted to obtain the victim's consent to enter into an agreement that she would help him obtain lawful permanent resident status even though they were no longer in a relationship. The victim answered in the

negative, and Ohenhen then physically grabbed her and said that he was going to have sex with her. Per the report, Ohenhen held the victim down and penetrated her, and also struck her with his hand in her face and then punched her with a closed fist all over her body.

Ohenhen was then charged on August 12, 2019 by the Naugatuck, CT Police Department for Sex Assault – spouse, Unlawful Restraint, and Disorderly Conduct. All three of these charges are pending.

Ohenhen currently has an outstanding warrant out of the Naugatuck, CT Police Department for Larceny 3rd. The date of this warrant is listed as December 20, 2019. Mr. Ohenhen is also the defendant in an active restraining order against his ex-wife.

On January 28, 2020, an immigration judge denied Ohenhen's request for release from custody finding that ICE had met its burden of proof to demonstrate that he posed a danger to the community if released from detention. Ohenhen is currently pending removal proceedings before the immigration court. His next immigration court appearance is scheduled for April 15, 2020.

At the time of arrest by ICE he did not claim any medical issues.

It is recommended that Ohenhen remain in ICE custody. His criminal history makes him a threat to public safety if he were to be released from ICE custody.

### 9. DODIEU, Woodly

Mr. Dodieu is a citizen and national of Haiti. He is currently detained under 8 U.S.C. § 1226(c), based on his multiple convictions for drug trafficking. On July 10, 2000, Mr. Dodieu entered the United States on a B2 tourist visa, with permission to remain in the United States until January 9, 2001. He failed to depart before the expiration of his tourist visa. On September 17, 2008, Mr. Dodieu adjusted his status to that of a lawful permanent resident.

On October 19, 2017, Mr. Dodieu was convicted of Possession to Distribute Class-B Drugs (Percocet) at the New Bedford District Court. Mr. Dodieu also has a previous conviction for Possession to Distribute Class D Substance. He also received a guilty-filed for Knowingly Received Stolen Property and Possession to Distribute a Class B Substance. He currently has pending charges for Possession to Distribute a Class D Substance; Providing a False Statement; and Operating a Vehicle After Suspended License.

Mr. Dodieu came into ICE custody on November 4, 2019 and does not have any known health conditions. On February 10, 2020, an Immigration Judge ordered Mr. Dodieu removed to Haiti. On March 6, 2020, Mr. Dodieu filed an appeal with the Board of Immigration Appeals. His appeal remains pending and therefore he continues to be subject to mandatory detention under 8 U.S.C. § 1226(c).

ICE requests that Mr. Dodieu remain in ICE custody as he is a danger to the community on account of his multiple convictions for possession and distribution of drugs.

**10. MULLINGS, Terrano**

Mr. Mullings is a citizen and national of Jamaica. He is currently detained under 8 U.S.C. § 1226(a). Mr. Mullings entered the United States at New York, NY in 2014 as a Lawful Permanent Resident.

On May 21, 2019, Mr. Mullings was convicted for Risk of Injury to Child. He received a ten-year suspended sentence for this offense. He was also convicted for Failing to Appear to answer to this offense, for which he received a 364-day-sentence. The police report for the Risk of Injury to Child arrest reflects that Mr. Mullings had sexual intercourse with a 15-year-old, which resulted in a pregnancy. On May 21, 2019, Mr. Mullings was also convicted for Reckless Endangerment/Reckless Burning and was sentenced to 364 days. The police report for this offense indicates that he set fire to a home. He was also convicted for Failing to Appear to answer to this offense and received a 364-day-sentence.

Mr. Mullings came into ICE custody on September 24, 2019. He did not report any medical issues at the time of his arrest. On December 19, 2019, an immigration judge determined that ICE had met its burden to show by clear and convincing evidence that Mr. Mullings is a danger to the community and denied his request for bond. Mr. Mullings appealed that decision to the Board of Immigration Appeals on January 10, 2020. Such appeal remains pending. On January 31, 2020, an immigration judge denied Mr. Mullings applications for relief from removal and ordered him removed to Jamaica. Mr. Mullings appealed that decision to the Board of Immigration Appeals on January 10, 2020. Such appeal remains pending at this time.

ICE avers that Mr. Mullings remain in ICE custody as he is a danger to the community. In addition, he poses a significant flight risk, based on his two convictions for failing to appear.