# ICE UNIT A — AS IS

EACH WHITE BLOCK = ONE BUNK.

"X" INDICATES ONE OCCUPANT.

| Row | 1 | | 2 | | 3 | | 4 | | 5 |
|---|---|---|---|---|---|---|---|---|---|
| | //// | | //// | | X | | | | X X |
| | | | | | Aisle | | | | |
| | X | | | | | | | | X |
| | | | | | Aisle | | | | |
| | X | | | | X | | | | X |
| | | | | | Aisle | | | | |
| | X | Aisle | | Aisle | | Aisle | | Aisle | X |
| | | | | | Aisle | | | | |
| | X | | | | X | | | | X |
| | | | | | Aisle | | | | |
| | X | | | | | | | | X |
| | | | | | Aisle | | | | |
| | X | | | | X | | | | X X |

# ICE UNIT A – IDEAL

| ROW | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| | ▨ | ▨ | O | | O BOT. |

← Aisle →

| | O TOP | O BOT. | O TOP | O | O TOP |

← Aisle →

| | | O | | O BOT. | |

← Aisle →

| | O | Aisle | Aisle | O BOT. | Aisle | O TOP | Aisle | O BOT. |

← Aisle →

| | | O | | | |

← Aisle →

| | O | | O TOP | O BOT. | O TOP |

← Aisle →

| | | O | | | O BOT. |

"O" = one occupant
"TOP" = top bunk only is occupied, "BOT" is bottom only is occupied.

# ICE UNIT B AS IS

TWO "X" MARKS INDICATES TOP AND BOTTOM BUNKS ARE OCCUPIED.

| Row | 1 | | 2 | | 3 | | 4 | | 5 |
|---|---|---|---|---|---|---|---|---|---|
| | X X | | | | X X | | ▨ | ▨ | ▨ |
| | | | | | Aisle | | | | |
| | X X | | | | X | | | | X |
| | | | | | Aisle | | | | |
| | X X | | | | X | | | | X X |
| | | | | | Aisle | | | | |
| | X X | Aisle | | Aisle | X | Aisle | | Aisle | X |
| | | | | | Aisle | | | | |
| | X X | | | | X | | | | X |
| | | | | | Aisle | | | | |
| | X X | | | | X | | | | X |
| | | | | | Aisle | | | | |
| | X | | | | X | | | | X |

# ICE UNIT B - IDEAL

| Row | 1 | | 2 | | 3 | | 4 | | 5 |
|---|---|---|---|---|---|---|---|---|---|
| | O TOP | | O BOT. | | O BOT. | | ▨ | | ▨ |
| | | | | | AISLE | | | | |
| | O BOT. | | O TOP | | O TOP | | O BOT. | | O TOP |
| | | | | | AISLE | | | | |
| | O TOP | | | | O BOT. | | O TOP | | O BOT. |
| | | | | | AISLE | | | | |
| | O TOP | AISLE | O BOT. | AISLE | O TOP | AISLE | O BOT. | AISLE | O TOP |
| | | | | | AISLE | | | | |
| | O BOT. | | | | O BOT. | | O TOP | | O BOT. |
| | | | | | AISLE | | | | |
| | O TOP | | O BOT. | | O TOP | | | | O TOP |
| | | | | | AISLE | | | | |
| | O BOT. | | O TOP | | O BOT. | | O TOP | | O BOT. |

