UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO and JULIO CESAR MEDEIROS NEVES,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>THOMAS HODGSON, et al.,<br><br>Respondents-Defendants. | )<br>)<br>)<br>)<br>)<br>)    20-cv-10617 WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF INTENT TO TRANSFER OUT OF THE DISTRICT

Respondents-Defendants hereby notify the Court that the following individual will be removed from the District of Massachusetts no sooner than 48 hours from now:

    CASTANEDA-LOMELI, Juan Manuel

This individual will be transferred to Strafford County HOC in New Hampshire for purposes of staging for removal.

    Respectfully submitted,

    ANDREW E. LELLING,
    United States Attorney

By:  */s/ Thomas E. Kanwit*
    Thomas E. Kanwit
    Michael Sady
    Assistant U.S. Attorneys
    U.S. Attorney's Office
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3100
April 15, 2020    thomas.kanwit@usdoj.gov
    michael.sady@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      */s/ Thomas E. Kanwit*
      Thomas E. Kanwit

Dated:   April 15, 2020