```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
_____
                               )
MARIA ALEJANDRA CELIMEN SAVINO, )
JULIO CESAR MEDEIROS NEVES,    )
and all those similarly situated, )
                               )
                  Petitioners, )
                               )
           v.                  )   CIVIL ACTION
                               )   NO. 20-cv-10617-WGY
STEVEN J. SOUZA,               )
                               )
                  Respondent.  )
_____)
```

YOUNG, D.J.                                          April 17, 2020

## ORDER

The order of submission of briefs on individual applications for bail is as follows:

<u>Tuesday, April 21, 2020, 9:00 a.m.</u>

1. Alarcon, Santos
2. Castillo-Martinez, Jairon
3. Daskalov, Dimitar
4. Fernandes, Joao Lima
5. Battistotti, Marco
6. Lewis, Conroy
7. Martins, Edson
8. Ofosuhene, Jerry
9. Prado Junior, Flavio
10. De Jesus Concepcion, Angela

Wednesday, April 22, 2020, 9:00 a.m.:

1. Amado, Joao
2. Celimen Savino, Maria
3. De Sousa Caldas, Jose
4. Guillermo, Darlin Alberto
5. Kayitare, Fred
6. Lopez Salazar, Javier Ernesto
7. Menjivar Rojas, Carlos Dalelio
8. Okoli, Cyril
9. Promotor-Dominguez, Abel
10. Ssekabazi, Nathanael

Thursday, April 23, 2020, 9:00 a.m.:

1. Baez Guerrero, Altagracia
2. Fall, Abdulaye
3. Domingo-Mendez, Jeremias
4. Guzman-Figueroa, Metodoio
5. Lucas-Cor, Gregorio
6. Mutare, Alois
7. Pillco-Morocho, Mario
8. Rubio-Suares, Augustin
9. Tep, Samnang

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　 /s/ William G. Young
　　　　　　　　　　　　　　　　　　　　　WILLIAM G. YOUNG
　　　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE