# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**  )
**and JULIO CESAR MEDEIROS NEVES,**  )
                                                    )
**Petitioners-Plaintiffs,**  )
                                                    )    **20-cv-10617 WGY**
    **v.**                                            )
                                                    )
**THOMAS HODGSON, et al.,**  )
                                                    )
    **Respondents-Defendants.**  )
_____)

## **MOTION FOR AN EXTENSION TO FILE**

Respondents-Defendants hereby request a short extension of approximately one hour in which to file their input on today's list of ten detainees to be considered for release. As grounds herefor, undersigned counsel has been under the weather and overslept this morning. The list will be filed one hour and a quarter late, therefore. Any inconvenience to the Court or Plaintiffs' counsel is regretted.

                                                Respectfully submitted,

                                                ANDREW E. LELLING,
                                              United States Attorney

                       By:    */s/ Thomas E. Kanwit*
                             Thomas E. Kanwit
                             Michael Sady
                             Assistant U.S. Attorneys
                             U.S. Attorney's Office
                             John J. Moakley U.S. Courthouse
                             1 Courthouse Way, Suite 9200
                             Boston, MA  02210
                             (617) 748-3100
                             thomas.kanwit@usdoj.gov
April 20, 2020                    michael.sady@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   April 20, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit