

# U.S. Citizenship and Immigration Services
# Language Services Section
26 Federal Plaza, Room 506
New York, NY 10278
Tel: (833) 801-7025
Fax: (212) 264-2622

## CERTIFICATE OF ACCURACY

I, 4Mary Kate Karl-Strisik, am competent to translate from Portuguese into English, and certify that the attached translation is true and accurate to the best of my knowledge.

Translation Number: 639257

A Number: A▮▮▮399

_____          May 13, 2019
(Signature of Translator)                                  (Date)

LSS T# 639257

 **National Council of Justice**    National Arrest Monitoring Data Bank    Page 1 of 1

## Certificate
## (Arrest Warrant)

I certify that on this date, 01/08/2019, the National Arrest Monitoring Data Bank contains the following entry regarding Arrest Warrant no. 0043438-02.2007.8.13.0517.01.0003-13:

### Arrest Warrant

**Status:** Pending Compliance
**Arrest Warrant no.:** 0043438-02.2007.8.13.0517.01.0003-13
**Issue date:** 07/13/2012
**Expiration date:** 05/06/2024
**Case number:** 0043438-02.2007.8.13.0517
**Type of arrest:** Recapture
**Issuing entity:** SOLE COURT OF THE JUDICIAL DISTRICT OF POÇO FUNDO
**Municipality:** Poço Fundo
**RJI:** [Individual Judicial Registry No.] 18189883189

### Person subject to Arrest Warrant

**Name/Other Names Used**
FLAVIO ADRADE DO PRADO JUNIOR

**Nickname/Other Nicknames**
Not reported.

**Father's Name/Others**
FLAVIO ADRADE DO PRADO

**Mother's Name/Others**
JOSINA LEMOS
JOSINA LEMOS FERREIRA

**Sex:** Male
**Citizenship:** BRAZIL
**Date of birth(s):** ▮ 1978
**Recapture:** Yes

Pursuant to Article 2, paragraph 3, of resolution 137 dated July 13, 2011, "The responsibility for updating the BNMP [National Arrest Warrants Data Bank] information, as well as its available content, is solely that of the courts and the judicial authorities responsible for issuing arrest warrants". Therefore, any doubt regarding the information contained in the warrant must be resolved with the issuing agency.

This certificate is issued free of charge. Its authenticity can be confirmed at web address: https://portalbnmp.cnj.jus.br using control number: 0043438-02.2007.8; 13.0517.01.0003-13

A# ▮399                                                                                                      1

LSS T# 639257



**State of Minas Gerais Court of Law**

**District of Poço Fundo – Ordinary Court**
FRANCISCO TAVARES PAES COURTHOUSE
PC.DR. GOUVEA, 27 - CENTRO

| Issue Date: 01/07/2019 | **Conviction Certificate** | Time issued: 15:57:09 |
|---|---|---|

Enforcement N°: 0517.07.004343-8- 0043438-02.2007.8130517
Name: FLÁVIO ANDRADE DO PRADO JUNIOR

| Parent's Names | : FLAVIO ANDRADE DO PRADO and others |
| | JOSINA LEMOS FERREIRA and others |
| Place of Birth | : BELO HORIZONTE/MG |
| Marital Status | : |
| Occupation | : SALES REPRESENTATIVE |
| Date of Birth | : ▇ 1978        Identification No. : ▇ 16 |

**Case Disposition /Enforcement**

|  | Heinous Crime Penalty | Ordinary Penalty |
|---|---|---|
| 0517.06.002331-7  0023317-84.2006.8.13.0517 | 000Y 00M 00D  - | 002Y 06M 00D |

COURT OFFICE
Crime   : 06/13/2005
T. Judg. : 03/09/2009
Reason for Remand: STATUTE OF LIMITATIONS
                   PENALTY (ENFORCEABILITY)
Expiration of Liability to Prosecution : 02/28/2018

Category : CRIME AGAINST PUBLIC FAITH
Sentence    : 09/22/2008
T. Judg. PP  : 03/09/2009
Remand Date : 04/26/2018

| 0517.07.002739-9  0027399 -27.2007.8.13.0517 | 000Y 00M 00D  - | 002Y 06M 00D |

COURT OFFICE
Crime   : 06/04/2003
T. Judg. : 08/10/2006
Reason for Remand: STATUTE OF LIMITATIONS
                   PENALTY (ENFORCEABILITY)
Expiration of Liability to Prosecution : 01/31/2018

Category : CRIMINAL LETTERS ROGATORY
Sentence    : 07/20/2005
T. Judg. PP  : 08/10/2006
Remand Date : 04/26/2018

---

| 0517.06.001829-1  0018291-08.2006.8.13.0517 | 000Y 00M 00D  - | 000Y 08M 00D |

COURT OFFICE
Crime   : 03/10/1999
T. Judg. : 03/12/2001
Typification: Art. 155, paragraph 4 - Sec. III and IV  - CPB – [BCP/Brazilian Penal Code]

Category : ROGATORY PENALTY ENFORCEMENT
Sentence    : 11/22/2000
T. Judg. PP  : 12/01/2000

| 0517.06.001878-8  0018788 -22.2006.8.13.0517 | 007Y 06M 00D  - | 000Y 00M 00D |

COURT OFFICE
Crime   : 12/18/2004
T. Judg. : 07/13/2007
Basis: Art. 213 - paragraph  CAPUT - CPB

Category : CRIME AGAINST PERSON
Sentence    : 01/16/2006
T. Judg. PP  : 07/13/2007

| 0517.07.004334-7  0043347-09.2007.8.13.0517 | 000Y 00M 00D  - | 000Y 04M 00D |

COURT OFFICE
Crime   : 09/26/2006
T. Judg. : 04/07/2009
Basis: Art. 19 - LCP  [Misdemeanor Criminal Law]

Category : MISDEMEANOR
Sentence    : 09/30/2008
T. Judg. PP  : 04/07/2009

| Sum of Penalties  (Active) | 007Y 06M 00D  - | 001Y 00M 00D |
| Total Sum of Penalties  (Active) | | 008Y 06M 00D |

**Temporary Leave**

| Date of Sentencing | Type | Start Date | End Date | Days | Cancellation Type | Cancellation Date |
|---|---|---|---|---|---|---|
| 12/24/2007 | Other | 12/24/2007 | 12/31/2007 | 07 | | Page 1 of 2 |

A# ▇ 399                                                                                                     2

LSS T# 639257



State of Minas Gerais Court of Law

**District of Poço Fundo – Ordinary Court**
FRANCISCO TAVARES PAES COURTHOUSE
PC.DR. GOUVEA, 27 - CENTRO

Issue Date: 01/07/2019     **Conviction Certificate**     Time issued: 15:57:09

Enforcement N°: 0517.07.004343-8- 0043438-02.2007.8130517
Name: FLÁVIO ANDRADE DO PRADO JUNIOR

### Arrest and Release Summary

| ARREST | RELEASE | EARNED RELEASE TIME - DAYS |
|---|---|---|
| 03/10/1991 - IN FLAGRANTE | 03/16/1999 – PROVISIONAL RELEASE | 00007 |
| 09/28/2005 - PREVENTIVE | 01/15/2006 – IMPRISONMENT MOT. MODIFIED | 00110 |
| 01/16/2006 – CONVICTION | 12/31/2007 - ABSENCE/MISSING | 00714 |
| 01/03/2008 –RESUBMISSION | 01/18/2008 - ABSENCE/MISSING | 00015 |
| 01/20/2008 –RESUBMISSION | 01/28/2008 - ABSENCE/MISSING | 00008 |
| 01/30/2008 –RESUBMISSION | 02/15/2008 - ABSENCE/MISSING | 00016 |
| 02/17/2008 –RESUBMISSION | 03/11/2008 - ABSENCE/MISSING | 00023 |
| 03/13/2008 –RESUBMISSION | 03/17/2008 - ABSENCE/MISSING | 00004 |
| 03/19/2008 –RESUBMISSION | 03/28/2008 - ABSENCE/MISSING | 00009 |
| 03/30/2008 –RESUBMISSION | 04/02/2008 - ABSENCE/MISSING | 00003 |
| 04/04/2008 –RESUBMISSION | 04/10/2008 - ABSENCE/MISSING | 00006 |
| 04/12/2008 –RESUBMISSION | 04/18/2008 - ABSENCE/MISSING | 00006 |
| 04/20/2008 –RESUBMISSION | 04/22/2008 - ABSENCE/MISSING | 00002 |
| 04/24/2008 –RESUBMISSION | 05/02/2008 - ABSENCE/MISSING | 00008 |
| 05/06/2008 –RESUBMISSION | 05/07/2008 – ESCAPE | 00001 |

### Statement of Net Amounts

| | | |
|---|---|---|
| Net Amount of Penalties | : | 008 Y  06 M  00 D |
| Net Amount of Unconsolidated Penalties | : | 008 Y  06 M  00 D |
| Net Amount of Commuted Penalties | : | 000 Y  00 M  00 D |
| Net Amount of Consolidated Penalties  Art. 71 | : | 000 Y  00 M  00 D |
| Net Amount of Consolidated Penalties Art. 75 | : | 000 Y  00 M  00 D |
| Net Amount of Sentence Served | : | 002Y  06 M  20 D |
| Net Amount of Remitted Sentence | : 0 | |
| Net Amount of Remaining Sentence to be served | : | 005 Y  11 M  10 D |

| | |
|---|---|
| Current System | : INITIAL CLOSED SYSTEM     05/05/2008 |
| Serious Misconduct | : No |
| Reduction of Sentence | : No |
| Sentence Completion Date | : 12/16/2024 |

Convicted's Status     : Repeat Offender

A#▮▮▮399     3

LSS T# 639257



**Denatran — RENACH**
[National Department of Transportation - National Driver's License]

| Name | Mother | CPF [Individual Tax ID no.] |
|---|---|---|
| FLAVIO ANDRADE PRADO JUNIOR | JOASINA LEMOS FERREIRA | 03906601676 |
| **D.O.B.** | **Father** | **Sex** |
| 1978 | FLAVIO ANDRADE DO PRADO | MALE |
| **Place of Birth** | **Citizenship** | **Medical Restrictions** |
| BELO HORIZONTE | BRAZILIAN | N/I |
| **Address, No.** | **Address 2** | **District** |
| AV JOSE SOARES PINHO, 75 | CS | NOVA GIMIRIM |
| **MUNICIPALITY, STATE** | **POSTAL CODE** | **PID Form [International Driver's License] - State** |
| POCO FUNDO - MG | 37757000 | N/I – N/I |
| **PID Form [International Driver's License] - National** | **Reason for Request Pid 1** | **Reason for Request Pid 2** |
| N/I | NONEXISTENT | NONEXISTENT |
| **Reason for Request Pid 3** | **Reason for Request Pid 4** | **Foreign Driver's License** |
| NONEXISTENT | NONEXISTENT | N/A |
| **PID Expiration Date** | **Foreign Driver's License Issued by** | **PID Status** |
| N/A | NONEXISTENT | N/A |
| **National Alien Registration No.** | **National Driver's License Status** | **Previous National Driver's License Status** |
| N/A | CONFIRMED | N/A |
| **Driver's Permit Holder** | **State Transfer Request** | |
| N/A | N/I | |

| **Document** | | |
|---|---|---|
| **Document** | **Type** | **Issuing Entity/State** |
| ID Card – 116 | AB | SSP/MG |
| **State of Residence [Legal]** | **RENACH [National Driver's License No.]** | **Registration #** |
| MG | 6498 | 1090 |
| **PGU Number** | **National Driver's License Expiration Date** | **National Driver's License Status** |
| 467713812 | 03/19/2013 | CONFIRMED |
| **State of Residence [Current]** | **Date/State** | **Comment's Section - National Driver's License** |
| MG | 01/13/1998 SP | A |
| **Reason for Request 1** | **Reason for Request 2** | **Reason for Request 3** |
| REGISTRATION | NONEXISTENT | NONEXISTENT |
| **Reason for Request 4** | **Cancellation** | **Type Authorized** |
| NONEXISTENT | N/A | AB |
| **Category Downgrade** | **Enrollment Date** | |
| N/A | 03/19/2008 | |
| **Courses** | | |
| **Renewal Date** | **Defensive Driving Course (Violations)** | **TCI Course Date** |
| N/A | N/A | N/A |
| **TCP Course Date** | **TE Course Date** | **TMF Course Date** |
| N/A | N/A | N/A |
| **TMT Course Date** | **TPP Course Date** | **TVE Course Date** |
| N/A | N/A | N/A |
| **Last Updated** | **Most Recent Record Issued** | **International Driver's Permit Expiration** |
| 04/22/2008 | 04/22/2008 | N/A |

Sinesp — National Department of Public Safety — Ministry of Justice and Public Safety

A# 399

LSS T# 639257



Page 2/5
Provided by Sinesp Infoseg
on 01/07/2019 14:46:31
Identification Code: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| TCI Course Classification - State | TCP Course Classification - State | TE Course Classification - State |
|---|---|---|
| NONEXISTENT - N/A | NONEXISTENT - N/A | NONEXISTENT - N/A |
| TMF Course Classification - State | TMT Course Classification - State | TPP Course Classification - State |
| NONEXISTENT - N/A | N/A | N/A |
| TVE Course Classification - State | Refresher Course for CNH Renewal - State | Defensive Driving Course (Violations) |
| NONEXISTENT - N/A | NONEXISTENT - N/A | NONEXISTENT - N/A |



## National Index

| Name | | | Nicknames | |
|---|---|---|---|---|
| FLAVIO ANDRADE PRADO JUNIOR | | | CAOLHO, JUNINHO | |
| Parents | | | D.O.B | |
| JOASINA LEMOS FERREIRA and FLAVIO ANDRADE DO PRADO | | | N/I | |
| ID Number | | Place of Birth | Indicator of Weapons | |
| 116 | | BELO HORIZONTE | No | |
| Indicator of Special Circumstances | | Indicator of Investigation | Indicator of Drug Trafficking | |
| N/A | | Yes | No | |
| Indicator of Procedure | | Penitentiary Information | Provided/Updated | |
| Yes | | N/A | MG – 04/15/2009 | |
| Citizenship | | Complexion | Gender | |
| Native Brazilian | | N/A | Male | |
| Other Names | | | | |
| FLAVIO ANDRADE PRADO JUNIOR | | | | |

### Procedures Summary

| Date of Occurrence | Number | Type | BO [Incident Report] Number |
|---|---|---|---|
| N/A | 113556/241998 | Investigation | N/A |
| Issue Date | Cancellation Date | Basis | |
| 03/22/1998 | N/A | N/A | |
| Issuing entity | | TYPIFICATION | |
| SPEC. PRECINCT VEHICLE THEFT AND ROBBERY/CONTAGEM | | ART. 155 PARA. 4 SECTION 3 CONCURRENT WITH ART. 29 | |

Sinesp          National Department of          Ministry of
                Public Safety                   Justice and Public Safety

A#        399

LSS T# 639257



Page 3/5
Provided by Sinesp Infoseg
on O1/07/2019 14:46:31
Identification Code: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| Date of Occurrence | Number | Type | BO [Incident Report] Number |
|---|---|---|---|
| N/A | 140590/191999 | Investigation | N/A |
| Issue Date | Cancellation Date | Basis | |
| 03/10/1999 | N/A | N/A | |
| Issuing entity | | TYPIFICATION | |
| ADJ. PRECINCT VEHICLE THEFT AND ROBBERY/CONTAGEM | | ART. 155 PARA. 4 SECTION 3 CONCURRENT WITH ART. 155 PARA. 4 SECT. 4 ART. 14 SECT. 2 | |
| Date of Occurrence | Number | Type | BO [Incident Report] Number |
| N/A | 346885/1492003 | Investigation | N/A |
| Issue Date | Cancellation Date | Basis | |
| 07/17/2003 | N/A | N/A | |
| Issuing entity | | TYPIFICATION | |
| CIVIL POLICE PRECINCT/CONTAGEM | | ART. 155 | |
| Date of Occurrence | Number | Type | BO [Incident Report] Number |
| N/A | 412030/1092004 | Investigation | N/A |
| Issue Date | Cancellation Date | Basis | |
| 12/22/2004 | N/A | N/A | |
| Issuing entity | | TYPIFICATION | |
| CIVIL POLICE PRECINCT/POCO FUNDO | | ART. 213 | |
| Date of Occurrence | Number | Type | BO [Incident Report] Number |
| N/A | 444838/232002 | Investigation | N/A |
| Issue Date | Cancellation Date | Basis | |
| 04/25/2002 | 08/16/2017 | N/A | |
| Issuing entity | | TYPIFICATION | |
| 4TH CIVIL POLICE PRECINCT/CONTAGEM | | ART. 155 PARA. 4 SECTION 4 | |
| Query Date | | | |
| 01/07/2019  14:44:49 | | | |

**Penitentiary Activities**

| Date of activity | Type of Activity | Prison Facility | Reason for Activity |
|---|---|---|---|
| 05/08/2008 | Exit | CIVIL POLICE PRECINCT/POCO FUNDO | Escape |
| Date of activity | Type of Activity | Prison Facility | Reason for Activity |
| 09/27/2005 | Entrance | CIVIL POLICE PRECINCT/POCO FUNDO | In compliance with preventive arrest warrant |
| Date of activity | Type of Activity | Prison Facility | Reason for Activity |
| 04/02/2003 | Exit | REGIONAL CIVIL POLICE PRECINCT/CONTAGEM | Conditional release |
| Date of activity | Type of Activity | Prison Facility | Reason for Activity |
| 03/01/2003 | Entrance | REGIONAL CIVIL POLICE PRECINCT/CONTAGEM | In compliance with preventive arrest warrant |
| Query Date | | | |
| 01/07/2019  14:45:12 | | | |

**Proceedings**

| Date of Sentencing | Proceeding Number | Date of Final Ruling | Status |
|---|---|---|---|
| N/A | 079980089548 | N/I | N/I |
| Authority | Investigation Number | Type of Sentence | |

Ⓢ Sinesp    National Department of Public Safety                    Ministry of Justice and Public Safety

A#       399                                                                                                6

LSS T# 639257



Page 4/5
Provided by Sinesp Infoseg
on 01/07/2019 14:46:31
Identification Code: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| STATE | DATE OF OCCURRENCE – 03/22/1998 | ART. 155, P/1ECPBART.155,P/1 CPB | |
|---|---|---|---|
| Basis: | | | |
| N/A | | | |
| Date of Sentencing | Proceeding Number | Date of Final Ruling | Status |
| N/A | 079000035075 | N/A | N/A |
| Authority | Investigation Number | Penalty Type | |
| STATE | DATE OF CRIME 02/16/2000 | ART.155eP/4eINC.IIIeEeIVeEeArt.155eP/4eINC. IeEeIVeDOeCPBART.155 P/4 INC.III E IV E ART.155 P/4 INC.I E IV DO CPB [BPC – BRAZILIAN PENAL CODE] | |
| Typification | | | |
| N/A | | | |
| Date of Sentencing | Proceeding Number | Date of Final Ruling | Status |
| N/A | 079000094288 | N/A | N/A |
| Authority | Investigation Number | Penalty Type | |
| STATE | N/I | ART.213eC/CeART.224,A,DOeCPART.213 C/C ART.224,A,DO CP [PC- Penal Code] | |
| Typification | | | |
| N/A | | | |
| Date of Sentencing | Proceeding Number | Date of Final Ruling | Status |
| 09/22/2008 | 517060023317 | 03/09/2009 | CONVICTION |
| Authority | Investigation Number | Penalty Type | |
| STATE | IPL 50 DE 10/06/2005 OCCURRENCE 06/13/2005 | ART.304,CPBART.304,CBP | |
| Typification | | | |
| N/A | | | |
| Date of Sentencing | Proceeding Number | Date of Final Ruling | Status |
| N/A | 517070043347 | N/A | N/A |
| Authority | Investigation Number | Penalty Type | |
| STATE | DATE OF OCCURRENCE 09/26/2006 IP.138 | ART.19eDAeLCPART.19 DA LCP [Misdemeanor Criminal Law] | |
| Typification | | | |
| N/A | | | |
| Query Date | | | |
| 01/07/2019 14:45:36 | | | |

| Federal Revenue Service – PF [Pessoa Física - Individual] | | | |
|---|---|---|---|
| Name: | Mother: | CPF [Individual Tax ID No.] | |
| FLAVIO ANDRADE PRADO JUNIOR | JOASINA LEMOS FERREIRA | 6-76 | |
| D.O.B. | Last Updated | Voter Registration No. | |
| 1978 | 11/17/2003 | 221 | |
| Sex | Year of Death | Registration Status | |
| Male | N/A | Regular | |
| Residing Abroad | Code and Country | Occupation Code | |
| Not Residing | N/A | 12 | |
| Primary Occupation Code | Type of work engaged in and Primary Occupation Code | Address | |
| 120 | 2009 | RUA JOSE DE SOUSA 60 | |
| Municipality | Postal Code | Telephone No. | |

National Department of
Public Safety

Ministry of
Justice and Public Safety

A# 399

LSS T# 639257



Page 4/5
Provided by Sinesp Infoseg
on 01/07/2019 14:46:31
Identification Code: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| CONTAGEM – MG | 32044380 | (31) 83733573 |
|---|---|---|
| Administrative Entity | Indication of Foreigner Status | |
| CONTAGEM | Not a foreigner | |

### Federal Revenue Service – PJ [Pessoa Jurídica – Legal Entity/Corporation]

| Business Name | CNPJ [CIN –Corporate Identification No.] | Trade Name |
|---|---|---|
| FRANGOS GABI LTDA | 00.423.908/0001-08 | N/I |
| Legal Nature | Start Date | State |
| LIMITED COMPANY | 02/10/1995 | MG |
| Registration Status | Main Office/Branch | Registration Filing Date |
| CANCELLED | Main Office | 12/31/2008 |
| Principle CNAE [National Classification of Economic Activity] | Secondary CNAE | Address |
| Retail Meat Market –Butcher | N/A | AVENIDA JOAO CESAR DE OLIVEIRA 6314 |
| District | Municipality | Postal Code |
| BEATRIZ | CONTAGEM | 32040000 |
| Telephone No. | Telephone No. (2) | Email |
| N/I | N/I | N/I |
| Responsible Party's Individual Tax ID No. | Name of responsible party | Company Share Capital |
| 039.066.016-76 | FLAVIO ANDRADE PRADO JUNIOR | N/I |
| Business Size Classification | "Simplified Federal Tax" Option | Reason for Registration Status |
| OTHER | OPTED OUT | UNSUITABILITY (LAW 11.941/2009/ART. 54) |
| Fax | Classification of Responsible Party | Start Date "Simplified Federal Tax System" |
| N/I | Managing Partner | N/I |

### Shareholding Structure

| CPF/CNPJ –Individual ID/ Corporate ID Nos. | Name of Partner | Classification of Partner |
|---|---|---|
| 390.066.016-76 [sic] | FLAVIO ANDRADE PRADO JUNIOR | MANAGING PARTNER |
| Share in Partnership | CPF [Individual ID#] of Partner's Agent | Name of Partner's Agent |
| 10 | N/A | N/A |
| Classification of Partner's Legal Agent | Country | |
| N/A | N/A | |
| CPF/CNPJ –Individual ID/ Corporate ID Nos. | Name of Partner | Classification of Partner |
| 5591822606 | WENDREI FREITAS DA SILVA | PARTNER |
| Share in Partnership | CPF [Individual tax ID#] of Partner's Agent | Name of Partner's Agent |
| 90 | N/A | N/A |
| Classification of Partner's Legal Agent | Country | |
| N/A | N/A | |

National Department of
Public Safety

Ministry of
Justice and Public Safety

A#         399

8

  

**Banco Nacional De Monitoramento De Prisão**

*Página 1 de 1*

# Certidão

## ( Mandado de Prisão )

Certifico que nesta data 08/01/2019 consta no Banco Nacional de Monitoramento de Prisões, quanto ao Mandado de Prisão nº 0043438-02.2007.8.13.0517.01.0003-13 seguinte registro:

## Mandado de Prisão

**Situação:** Pendente de Cumprimento

**Nº do Mandado de Prisão:** 0043438-02.2007.8.13.0517.01.0003-13

**Data de expedição:** 13/07/2012

**Data de validade:** 06/05/2024

**Nº do processo:** 0043438-02.2007.8.13.0517

**Espécie de prisão:** Recaptura

**Órgão expedidor:** VARA ÚNICA DA COMARCA DE POÇO FUNDO

**Município:** Poco Fundo

**RJI:** 18189883189

## Pessoa objeto do Mandado de Prisão

**Nome/Outros Nomes**
FLÁVIO ANDRADE DO PRADO JÚNIOR

**Alcunha/Outras Alcunhas**
Não Informado

**Nome do Pai/Outros**
FLÁVIO ANDRADE DO PRADO

**Nome da Mãe/Outros**
JOSINA LEMOS
JOSINA LEMOS FERREIRA

**Sexo:** Masculino

**Nacionalidade:** BRASIL

**Data de nascimento(s):** ▇▇ 1978;

**Recaptura:** Sim

---

Conforme Art. 2o inciso 3° da resolução 137 de 13 de julho de 2011, "A responsabilidade pela atualização das informações do BNMP, assim como pelo conteúdo disponibilizado, é, exclusivamente, dos tribunais e das autoridades judiciárias, responsáveis pela expedição dos mandados de prisão". Sendo assim, qualquer dúvida sobre as informações contidas no mandado devem ser retiradas junto ao órgão expedidor.

Esta certidão é expedida gratuitamente. Sua autenticidade pode ser confirmada no endereço: https://portalbnmp.cnj.jus.br através do número de controle: 0043438-02.2007.8.13.0517.01.0003-13

 **Tribunal de Justiça do Estado de Minas Gerais**

Comarca de Poço Fundo - Justiça Comum
FÓRUM FRANCISCO TAVARES PAES
PC.DR. GOUVEA, 27 - CENTRO

Data Emissão: 07/01/2019      **Atestado de Pena**      Hora Emissão: 15:57:09

Execução Nº: 0517.07.004343-8 - 0043438-02.2007.8.13.0517
Nome: FLÁVIO ANDRADE DO PRADO JUNIOR

```
Filiação      : FLÁVIO ANDRADE DO PRADO e outros
                JOSINA LEMOS FERREIRA e outros
Naturalidade: BELO HORIZONTE/MG
Estado Civil:
Profissão    : PROMOTOR DE VENDAS
Nascimento   :         /1978          Identidade:        116/MG
```

                      Guias de Recolhimento/Execução

                                              Pena Hediondo    Pena Comum
0517.06.002331-7 0023317-84.2006.8.13.0517    000A 00M 00D  -  002A 06M 00D

    SECRETARIA DO JUÍZO                        Classe: CRIME C/ FÉ PÚBLICA
    Crime : 13/06/2005                         Sentença  : 22/09/2008
    T.Julg.: 09/03/2009                        T.Julg. MP: 09/03/2009
    Motivo Baixa: PRESCRIÇÃO PENA (EXECUTÓRIA) Data Baixa: 26/04/2018
    Extinção Punibilidade: 28/02/2018

0517.07.002739-9 0027399-27.2007.8.13.0517    000A 00M 00D  -  003A 08M 00D

    SECRETARIA DO JUÍZO                        Classe: CARTA PRECATÓRIA CRIMINAL
    Crime : 04/06/2003                         Sentença  : 20/07/2005
    T.Julg.: 10/08/2006                        T.Julg. MP: 10/08/2006
    Motivo Baixa: PRESCRIÇÃO PENA (EXECUTÓRIA) Data Baixa: 26/04/2018
    Extinção Punibilidade: 31/01/2018

---

0517.06.001829-1 0018291-08.2006.8.13.0517    000A 00M 00D  -  000A 08M 00D

    SECRETARIA DO JUÍZO                        Classe: PRECATÓRIA EXECUÇÃO PENA
    Crime : 10/03/1999                         Sentença  : 22/11/2000
    T.Julg.: 12/03/2001                        T.Julg. MP: 01/12/2000
    Enquadramentos: Art. 155 - § 4º - Inc. III E IV - CPB
                    Art. 14 - Inc. II - CPB

0517.06.001878-8 0018788-22.2006.8.13.0517    007A 06M 00D  -  000A 00M 00D

    SECRETARIA DO JUÍZO                        Classe: CRIME C/ PESSOA
    Crime : 18/12/2004                         Sentença  : 16/01/2006
    T.Julg.: 13/07/2007                        T.Julg. MP: 13/07/2007
    Enquadramentos: Art. 213 - § CAPUT - CPB

0517.07.004334-7 0043347-09.2007.8.13.0517    000A 00M 00D  -  000A 04M 00D

    SECRETARIA DO JUÍZO                        Classe: CONTRAVENÇÃO PENAL
    Crime : 26/09/2006                         Sentença  : 30/09/2008
    T.Julg.: 07/04/2009                        T.Julg. MP: 07/04/2009
    Enquadramentos: Art. 19 - LCP

                        Soma das Penas (Ativas): 007A 06M 00D  -  001A 00M 00D

                        Total Geral das Penas (Ativas):               008A 06M 00D

                                Saída Temporária
```
Data Sentença   Tipo   Início      Fim         Dias   Tipo Revogação   Data Revogação
24/12/2007      OUT    24/12/2007  31/12/2007  07
```

Página 1 de 2

 Tribunal de Justiça do Estado de Minas Gerais

Comarca de Poço Fundo - Justiça Comum
FÓRUM FRANCISCO TAVARES PAES
PC.DR. GOUVEA, 27 - CENTRO

Data Emissão: 07/01/2019          **Atestado de Pena**          Hora Emissão: 15:57:09

Execução Nº: 0517.07.004343-8 - 0043438-02.2007.8.13.0517
Nome: FLÁVIO ANDRADE DO PRADO JUNIOR

### Histórico de Prisão e Soltura

| PRISÃO | SOLTURA | DIAS BAIXA DETRAÇÃO |
|---|---|---|
| 10/03/1999-FLAGRANTE | 16/03/1999-LIBERDADE PROVISÓRIA | 00007 |
| 28/09/2005-PREVENTIVA | 15/01/2006-PRISÃO MOT. ALTERADO | 00110 |
| 16/01/2006-CONDENAÇÃO | 31/12/2007-AUSÊNCIA/FALTA | 00714 |
| 03/01/2008-REAPRESENTAÇÃO | 18/01/2008-AUSÊNCIA/FALTA | 00015 |
| 20/01/2008-REAPRESENTAÇÃO | 28/01/2008-AUSÊNCIA/FALTA | 00008 |
| 30/01/2008-REAPRESENTAÇÃO | 15/02/2008-AUSÊNCIA/FALTA | 00016 |
| 17/02/2008-REAPRESENTAÇÃO | 11/03/2008-AUSÊNCIA/FALTA | 00023 |
| 13/03/2008-REAPRESENTAÇÃO | 17/03/2008-AUSÊNCIA/FALTA | 00004 |
| 19/03/2008-REAPRESENTAÇÃO | 28/03/2008-AUSÊNCIA/FALTA | 00009 |
| 30/03/2008-REAPRESENTAÇÃO | 02/04/2008-AUSÊNCIA/FALTA | 00003 |
| 04/04/2008-REAPRESENTAÇÃO | 10/04/2008-AUSÊNCIA/FALTA | 00006 |
| 12/04/2008-REAPRESENTAÇÃO | 18/04/2008-AUSÊNCIA/FALTA | 00006 |
| 20/04/2008-REAPRESENTAÇÃO | 22/04/2008-AUSÊNCIA/FALTA | 00002 |
| 24/04/2008-REAPRESENTAÇÃO | 02/05/2008-AUSÊNCIA/FALTA | 00008 |
| 06/05/2008-REAPRESENTAÇÃO | 07/05/2008-FUGA | 00001 |

### Demonstrativo de Totais

| | | | |
|---|---|---|---|
| Soma Total das Penas : | 008 A | 06 M | 00 D |
| Soma Total das Penas não Unificadas : | 008 A | 06 M | 00 D |
| Soma Total das Penas Comutadas : | 000 A | 00 M | 00 D |
| Soma Total das Penas Unificadas Art.71: | 000 A | 00 M | 00 D |
| Soma Total das Penas Unificadas Art.75: | 000 A | 00 M | 00 D |
| Soma Total das Penas Cumpridas : | 002 A | 06 M | 20 D |
| Soma Total das Penas Remidas : 0 | | | |
| Soma Total das Penas a Cumprir : | 005 A | 11 M | 10 D |

Regime Atual                : INICIALMENTE FECHADO 05/05/2008
Falta Disciplinar Grave     : Não
Execução Baixada            : Não
**Cumprimento da Pena**     : 16/12/2024

Situação do Condenado       : Reincidente



Página 1 / 5
Gerado por Sinesp Infoseg
em 07/01/2019 14:46:31
Cod. Identificador: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

## Denatran - RENACH

| | | |
|---|---|---|
| *Nome*<br>FLAVIO ANDRADE PRADO JUNIOR | *Mãe*<br>JOASINA LEMOS FERREIRA | *CPF*<br>███ 676 |
| *D. N.*<br>███/1978 | *Pai*<br>FLAVIO ANDRADE DO PRADO | *Sexo*<br>MASCULINO |
| *Naturalidade*<br>BELO HORIZONTE | *Nacionalidade*<br>BRASILEIRO | *Restrições Médicas*<br>N/I |
| *Endereço, n°*<br>AV JOSE SOARES PINHO, 75 | *Complemento*<br>CS | *Bairro*<br>NOVA GIMIRIM |
| *Município - UF*<br>POCO FUNDO - MG | *CEP*<br>37757000 | *Formulário PID - UF*<br>N/I - N/I |
| *Formulário CNH PID*<br>N/I | *Motivo Requerimento Pid 1*<br>INEXISTENTE | *Motivo Requerimento Pid 2*<br>INEXISTENTE |
| *Motivo Requerimento Pid 3*<br>INEXISTENTE | *Motivo Requerimento Pid 4*<br>INEXISTENTE | *Habilitação Estrangeira*<br>N/I |
| *Validade PID*<br>N/I | *Origem Habilitação Estrangeira*<br>INEXISTENTE | *Situação PID*<br>N/I |
| *Registro Nacional Estrangeiro*<br>N/I | *Situação CNH*<br>CONFIRMADA | *Situação CNH anterior*<br>INEXISTENTE |
| *Permissionário*<br>N/I | *UF Solicitante Transferência*<br>N/I | |

### Documento

| | | |
|---|---|---|
| *Documento*<br>CARTEIRA IDENTIDADE - MG10952116 | *Categoria*<br>AB | *Órgão Emissor/UF*<br>SSP / MG |
| *UF Domínio*<br>MG | *RENACH*<br>MG942376498 | *Número Registro*<br>04342831090 |
| *Número PGU*<br>467713812 | *Validade CNH*<br>19/03/2013 | *Situação CNH*<br>CONFIRMADA |
| *UF Habilitação Atual*<br>MG | *Data/UF*<br>13/01/1998 / SP | *Quadro Observações CNH*<br>A |
| *Motivo Requerimento 1*<br>REGISTRO | *Motivo Requerimento 2*<br>INEXISTENTE | *Motivo Requerimento 3*<br>INEXISTENTE |
| *Motivo Requerimento 4*<br>INEXISTENTE | *Cancelamento*<br>N/I | *Categoria Autorizada*<br>AB |
| *Categoria Rebaixada*<br>N/I | *Data Cadastramento*<br>19/03/2008 | |

### Cursos

| | | |
|---|---|---|
| *Data Renovação CNH*<br>N/I | *Data Reciclagem Infrator*<br>N/I | *Data Curso TCI*<br>N/I |
| *Data Curso TCP*<br>N/I | *Data Curso TE*<br>N/I | *Data Curso TMF*<br>N/I |
| *Data Curso TMT*<br>N/I | *Data Curso TPP*<br>N/I | *Data Curso TVE*<br>N/I |
| *Última Atualização*<br>22/04/2008 | *Última Emissão Histórico*<br>22/04/2008 | *Validade Habilitação Estrangeira*<br>N/I |



Secretaria Nacional de
Segurança Pública

Ministério da
Justiça e Segurança Pública



Gerado por Sinesp Infoseg
em 07/01/2019 14:46:31
Cod. Identificador: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

*Classificação Curso TCI - UF*
INEXISTENTE - N/I

*Classificação Curso TCP - UF*
INEXISTENTE - N/I

*Classificação Curso TE - UF*
INEXISTENTE - N/I

*Classificação Curso TMF - UF*
INEXISTENTE - N/I

*Classificação Curso TMT - UF*
INEXISTENTE - N/I

*Classificação Curso TPP - UF*
INEXISTENTE - N/I

*Classificação Curso TVE - UF*
INEXISTENTE - N/I

*Curso Atualização Renovação CNH - UF*
INEXISTENTE - N/I

*Curso Reciclagem Infrator - UF*
INEXISTENTE - N/I



## Índice Nacional

*Nome*
FLAVIO ANDRADE PRADO JUNIOR

*Alcunhas*
CAOLHO, JUNINHO

*D. N.*
N/I

*Filiação*
JOASINA LEMOS FERREIRA e FLAVIO ANDRADE DO PRADO

*RG*
MG-10952116 - MG

*Naturalidade*
BELO HORIZONTE

*Indicador de Arma*
Não

*Indicador de Termo Circunstanciado*
N/I

*Indicador de Inquérito*
Sim

*Indicador de Narcotráfico*
Não

*Indicador de Processo*
Sim

*Informação Penitenciária*
N/I

*Fornecida/Atualizada*
MG - 15/04/2009

*Nacionalidade*
brasileiro nato

*Cor*
N/I

*Sexo*
Masculino

*Outros Nomes*
FLAVIO ANDRADE PRADO JUNIOR

### Procedimentos

*Data Fato*
N/I

*Número*
113556 / 241998

*Tipo*
Inquerito

*Número BO*
N/I

*Data Instauração*
22/03/1998

*Data Cancelamento*
N/I

*Descrição Origem*
N/I

*Descrição Órgão*
DELEGACIA ADJ. FURTOS ROUBOS VEICULOS/CONTAGEM

*Enquadramentos*
ART 155 PAR 4 INC 3 C/C ART 29



Secretaria Nacional de
Segurança Pública

Ministério da
Justiça e Segurança Pública


Página 3 / 5
Gerado por Sinesp Infoseg
em 07/01/2019 14:46:31
Cod. Identificador: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| Data Fato | Número | Tipo | Número BO |
|---|---|---|---|
| N/I | 140590 / 191999 | Inquerito | N/I |
| **Data Instauração** | **Data Cancelamento** | **Descrição Origem** | |
| 10/03/1999 | N/I | N/I | |
| **Descrição Órgão** | | **Enquadramentos** | |
| DELEGACIA ADJ. FURTOS ROUBOS VEICULOS/CONTAGEM | | ART 155 PAR 4 INC 3 C/C ART 155 PAR 4 INC 4 ART 14 INC 2 | |

| Data Fato | Número | Tipo | Número BO |
|---|---|---|---|
| N/I | 346885 / 1492003 | Inquerito | N/I |
| **Data Instauração** | **Data Cancelamento** | **Descrição Origem** | |
| 17/07/2003 | N/I | N/I | |
| **Descrição Órgão** | | **Enquadramentos** | |
| 1¿ DELEGACIA DE POLICIA CIVIL/CONTAGEM | | ART 155 | |

| Data Fato | Número | Tipo | Número BO |
|---|---|---|---|
| N/I | 412030 / 1092004 | Inquerito | N/I |
| **Data Instauração** | **Data Cancelamento** | **Descrição Origem** | |
| 22/12/2004 | N/I | N/I | |
| **Descrição Órgão** | | **Enquadramentos** | |
| DELEGACIA DE POLICIA CIVIL/POCO FUNDO | | ART 213 | |

| Data Fato | Número | Tipo | Número BO |
|---|---|---|---|
| N/I | 444838 / 232002 | Inquerito | N/I |
| **Data Instauração** | **Data Cancelamento** | **Descrição Origem** | |
| 25/04/2002 | 16/08/2017 | N/I | |
| **Descrição Órgão** | | **Enquadramentos** | |
| 4¿ DELEGACIA DE POLICIA CIVIL/CONTAGEM | | ART 155 PAR 4 INC 4 | |

**Data da consulta**
07/01/2019 14:44:49

### Movimentações Penitenciárias

| Data Movimentação | Tipo Movimentação | Descrição Prisional | Motivos Movimentação |
|---|---|---|---|
| 08/05/2008 | Saida | DELEGACIA DE POLICIA CIVIL/POCO FUNDO | Fuga |
| 27/09/2005 | Entrada | DELEGACIA DE POLICIA CIVIL/POCO FUNDO | Cumprimento mandado por prisao preventiva |
| 02/04/2003 | Saida | 1¿ DELEGACIA REGIONAL DE POLICIA CIVIL /CONTAGEM | Livramento condicional |
| 01/03/2003 | Entrada | 1¿ DELEGACIA REGIONAL DE POLICIA CIVIL /CONTAGEM | Cumprimento mandado por prisao preventiva |

**Data da consulta**
07/01/2019 14:45:12

### Processos

| Data Sentença | Número Processo | Data Trânsito Julgado | Descrição Situação |
|---|---|---|---|
| N/I | 079980089548 | N/I | N/I |
| **Descrição Autoridade** | **Número Inquérito** | **Descrição Pena** | |



Página 4 / 5
Gerado por Sinesp Infoseg
em 07/01/2019 14:46:31
Cod. Identificador: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| ESTADUAL | DATA FATO - 22/03/1998 | ART.155,P/1eCPBART.155,P/1 CPB | |

**Enquadramentos**
N/I

| Data Sentença | Número Processo | Data Trânsito Julgado | Descrição Situação |
|---|---|---|---|
| N/I | 079000035075 | N/I | N/I |
| **Descrição Autoridade** | **Número Inquérito** | **Descrição Pena** | |
| ESTADUAL | DATA DO CRIME: 16/02/2000 | ART.155eP/4eINC.IIIeEeIVeEeART.155eP/4eINC. IeEeIVeDOeCPBART.155 P/4 INC.III E IV E ART.155 P/4 INC.I E IV DO CPB | |

**Enquadramentos**
N/I

| Data Sentença | Número Processo | Data Trânsito Julgado | Descrição Situação |
|---|---|---|---|
| N/I | 079000094288 | N/I | N/I |
| **Descrição Autoridade** | **Número Inquérito** | **Descrição Pena** | |
| ESTADUAL | N/I | ART.213eC/CeART.224,A,DOeCPART.213 C/C ART.224,A,DO CP | |

**Enquadramentos**
N/I

| Data Sentença | Número Processo | Data Trânsito Julgado | Descrição Situação |
|---|---|---|---|
| 22/09/2008 | 517060023317 | 09/03/2009 | CONDENACAO |
| **Descrição Autoridade** | **Número Inquérito** | **Descrição Pena** | |
| ESTADUAL | IPL 50 DE 06/10/2005 FATO 13/06/2005 | ART.304,CPBART.304,CPB | |

**Enquadramentos**
N/I

| Data Sentença | Número Processo | Data Trânsito Julgado | Descrição Situação |
|---|---|---|---|
| 30/09/2008 | 517070043347 | 07/04/2009 | CONDENACAO |
| **Descrição Autoridade** | **Número Inquérito** | **Descrição Pena** | |
| ESTADUAL | DATA DO FATO 26/9/2006 IP. 138 | ART.19eDAeLCPART.19 DA LCP | |

**Enquadramentos**
N/I

**Data da consulta**
07/01/2019 14:45:36

## Receita Federal - PF

| Nome | Mãe | CPF |
|---|---|---|
| FLAVIO ANDRADE PRADO JUNIOR | JOSINA LEMOS FERREIRA | 039.066.016-76 |
| **D. N.** | **Data Últ. Atualização** | **Título de Eleitor** |
| ▮1978 | 17/11/2003 | 153510860221 |
| **Sexo** | **Ano do Óbito** | **Situação Cadastral** |
| Masculino | N/I | Regular |
| **Residente no exterior** | **Código e País** | **Código Ocupação** |
| Não Residente | N/I | 12 |
| **Código Ocupação principal** | **Exercício natureza da ocupação e código ocupação principal** | **Endereço** |
| 120 | 2009 | RUA JOSE DE SOUSA 60 |
| **Município - UF** | **CEP** | **Telefone** |



Secretaria Nacional de Segurança Pública

Ministério da Justiça e Segurança Pública



Página 5 / 5
Gerado por Sinesp Infoseg
em 07/01/2019 14:46:31
Cod. Identificador: 38789A3E-5D62-4143-A1CD-A82A6BD9A7C7

| | | |
|---|---|---|
| CONTAGEM - MG | 32044380 | (31) 83733573 |
| *Unidade Administrativa* CONTAGEM | *Indicativo de Estrangeiro* Não é estrangeiro | |

## Receita Federal - PJ

| | | |
|---|---|---|
| *Nome Empresarial* FRANGOS GABI LTDA | *CNPJ* 00.423.908/0001-08 | *Nome Fantasia* N/I |
| *Natureza Jurídica* SOCIEDADE EMPRESÁRIA LIMITADA | *Data Início Atividade* 10/02/1995 | *UF* MG |
| *Situação Cadastral* BAIXADA | *Matriz/Filial* Matriz | *Data da Situação Cadastral* 31/12/2008 |
| *CNAE Principal* Comércio varejista de carnes - açougues | *CNAE Secundária* N/I | *Endereço* AVENIDA JOAO CESAR DE OLIVEIRA 6314 |
| *Bairro* BEATRIZ | *Município* CONTAGEM | *CEP* 32040000 |
| *Telefone* N/I | *Telefone 2* N/I | *Email* N/I |
| *CPF Responsável* 039.066.016-76 | *Nome Responsável* FLAVIO ANDRADE PRADO JUNIOR | *Capital social da empresa* N/I |
| *Porte do Estabelecimento* DEMAIS | *Opção pelo Simples Nacional* NAO OPTANTE | *Motivo Situação Cadastral* INAPTIDAO (LEI 11.941/2009 ART.54) |
| *Fax* N/I | *Qualificação Responsável* SÓCIO-ADMINISTRADOR | *Data Opção Simples* N/I |

### Quadro Societário

| | | |
|---|---|---|
| *CPF/CNPJ* 3906601676 | *Nome do Sócio* FLAVIO ANDRADE PRADO JUNIOR | *Qualificação do Sócio* SÓCIO-ADMINISTRADOR |
| *Capital Sócio* 10 | *CPF Repr. do Sócio* N/I | *Nome Representante do Sócio* N/I |
| *Qualificação do Repr. Legal do Sócio* N/I | *País* N/I | |
| *CPF/CNPJ* 5591822606 | *Nome do Sócio* WENDREI FREITAS DA SILVA | *Qualificação do Sócio* SÓCIO |
| *Capital Sócio* 90 | *CPF Repr. do Sócio* N/I | *Nome Representante do Sócio* N/I |
| *Qualificação do Repr. Legal do Sócio* N/I | *País* N/I | |

O sigilo deste documento é protegido e controlado pela Lei Nº 12.527/2011. A divulgação, a revelação, o fornecimento, a utilização ou a reprodução desautorizada de seu conteúdo, a qualquer tempo, meio e modo, inclusive mediante acesso ou facilitação de acessos indevidos, constituem condutas ilícitas que ensejam responsabilidades penais, civis e administrativas.



Secretaria Nacional de Segurança Pública          Ministério da Justiça e Segurança Pública