UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
MARIA ALEJANDRA CELIMEN SAVINO,    )
JULIO CESAR MEDEIROS NEVES,        )
and all those similarly situated,  )
                                   )
            Petitioners,           )
                                   )
     v.                            )     CIVIL ACTION
                                   )     NO. 20-cv-10617-WGY
STEVEN J. SOUZA,                   )
                                   )
            Respondent.            )
_____)

YOUNG, D.J.                                      April 21, 2020

**ORDER**

The order of submission of briefs on individual applications for bail is as follows:

<u>Monday, April 27, 2020, 9:00 a.m.</u>

   1. Amador Galindo, Diego
   2. Blanco, Bacilio
   3. Delapaz, Gabri
   4. Lopez-Gonzalez, Emmanuel

    **SO ORDERED.**

                                       <u>/s/ William G. Young</u>
                                       WILLIAM G. YOUNG
                                       DISTRICT JUDGE