UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**MARIA ALEJANDRA CELIMEN SAVINO**          )
**and JULIO CESAR MEDEIROS NEVES,**         )
                                            )
**Petitioners-Plaintiffs,**                 )
                                            )    **20-cv-10617 WGY**
    **v.**                                  )
                                            )
**THOMAS HODGSON, et al.,**                 )
                                            )
    **Respondents-Defendants.**             )
_____)

## DEFENDANTS' NOTICE OF ADDITIONAL DETAINEES

Respondents-Defendants hereby update the Court regarding individuals who have come into ICE custody at the Bristol County House of Corrections ("BCHOC") since the initiation of this lawsuit.  Two of these individuals were not on the Excel spreadsheet provided to the Court on or about April 15, 2020.  One was not on the spreadsheet because he was transferred from criminal custody at BCHOC on April 15, 2020, after the spreadsheet was prepared.  The other individual is expected to be transferred from criminal custody to civil immigration custody today, so he would not have been on the April 15, 2020 spreadsheet.  The three remaining individuals were also transferred from criminal custody at BCHOC to civil immigration detention, but were all listed on the most recent spreadsheet provided to the Court.

The individuals are:

1.  JAVIER DE LA PAZ, GABRIEL  (transferred from criminal BCHOC to civil BCHOC on 4/15/20 );

2.  BLANCO, BACILIO  (transferred from criminal BCHOC to civil BCHOC on 4/10/20);

    3. LOPEZ-GONZALEZ, EMMANUEL (transferred from criminal BCHOC to civil BCHOC on 4/1/20);

    4. AMADOR-GALINDO, DIEGO ISAEL (in ICE custody since 8/27/19, inadvertently left off of the original detainee list but added to 4/15/20 list); and

    5. CRUZ SOARES, GERALDO (expected to come in to ICE custody today from state custody at Bristol).

                                  Respectfully submitted,

                                  ANDREW E. LELLING,
                                  United States Attorney

                      By:   */s/ Thomas E. Kanwit*
                            Thomas E. Kanwit
                            Michael Sady
                            Assistant U.S. Attorneys
                            U.S. Attorney's Office
                            John J. Moakley U.S. Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA  02210
                            (617) 748-3100
                            thomas.kanwit@usdoj.gov
April 21, 2020                  michael.sady@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                  */s/ Thomas E. Kanwit*
Dated:  April 21, 2020                Thomas E. Kanwit