# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**  )
**and JULIO CESAR MEDEIROS NEVES,** )
                                    )
**Petitioners-Plaintiffs,**         )
                                    )    20-cv-10617 WGY
   **v.**                           )
                                    )
**THOMAS HODGSON, et al.,**         )
                                    )
   **Respondents-Defendants.**      )
_____)

## DEFENDANTS' NOTICE OF INTENT TO TRANSFER

Respondents-Defendants hereby notify the Court of their intent to transfer the following individuals out of the Bristol County House of Corrections ("BCHOC") at a date and time not less than 48 hours from now:

**Sanchez Disla, Army Joel**

**Illicachi-Shigla, Juan Carlos**

**Carranza-Lopez, Miguel Angel**

The transfers will be in preparation for removal.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By:  */s/ Thomas E. Kanwit*
     Thomas E. Kanwit
     Michael Sady
     Assistant U.S. Attorneys
     U.S. Attorney's Office
     John J. Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200

|  |  |
|---|---|
| April 22, 2020 | Boston, MA  02210<br>(617) 748-3100<br>thomas.kanwit@usdoj.gov<br>michael.sady@usdoj.gov |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
| Dated:   April 22, 2020 | */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit |