UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>STEVEN J. SOUZA,<br><br>Respondent-Defendant. | Case No. 1:20-cv-10617 WGY |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, please enter the appearance of Lisa J. Pirozzolo of Wilmer Cutler Pickering Hale and Dorr for Petitioners-Plaintiffs, Maria Alejandra Celimen Savino, Julio Cesar Medeiros Neves, and all those similarly situated in the above-captioned action.

                                                Respectfully submitted,

                                                */s/ Lisa J. Pirozzolo*
                                                Lisa J. Pirozzolo (BBO # 561922)
                                                Wilmer Cutler Pickering Hale and Dorr LLP
                                                60 State Street
                                                Boston, Massachusetts 02109
                                                Tel: (617) 526-6000
                                                Fax: (617) 526-5000
                                                E-mail: lisa.pirozzolo@wilmerhale.com

Dated:  April 24, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 24, 2020 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   April 24, 2020

*/s/ Lisa J. Pirozzolo*
Lisa J. Pirozzolo (BBO # 561922)