# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

MARIA ALEJANDRA CELIMEN SAVINO, *et al.*,

        Petitioners-Plaintiffs,

v.

STEVEN SOUZA,

        Respondent-Defendant.

Case No. 1:20-cv-10617-WGY

## JOINT MOTION FOR AN ORDER REQUIRING PRODUCTION OF CONFIDENTIAL MEDICAL INFORMATION

In anticipation of the May 7, 2020 hearing on Plaintiffs' Motion for Preliminary Injunction, Plaintiffs requested that Defendant produce medical records of class members. Defendants do not object to producing such records in general, subject to certain limits being discussed by the parties. Defendants do believe that the information is potentially subject to the Health Insurance Portability and Accountability Act's ("HIPAA") privacy requirements, and/or the Privacy Act, and perhaps other source of confidentiality.[1] Therefore, the parties jointly seek an order of the Court requiring such production as the parties have agreed upon. A form of proposed order is attached hereto.

Dated: April 29, 2020

---

[1] Defendants take no position as to whether the Privacy Act requires prior notice to the detainees that their medical records may be disclosed. Plaintiffs' position is that no prior notice is required "when the District Court considers a request for a Privacy Act order in the discovery context…." *Laxalt v. McClatchy*, 809 F.2d 885, 889-90 (D.C. Cir. 1987).


Respectfully submitted,

    _/s/ Oren Sellstrom_____
Oren Nimni (BBO #691821)
Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal (*pro hac vice*)
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

Grace Choi, Law Student Intern[*]
Kayla Crowell, Law Student Intern[*]
Laura Kokotailo, Law Student Intern[*]
Aseem Mehta, Law Student Intern[*]
Alden Pinkham, Law Student Intern[*]
Bianca Rey, Law Student Intern[*]
Megan Yan, Law Student Intern[*]
Reena Parikh (*pro hac vice*)
Muneer Ahmad (*pro hac vice*)
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Services Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

* Motion for leave to file law student appearance pending

ANDREW E. LELLING,
United States Attorney

_/s/ Thomas E. Kanwit_____
Thomas E. Kanwit
Michael Sady
Assistant U.S. Attorneys

U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
thomas.kanwit@usdoj.gov
michael.sady@usdoj.gov