UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

MARIA ALEJANDRA CELIMEN SAVINO, *et al.*,

    Petitioners-Plaintiffs,

v.

STEVEN SOUZA,

    Respondent-Defendant.

Case No. 1:20-cv-10617-WGY

## STIPULATED DISCOVERY ORDER REGARDING PRODUCTION OF CLASS MEMBER MEDICAL RECORDS

With the agreement of the Parties, the Court having determined that there is good cause for issuance of an order regarding production of medical records of Class members in the above-captioned action, IT IS HEREBY ORDERED as follows:

1. Medical records of all Class members shall be produced on the schedule agreed to by the parties; and

2. All such records produced shall be subject to the Protective Order already entered in this action. *See* ECF 45.

Dated: April 30, 2020

/s/ William G. Young
WILLIAM J. YOUNG
UNITED STATES DISTRICT JUDGE