UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MARIA ALEJANDRA CELIMEN SAVINO      )
and JULIO CESAR MEDEIROS NEVES,     )
                                    )
Petitioners-Plaintiffs,             )
                                    )   20-cv-10617 WGY
   v.                               )
                                    )
THOMAS HODGSON, et al.,             )
                                    )
   Respondents-Defendants.          )
_____)

### DEFENDANTS' NOTICE OF TRANSFER INTO BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that AUGUSTIN SMITH, year of birth 1983, citizen of Haiti, was released from criminal incarceration at the Bristol County House of Correction last night and transferred into civil immigration detention at that same facility. With that transfer, the number of immigration detainees is 83.

                                                Respectfully submitted,

                                                ANDREW E. LELLING,
                                                United States Attorney

                            By:   */s/ Thomas E. Kanwit*
                                   Thomas E. Kanwit
                                   Michael Sady
                                   Assistant U.S. Attorneys
                                   U.S. Attorney's Office
                                   John J. Moakley U.S. Courthouse
                                   1 Courthouse Way, Suite 9200
                                   Boston, MA  02210
                                   (617) 748-3100
                                   thomas.kanwit@usdoj.gov
May 5, 2020                         michael.sady@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
| Dated:   May 5, 2020 | */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit |