# EXHIBIT B

Page 1

1

2                    NOTICE

3

4

5   This transcript is an UNCERTIFIED ROUGH DRAFT

6   TRANSCRIPT.  It contains the raw output from the

7   court reporter's stenotype machine, translated into

8   English by the court reporter's computer, without

9   the benefit of proofreading.  It will contain

10   untranslated steno outlines, mistranslations (wrong

11   words), and misspellings.  These and any other

12   errors will be corrected in the final transcript.

13   Since this rough draft transcript has not been

14   proofread, the court reporter cannot assume

15   responsibility for any errors therein.

16    This rough draft transcript is intended to assist

17   attorneys in their case preparation and is not to be

18   construed as the final transcript.  It is not to be

19   read by the witness or quoted in any pleading or for

20   any other purpose and may not be filed with any

21   court.

22

6     A    There is a medical office, yes.

7     Q    And so there is a separate one for each

8  unit?

9     A    Yes.

10     Q    And when you go to visit the units, is it

11  fair to say that you spend your time in that

12  medical office?

13     A    I do go into the medical office.  When I

14  go to ICE, the ICE building, B unit and A unit, I

15  do go through the unit and speak to some of them

16  when I am make -- go -- on my way to the office.

17     Q    Speak to some of the detainees?

18     A    Yeah.

19     Q    And so generally where would you be

20  speaking to them?  What area of the unit would you

21  be speaking to them?

22     A    Right outside the office, the medical

23  office.

24     Q    So would you typically go into the bunk


Page 19


1  area?

2     A    I don't go into the bunk area.  But

3  I'll -- if I go down to the security desk, on my

4  way to security, if I see a detainee, I do greet

5   them.

6      Q    Would you typically go into their common

7   dining area?

8      A    Not necessarily, no.

9      Q    You wouldn't typically go into the

10   bathroom.  Right?

11      A    No.

12      Q    And you wouldn't typically go into the

13   visitor's room?

14      A    No.

15      Q    The classroom?

16      A    No.

17      Q    The outdoor recreation area?

18      A    No.

19      Q    So on any given day if you could give an

20   estimate, how many ICE detainees do you think you

21   come in contact with?

22      A    Probably, I would say, six to ten maybe.

23      Q    And about how many nonICE detainees, so

24   inmates from other units?

Page 20

1      A    Probably three or four.  That's an

2   estimate.  I'm not sure.  It could vary.

3      Q    And so just to go back to your education

4   a little bit.

5       An LPN is a generalized program.  Right?

6   A   I'm sorry, could you repeat that?

7   Q   An LPN is a generalized program.  Right?

8   A   It's a nursing program.

9   Q   So you don't -- the program doesn't train

10   you to be a specialist in anything.  Correct?

11   A   No.  No.

12   Q   So it doesn't train you to be a

13   specialist in infectious disease?

14   A   No.  There's seminars and classes you

15   could take for that, but I have not.

16   Q   Okay.

17   A   At the time.

18   Q   And COVID-19 is a new virus.  Right?

19   A   Correct.

20   Q   Have you taken any specialized training

21   or done any course work on stopping the spread of

22   the COVID-19 virus?

23   A   Here in the facility, with the director

24   of nursing.

Page 21

1   Q   Great.  And so when was that?

2   A   We meet weekly.

3    Q   And for how long?

4    A   We have been discussing it since the

5  pandemic, we started discussing it.

6    Q   So do you -- approximately when would you

7  put that?

8    A   I would say beginning of March.

9    Q   And about how long do those meetings

10  last?

11    A   That varies as well.  I would say at

12  least an hour.

13    Q   And what is discussed during those

14  meetings?

15    A   We discuss what measures we would take,

16  if needed be; what units we would use to isolate

17  and quarantine anyone that potentially had the

18  virus.

19       We discussed the equipment.  We -- they

20  update us on the guidelines.

21    Q   And who is the Director of Nursing?

22    A   Barbara Bell.

23    Q   And can you just spell the last name?

24    A   B-E-L-L.

Page 22

1    Q   And so it's Barbara, B-A-R-B-A-R-A?

2    A    Yes.  And also Maureen Atkins, which is

3  the head of the department, medical department.

4    Q    And is she a doctor, a nurse, or --

5    A    Nurse.

6    Q    And so is everything that you discussed

7  during those weekly meetings related to COVID-19?

8    A    Yes.  The weekly meetings actually

9  started the beginning of April.  We would discuss

10  and meet, but it wasn't routine meetings until

11  April, the beginning of April.

12    Q    Okay.  Oh, in March it was approximately

13  how many of these meetings?

14    A    It was just updates on the CDC

15  guidelines.

16    Q    And are you the only person who attends

17  these meetings?

18    A    No.  Nurses.  Nurses.

19    Q    All of the nurses?

20    A    Yes.  They're all invited to attend.

21    Q    Sorry.  I just --

22    A    I apologize.  I said they're all invited

23  to attend.

24    Q    But they are not required?

1    A    It is not mandatory, no.

2    Q    Do all of them show up?

3    A    A majority, not all.  They are updated

4  after.  Whoever does not attend gets an update on

5  what the meeting was about.

6    Q    And do you provide that update?

7    A    No.  Barbara, the director of nurses.

8    Q    And I don't think I caught it.  Barbara

9  bell, is she a nurse as well?

10    A    Yes.

11    Q    And so are her and Maureen Atkins both

12  RNs, registered nurses?

13    A    Barbara is an LPN.

14    Q    Barbara is an LPN.  Okay.  But Maureen is

15  a registered nurse?

16    A    Barbara is an LPN and Maureen is an RN.

17    Q    And can you give me a general idea of how

18  those meetings occur?  What happens during those

19  meetings?

20    A    We just -- they just update us if there's

21  any changes on the guidelines.  Like if there's

22  changes to the units or them' give us an update on

23  the guidelines if there was an update on the CDC

24  guidelines.  We just go over that.  And they see

1   if there's any questions or concerns.

2      Q    And so is it just a verbal update from

3   Barbara or --

4      A    No.  It's a meeting minute.

5      Q    And so it's kind of like a memo that

6   summarizes the update?

7      A    Yeah.

8      Q    And do you discuss what's happened on the

9   unit the week before?

10     A    No.

11     Q    Okay.  So it is just an update on the

12  guidelines?

13     A    Yeah, just an update on the guidelines.

14     Q    And do you discuss how measures that have

15  been taken previously have been working?

16     A    Yes, we do.

17     Q    And is that raised by the nurses or by

18  Maureen and Barbara?

19     A    By the staff, I'd say.

20     Q    Have you received any other training on

21  COVID-19?

22     A    No.

23     Q    Do you know if the nurses on your staff

24  have received any other training on COVID-19?

Page 26

1    Q   So you're not aware that the droplets

2    could go farther than 6 feet?

3    A   No.

4    Q   And what's the basis for your knowledge

5    of the 6 feet figure?

6    A   Just social distancing at least 6 feet.

7    Q   And so I'm just trying to get out where

8    did you get your information on social distancing?

9    A   CDC.

10   Q   And so you're not aware that it can go --

11   that the virus can be spread further than 6 feet

12   from an infected person?

13   A   No.  I just -- I just know that to at

14   least be 6 feet away from someone.

15   Q   Would you agree that the virus can live

16   on hard surfaces for hours and can be spread if

17   someone else touches a surface?

18   A   Yes.

19   Q   And is that true of the tables and chairs

20   in the detainees' unit areas?

21       MR. KANWIT:  Objection.

22   Q   You can answer.

23       THE WITNESS:  I can answer?

24       MR. KANWIT:  Yes.

22  more detainees on bail?

23      A   Yes.

24      Q   And you wanted that motion to be granted.


Page 30


1  Right?

2          MR. KANWIT:  Objection.

3      Q   You can answer.

4      A   Yes.

5      Q   Do you understand that since this case

6  was filed, judge young has reduced the detainee

7  population by nearly a third?

8      A   Yes.

9          MR. KANWIT:  Objection.

10     Q   Do you think that that was a necessary

11  step?

12         MR. KANWIT:  Objection.

13         THE WITNESS:  I can answer?

14         MR. KANWIT:  Yes.  If you have an answer.

15     A   I really don't have an answer.

16     Q   So you think that before detainees were

17  released, they were safe from COVID-19 in the

18  Bristol facility?

19     A   Yes.

20     Q   And so there was no reason for the judge

21   to order those people released?

22        MR. KANWIT:  Objection.

23    Q    You can answer.

24    A    No.


Page 31


1    Q    No, there was no reason for the judge to

2   order them released?

3    A    No.

4    Q    Are ICE detainees at risk for contracting

5   COVID-19 while detained in Bristol?

6        MR. KANWIT:  Objection.

7    Q    Sorry, do I need to repeat my question?

8    A    Yes, please.

9    Q    Are ICE detainees at risk for contracting

10   COVID-19 while detained in Bristol?

11        MR. KANWIT:  Objection.

12        Are you comparing that to if they weren't

13   at Bristol?

14        MS. FONTAINE DOOLEY:  I'm not making any

15   comparison.  I'm just asking are they at risk

16   while they're at Bristol.

17        MR. KANWIT:  Objection.  I think it is a

18   misleading question and it implies a comparison.

19    Q    That's fine.  You can answer.

20    A   I feel that anyone could be at risk.  I

21  don't -- I ...

22    Q   Has their level of risk changed over the

23  last six weeks?

24        MR. KANWIT:  Objection.


Page 32


1    A   No.

2    Q   So at any point since March 1, did you

3  make any recommendations to anyone at Bristol as

4  to steps that could be taken to better protect

5  detainees from COVID-19?

6    A   The steps we just educate everyone about

7  personal protective equipment, disinfecting, and

8  we also let the detainees as well, the importance

9  of hand washing and disinfecting and they've also

10  been provided with masks, so they have PPE.

11    Q   And so did you -- sorry, did you make any

12  of those recommendations, or were those

13  recommendations that you were following?

14    A   Following.

15    Q   Have you separately made any

16  recommendations for any steps that can be taken at

17  Bristol to prevent the spread of COVID-19?

18    A   No.

19    Q   So you haven't made any recommendations

20  that weren't ultimately adopted?

21    A   No.

22    Q   Is there anything at all that you think

23  Bristol should be doing differently to protect

24  detainees from COVID-19?


Page 33


1    A   No.

2    Q   So everything at Bristol is perfect from

3  your perspective in that arena?

4       MR. KANWIT:  Objection.

5    A   I feel that we're doing a good job right

6  now, and what we have in place is working.

7    Q   And you wouldn't change anything?

8       MR. KANWIT:  Objection.

9    A   No.

10    Q   Has anyone else -- have any of the other

11  nurses made any recommendations to Bristol as to

12  steps that could be taken to prevent the spread of

13  COVID-19 amongst detainees?

14    A   No.

15    Q   So no one has raised concern at those

16  weekly meetings about things that could be done

17  differently?

18    A   No.

19        Q   And so as a healthcare professional, it

20   is not your opinion that detainee risk of

21   contracting COVID-19 has gone down as a result of

22   the release of detainees by the court?

23        MR. KANWIT:  Objection as to form.

24        Q   Can you answer my question, or would you

Page 34

1   like me to rephrase?

2    A   I would say no.

3        Q   So, no, the risk -- the detainee risk of

4   contracting COVID-19 has not gone down as a result

5   of the court's order to release individuals from

6   Bristol?

7    A   No.

8        Q   And are you aware of any informal

9   discussions between nurses about concerns they

10   have about the steps Bristol is taking to prevent

11   the spread of COVID-19?

12    A   No.

13        Q   What is your understanding of the public

14   health guidance with regard to social distancing?

15    A   Can you say that again.  I'm sorry.

16        Q   Yeah.  No problem.  What is your

17  understanding of the public health guidance with

18  regard to social distancing?

19    A   The importance of being at least 6 feet

20  apart from someone.

21    Q   And what's the purpose of that?

22    A   Because of the spread of COVID with the

23  droplets amongst sneezes, coughs.

24    Q   It could go up to 6 feet, in your


Page 35


1  understanding?

2    A   Yeah.

3       MS. FONTAINE DOOLEY:  I'm going to mark

4  the facility diagram as Exhibit 2, please.

5       (Floriano Deposition Exhibit 2 marked for

6  identification and is attached to the transcript.)

7    Q   Do you recognize this document?

8    A   I have never seen it before.

9    Q   So you can go ahead and take a moment to

10  review it.  I will represent to you that this was

11  submitted by the government in support of its

12  motion to stay further releases from Bristol.

13       Let me know when you are all set with

14  reviewing it.

15    A   Okay.

11    A    Yeah.

12    Q    And in the -- in 2 East, in that unit,

13    there are group cells.  Correct?

14    A    Yes.

15    Q    And how many people are in each cell?

16    A    I'm not sure exactly how many they have

17    in each cell.

18    Q    Do you know how many each cell can hold?

19    A    I'm not sure if it's -- I'm not sure off

20    the top of my head.  No, I'm not.

21    Q    Are there bunk beds in those cells?

22    A    Yes.

23    Q    And are some bunk beds occupied by two

24    people?

Page 41

1    A    I'm not sure.

2    Q    Are some of the bunk beds arranged within

3    6 feet of one another?

4    A    I'm not sure.

5    Q    Bathrooms are communal for all the units.

6    Right?

7    A    Yes.

8    Q    If there are two bathrooms to a unit is

9    there any restriction on which one certain inmates

10  with use, or certain detainees can use?

11     A   I'm not sure.

12     Q   Are there any restrictions on when

13  detainees can use bathrooms?

14     A   No.  Not that I'm aware of.

15     Q   How about the sinks, showers, or toilets

16  within a bathroom.  Are there any restrictions as

17  to which one a detainee can use?

18     A   Not that I'm aware of.

19     Q   So for Unit A, are the toilets more or

20  less than 6 feet apart from one another?

21     A   I'm not sure.  I never went into the

22  bathroom.

23     Q   Oh, okay.  So you have never been in the

24  bathroom?


                        Page 42


1     A   No.

2     Q   And no one has ever told you the

3  arrangement of the bathroom?

4     A   No.

5     Q   And that's the same for all of the units?

6     A   That I'm unaware?

7     Q   Yes.

8     A   Yes.

9      Q   Right.  Okay.

10          In the dining areas, are there any

11  restrictions on how close detainees can sit with

12  one another?

13      A   Not that I'm aware of.  I'm not sure.

14      Q   So you're not aware of any restrictions?

15      A   I am not aware, no.

16      Q   Do you know how close the detainees do

17  sit next to one another during meal times?

18      A   I do not.

19      Q   Do you know if there's been any change in

20  how close they sit to one another during meal

21  times since the start of the COVID-19 outbreak?

22      A   I am not aware.  I'm not sure.

23      Q   Just to go back to the bathrooms just to

24  confirm.


Page 43


1          So you don't know how close the showers

2  are to one another?

3      A   No.

4      Q   You don't know how close the toilets are

5  to one another?

6      A   No.

7      Q   And you don't know how close the sinks

8  are to one another?

9    A   No.

10    Q   And that's true for Unit A.  Correct?

11    A   Yes.

12    Q   And Unit B?

13    A   Yes.

14    Q   And Unit 2 East?

15    A   Yes.

16    Q   And Unit EB?

17    A   Yes.

18    Q   Okay.

19        MS. FONTAINE DOOLEY:  So we have been

20  going for about an hour.  Is now a good time for a

21  break, Tom?

22        MR. KANWIT:  It's fine.  How much longer

23  do you think you'll have?

24        MS. FONTAINE DOOLEY:  I have a ways to


Page 44


1  go.  I'd say we have at least another hour.

2        MR. KANWIT:  Okay.  Yeah, then I think a

3  short break would be good.

4        MS. FONTAINE DOOLEY:  Okay.

5        MR. KANWIT:  How long do you think,

6  Nicole?

7       MS. FONTAINE DOOLEY:  Maybe ten minutes

8  if that works for you.

9       MR. KANWIT:  Yeah, that's fine.

10      MR. BUTTS:  Ms. Floriano, you are doing

11  most of the work here.  How much time would you

12  like?

13      THE WITNESS:  About 15 minutes if that's

14  okay.

15      MR. BUTTS:  That sounds great.

16      MS. FONTAINE DOOLEY:  That works for us.

17      MR. BUTTS:  I have 12:10 on my clock.  So

18  thereabouts, that sounds great.

19      THE WITNESS:  Thank you.

20      (A recess was taken.)

21  BY MS. FONTAINE DOOLEY:

22    Q   Welcome back, Ms. Floriano.

23      Did you speak with anyone about the

24  substance of your testimony during the break?


Page 45


1    A   No, I did not.

2    Q   Going back to the seg units.  Can you

3  describe how those -- I believe you said it was --

4    A   The seg units.

5    Q   Yes.  EA and EC, how are they set up?  So

6    let's start with EA.

7        A    EA?

8        Q    Yes.

9        A    They are single cells, I believe.

10       Q    So single occupancy cells?

11       A    Yes.

12       Q    And can you give me a layout of the cell?

13       A    No, I could not.

14       Q    Okay.  Do the cells each contain -- or

15   each include a toilet?

16       A    Yes.

17       Q    And a shower?

18       A    No.

19       Q    Are there communal showers that people

20   who are housed in unit EA use?

21       A    Yes.

22       Q    And are those showers shared with any

23   other units or is it just limited to EA?

24       A    Just EA.




                    Page 46


1        Q    And do you know how far apart those

2    showers are from each other?

3        A    No, I do not.

4        Q    How many showers are there for that unit?

5     A   I am not sure.

6     Q   Are there any communal toilets for that

7  unit?

8     A   I'm not sure.

9     Q   Communal sinks?

10    A   I'm not sure.

11    Q   And for unit EC, how are the cells laid

12  out?

13    A   The cells?  I'm not sure if they're

14  single cell or not.  I believe they are, but I'm

15  not sure.

16    Q   Do each of them contain a toilet?

17    A   I'm not sure.

18    Q   Do they contain a shower?

19    A   No.  They do contain a toilet.

20    Q   Do people housed in EC use a communal

21  shower?

22    A   Yes.

23    Q   And is that communal shower shared with

24  any other unit?

Page 47

1   A   No.

2   Q   Do you know how many showers are

3  included?

Page 53

1     Q   Has there been any changes to detainee

2   placement within the bunk room, that you're aware

3   of, since April 14?

4     A   No.

5     Q   We can move on from this exhibit.

6         Does Bristol have a policy with regard to

7   staff members' use of personal protective

8   equipment?

9     A   Yes.

10     Q   And what is that policy?

11     A   We are all to use face masks when we come

12   in.  If -- if in nursing, anyone is reporting any

13   symptoms, we use a face mask with a shield,

14   gloves, and gown.  If we interact with anyone with

15   possible symptoms.

16     Q   So you don't wear gloves on a daily

17   basis?

18     A   The nurses do during med pass and when

19   assessing.  But I don't keep -- I don't wear

20   gloves all day long, no.

21     Q   But you do wear a face mask all day long?

22     A   I do.

23     Q   And what is med pass?

24     A   When we administer medication.

8   Q   So you're not aware of any restrictions?

9   A   I'm not aware, no.

10   Q   Any prohibitions on other employment?

11   A   Say that again.  I'm sorry.

12   Q   Are there any prohibitions on other

13   employment?

14      So can nurses and doctors hold another

15   job --

16   A   I'm not -- I don't know.

17   Q   -- at Bristol?

18   A   I'm not aware.  I don't know if there's a

19   policy on that.  I don't know.

20   Q   Do you know of any nurse or doctor who

21   works at another job?

22   A   No.

23   Q   So you're not aware of anyone doing

24   shifts at a hospital, for instance?


Page 71


1   A   No.

2   Q   Not in a nursing home?

3   A   I'm aware of one nurse that has another

4   job.

5   Q   And she works in a nursing home?

6   A   Yes.

7      Q   Does anyone work as a home health aide?

8      A   I don't know.

9      Q   Does anyone work at another correctional

10   facility?

11     A   Yes.

12     Q   How many people work at another

13   correctional facility?

14     A   One.

15     Q   And is that a nurse?

16     A   Yes.

17     Q   And so who was the nurse who works at a

18   nursing home?

19     A   Her name?

20     Q   Yes.

21     A   Her name is Ashley.

22     Q   Last name?

23     A   She just changed her last name.  I want

24   to say it's Frois, F-R-O-I-S, I believe.

Page 72

1      Q   And do you know what nursing home she

2   works at?

3      A   No.

4      Q   And the nurse who works at another

5   correctional facility, what's her name?

5      A   That varies.  I'm not sure.

6      Q   Would you say it's five, ten?

7      A   I'm not sure because I'm -- I don't do

8   security.  I'm not sure.

9      Q   Do you know if any of them work in other

10   areas at Bristol, besides the ICE units?

11      A   I'm not sure.

12      Q   What about doctors; do the detainees have

13   contact with doctors?

14      A   They have contact with the nurse

15   practitioners, yes.

16      Q   But not with doctors?

17      A   The doctor right now is working through

18   tele health.

19      Q   Okay.  So for the nurse practitioner

20   then, do you know -- you said there were two nurse

21   practitioners working on the ICE units.  Is that

22   right?

23      A   Yes, they work for medical, yes.

24      Q   So they work for all inmates at Bristol,


Page 74


1   not just ICE detainees?

2      A   Correct.

3      Q   And what about food service workers; are



4   there any food service workers that the ICE

5   detainees come in contact with?

6       A   No.  Not that I'm aware of.  No.

7       Q   Social workers?

8       A   Not sure.  I know of nurses and mental

9   healthcare workers.

10      Q   Okay.  And the mental healthcare workers,

11   what is their role?

12      A   They see them for any mental health

13   issues.

14      Q   How many mental health workers are there,

15   approximately?

16      A   Approximately seven.

17      Q   And do they work with all detainees and

18   inmates at Bristol or just the ICE detainees?

19      A   Inmates and detainees.

20      Q   Are there any other types of staff

21   members that you can think of that the ICE

22   detainees would come in contact with?

23      A   No.  Not off the top of my head, no.

24      Q   Any nonstaff members?

Page 75

1       A   No.

2       Q   Volunteers?

11     Q     And do you know if the contact tracing

12  that we talked about for the nurse was done for

13  the other individuals who tested positive for

14  COVID-19?

15     A     I'm not aware.  I don't know.

16     Q     Do you know if -- do you know how far

17  back the contact tracing goes from the date of the

18  test?

19     A     I do not.

20     Q     What is the protocol that would be

21  followed if a detainee had a positive COVID-19

22  test?

23     A     If they have a positive COVID-19 test?

24     Q     Yes.


Page 95


1      A     They would be -- they would be in

2  isolation.  The nurse would be assessing their

3  vital signs twice a day.  They would be checking

4  to -- you know their lung sounds, you know,

5  reviewing any symptoms, any shortness of breath,

6  any chest pain, monitoring their fever, treating

7  them for their symptoms.

8      Q     And would they have been put in

9  isolation?

10      A    Yes.

11      Q    And has this protocol been initiated for

12  anyone?

13      A    No, we haven't had anyone positive.

14      Q    Do you understand that certain people are

15  at higher risk for contracting COVID-19?

16      A    Yes.

17      Q    And do you understand that certain people

18  are at higher risk for developing a serious

19  illness as a result of COVID-19?

20      A    Yes.

21      Q    Is there any difference between how you

22  treat those detainees compared to detainees who

23  are not higher risk?

24      A    No, there's no difference right now.  No.


Page 96


1  Not that I'm aware of.

2      Q    So you're not taking any additional steps

3  to monitor those folks?

4      A    No.

5      Q    If you can just give me one minute, I'm

6  just going to take a look at my notes to make sure

7  we're on track.

8          MS. FONTAINE DOOLEY:  All right.  Would

9   you mind if we took a five-minute break, Tom?

10       MR. KANWIT:  I wouldn't.  I'd like to

11  have some sense of how much longer you think we

12  are going to go.

13       MS. FONTAINE DOOLEY:  I don't think it

14  will be very much longer at all.

15       MR. KANWIT:  Okay.  That's fine.

16       MS. FONTAINE DOOLEY:  Ms. Floriano, that

17  okay with you?  Would you like a little bit longer

18  of a break?

19       THE WITNESS:  Me?

20       MS. FONTAINE DOOLEY:  Yes.

21       THE WITNESS:  Oh, I'm fine.  Thank you.

22       MS. FONTAINE DOOLEY:  Okay.  Great.  So I

23  think let's come back at -- let's just say 1:40 to

24  make it a round number.


Page 97


1        MR. BUTTS:  Nicole, why don't we go to a

2   quarter of, and Tom and Nelly, just for your

3   benefit, we're hoping to wrap it up within a few

4   minutes after that.  So let me just see if there

5   is anything else we want to touch on.  But it

6   shouldn't be very long.

7        MR. KANWIT:  That's fine.

8      MS. FONTAINE DOOLEY:  Okay.  Great.

9      (A recess was taken.)

10  BY MS. FONTAINE DOOLEY:

11    Q    So welcome back.

12        Did you discuss the substance of your

13  testimony with anyone during the break?

14    A    No.

15        MS. FONTAINE DOOLEY:  All right.  So I am

16  going to ask if we could park the CPS guidelines

17  at Exhibit 3.

18        (Floriano Deposition Exhibit 3 marked for

19  identification and is attached to the transcript.)

20    Q    So Ms. Floriano, you are being shown

21  Exhibit 3.

22        Do you recognize this document?

23    A    I do.

24    Q    What is it?


Page 98


1    A    It's the CPS guidelines for COVID.

2    Q    And to your knowledge, are these the

3  current guidelines?

4    A    No.

5    Q    Let's go through them as we have them

6  here, and then I will ask you about changes.

7      So if you look at the top here, you have

8   a list of COVID-19 coronavirus symptoms.  Is that

9   correct?

10     A   Yes.

11     Q   And so you listed before the symptoms

12   that might lead to test being.

13       Do you explain to me exactly how it is

14   determined whether a detainee needs a COVID-19

15   test?

16     A   Two or more symptoms.  But the

17   symptoms -- we have more symptoms listed now on

18   our updated guidelines.  We have body aches,

19   headache, vomiting, nausea, and an additional one

20   of increased confusion in the elderly.

21     Q   And so it could be any two of the

22   symptoms listed or the ones that you just listed

23   for the updated guidance?

24     A   Correct.


                      Page 99


1      Q   And only four people have presented with

2   those symptoms in the last month, with two or more

3   of those symptoms in the last month?

4      A   That I'm aware of.

5      Q   And who makes the determination about

6  whether or not a test is required?

7      A    What we do is, if a detainee reports any

8  symptoms to the nurse, either by sick slip or

9  verbally, they are to contact the nurse

10  practitioner and let them know that someone is

11  reporting symptoms.

12      Q    And then the nurse practitioner decides

13  if a test is required?

14      A    Correct.

15      Q    Do you have discretion to order a test

16  outside of these guidelines?

17      A    I personally do not.

18      Q    Does a nurse practitioner have discretion

19  to order a test outside of these guidelines?

20      A    I am not sure.

21      Q    Do you know if a nurse practitioner has

22  ever ordered a test outside of these guidelines?

23      A    I know before we would do a strep test,

24  and then we would do the flu as well.  But we are


Page 100


1  no longer doing that.  We go right to the COVID

2  screening.  Other than that, I don't know of any

3  other testing they have ordered.

4      Q    So you're not doing influenza A and B

4    A   Yes.

5    Q   Have you ever had trouble getting in

6  touch with them?

7    A   No.

8    Q   Have you ever recommended to a nurse

9  practitioner that there be a test?

10   A   Honestly, I haven't had to.  Because

11  anyone that I thought that might -- should be

12  tested, they've decided to test.

13   Q   And is that true for -- you've never

14  heard of another instance of someone making a

15  recommendation to a nurse practitioner to test

16  that was reduced?

17   A   No, I have never heard.

18   Q   So you're in regular contact with nurses

19  and staff at Bristol.  Right?

20   A   Correct.

21   Q   And have you had any conversation in the

22  last two months about safety issues related to

23  COVID-19?

24      MR. KANWIT:  Objection.


Page 102


1    A   No, not that I can think of at this

2  moment.

3    Q    Okay.  So nothing related to inmate or

4  detainee safety?

5        MR. KANWIT:  Objection.  She's talked

6  about training.  She's talked about a number of

7  conversations already.

8        MS. FONTAINE DOOLEY:  Right.

9    Q    I'm asking about conversations that you

10  have had.

11        Do you recall any conversations that you

12  have had in the last two months about concerns

13  about detainee safety relating to COVID-19.

14        MR. KANWIT:  And I object.

15    A    We have discussed how to continue to keep

16  people safe, but no concerns about them not being

17  safe.

18    Q    So I guess you're right, that's what I am

19  getting at.

20        No one has expressed, you have not heard

21  anyone express concerns about detainee safety in

22  light of COVID-19 in the last two months?

23    A    Correct.

24        MR. KANWIT:  Objection.

Page 103

1    Q    And you have not heard anyone express

2  concerns about staff safety in light of COVID-19

3  in the last two months?

4      MR. KANWIT:  Objection.

5    A   I have not.

6    Q   And you haven't expressed any concerns to

7  anyone else inside the facility.  Is that right?

8    A   Can you just repeat that one more time.

9  I'm sorry.

10   Q   Yeah.  So you haven't expressed any

11  concerns about detainee or staff safety to anyone

12  inside the facility.  Correct?

13     MR. KANWIT:  Objection.

14   A   Correct.

15   Q   And you haven't expressed any of those

16  concerns to anyone outside of the facility.

17  Correct?

18     MR. KANWIT:  Objection.

19   A   Correct.

20   Q   And you're not aware of anyone saying --

21  any staff member within the facility saying that

22  Bristol should be doing something different in

23  response to COVID-19?

24     MR. KANWIT:  Objection.

1    A    No.

2    Q    Sorry, I didn't quite hear your answer.

3    A    No one has discussed that with me.

4    Q    And no one has been critical of the

5  Bristol practices in response to COVID-19 to you?

6        MR. KANWIT:  Objection.

7    A    Not to me, no.

8    Q    So are you aware that there's been

9  several correctional facility outbreaks of

10  COVID-19?

11    A    I have -- I've been told that there's

12  been other facilities that have had outbreaks.

13    Q    Have you heard of outbreaks at

14  MCI-Shirley, Bridgewater, or MC-Framingham --

15  MCI-Framingham?

16    A    Bridgewater, I had heard of.

17    Q    Are you following that outbreak at all --

18    A    I am not.

19    Q    -- in the news?  Okay.

20        Have you thought about changing anything

21  as a result of that outbreak for Bristol?

22        MR. KANWIT:  Objection.

23    A    No.

24    Q    Do you know of anybody else who is

1   following those outbreaks and suggesting changes

2   as a result?

3       A   I'm not aware of anyone, no.

4       Q   Do you know if there are different

5   practices put in place at Bristol as compared to,

6   for instance, MCI-Shirley?

7           MR. KANWIT:  Objection.

8       A   I'm not aware, no.

9       Q   Has there been any consideration of

10  lessons learned from those outbreaks?

11          MR. KANWIT:  Objection.

12      A   I'm not aware.  I'm not sure.

13      Q   And just going back to the testing for a

14  brief moment.

15          So we talked about the ICE detainees who

16  have been tested.  I believe you said there were

17  four.  Right?

18      A   Correct.

19      Q   So facility-wide, how many inmates and

20  detainees have been tested for COVID-19?

21      A   I wouldn't know the exact number.

22      Q   Do you have a ballpark guess?

23      A   Ballpark guess?

24          MR. KANWIT:  No.  Let me object.  I don't

20   each other if they were 6 feet apart, in your

21   opinion?

22      A   I don't know how the showering takes

23   place there.  I haven't seen the bathrooms.  I'm

24   not familiar.


Page 113


1      Q   And what about in 2 East; is it okay for

2   multiple people to share a cell, I believe they're

3   30 by 10 feet?

4      A   I would have to actually visually see it.

5   I can't just by dimensions visualize it.  I

6   apologize.

7      Q   That's okay.  So you're just not sure if

8   people are able to socially distance within 2

9   East?

10      A   I'd have to see the layout of the unit.

11   I -- I know the rec area where I've been, there's

12   plenty of room for them to social distance.

13      Q   So they can socially distance in the rec

14   area.  You but you can't offer an opinion whether

15   or not they can socially distance in their cells?

16      A   I haven't seen their cells.

17      Q   Understood.

18         MS. FONTAINE DOOLEY:  Okay.  I think

19   that's all I have.  Thank you.

20        MR. KANWIT:  Nothing further from me.

21   Thank you.

22        THE WITNESS:  Thank you.

23

24