# EXHIBIT C

1   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    REPORTER'S NOTE:

2

3         REALTIME ROUGH DRAFT:  These
    stenographic notes are being translated
4   instantaneously into their English equivalent
    through an automated process called realtime
5   translation.  The realtime draft is unedited and
    uncertified, and may contain untranslated
6   stenographic symbols, and occasional reporter's
    note, a misspelled proper name and/or nonsensical
7   word combinations.  All such entries will be
    corrected on the final certified transcript.  Due
8   to the need to correct entries prior to
    certification, the use of this realtime draft is
9   intended and should be used only for the purpose
    of augmenting counsel's notes, and not to use or
10  cite in any courts/official proceeding.

11          Since this transcript is in uncertified
    rough draft form, please be aware that there may
12  be a discrepancy regarding page and line number
    when comparing the rough draft and the final
13  certified transcript.

14  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

15

16

17

18

19

20

21

22

23

24

19  about these releases?

20    A   I did.  I did.  I wanted to make them

21  aware.  That's my job.

22    Q   And has ICE inquired what Bristol is

23  doing regarding testing for COVID-19?

24    A   They may have with -- as I said, with


ROUGH DRAFT - THOMAS HODGSON 5-5-2020

35


1  the superintendent.

2    Q   And have they provided any

3  requirements?

4    A   We have standard protocols; I'm sure

5  they're aware of it.  If they had a problem with

6  it I'm sure they would have notified the

7  superintendent.

8    Q   How do you communicate with ICE about

9  the number of civil immigration detainees that you

10  have at Bristol?

11    A   I beg your pardon.

12    Q   How do you communicate with ICE about

13  the number of civil immigration detainees that you

14  have at Bristol?

15    A   Well, they're not all civil

16  immigration -- I don't think they're all civil

17  detainees.  Some of them have -- are here on

18   criminal charges.

19       Q   Let me rephrase the question.

20           How do you -- how do you communicate

21   with ICE about the immigration detainees?

22       A   How do I personally?

23       Q   Yes.

24       A   I don't really.  Other than the


ROUGH DRAFT - THOMAS HODGSON 5-5-2020

36


1   conversations I just relayed to you.

2       Q   So other than conversations about

3   releases, you don't communicate with ICE about the

4   number of civil immigration detainees?

5       A   No, I don't.

6       Q   In your conversations with Brian, did

7   he ask you what Bristol is doing to protect

8   detainees from COVID-19?

9       A   No.

10      Q   So you never had any conversations with

11   him about COVID-19?

12      A   No.  Other than -- other than in

13   relation to the motivations to why they're being

14   released into the community, which is the COVID-19

15   release.  That's the rationale for what apparently

16   the judges --

17   Q   How do you communicate with ICE about

18   conditions in Bristol that might reduce your

19   capacity to hold detainees?

20      A   The superintendent communicates with

21   ICE about the numbers.

22      Q   So if the capacity of Bristol to

23   release the to hold detainees reduced, the

24   superintendent would have that conversation with

ROUGH DRAFT - THOMAS HODGSON 5-5-2020

37

1   ICE, correct?

2      A   If they had to be reduced yes.

3      Q   And would you direct him in how that

4   conversation went or is that under his authority?

5      A   I'm not sure what you mean by

6   "conversation" and "reduced."  You're saying if

7   the population is reduced would he speak to ICE

8   about the number he would have to --

9      Q   If the capacity in Bristol to hold

10   detainees reduced, would he have a conversation

11   with ICE about that?

12      A   Well, sure, he would have to tell them

13   we can't hold them.

14      Q   And would you have a conversation with

15   ICE about that?

10    A    No.  He wouldn't need to in this case

11  with COVID-19.  I'm paying very close attention to

12  what's going on in this case.  So he --

13    Q    So he hasn't had -- so he hasn't had

14  those conversations with you?

15    A    I don't recall having any with him.

16    Q    But no one else --

17    A    There was no real sort of hey, we need

18  to have a meeting over the numbers because I can

19  see it.  I'm very aware of it.

20    Q    And no one else has had a conversation

21  about a reduction in capacity with you, correct?

22    A    I'm sorry?

23    Q    No one else -- no one else besides the

24  superintendent has had a conversation with you

ROUGH DRAFT - THOMAS HODGSON 5-5-2020

44

1  about a reduction in capacity over the past three

2  months?

3    A    Other than my conversations with ICE

4  when I was concerned about the judges releasing

5  people back into the community.

6    Q    Have you ever communicated something to

7  ICE about a reduction in capacity?  Outside of

8  this context, have you ever in your history as

9  sheriff communicated a reduction in capacity to

10  ICE?

11     A   I don't recall.  I was always looking

12  for more.

13     Q   And if you want -- but if you wanted to

14  recruit, if you wanted to bring in more detainees

15  you would have that conversation with ICE,

16  correct?

17     A   Of course.  If I wanted to increase the

18  capacity, of course.

19     Q   And that -- as you just said, that's

20  what you've been looking for, correct?

21     A   That's what I what?

22     Q   That's what you've been looking for?

23  You've been looking to bring in more detainees,

24  correct?

ROUGH DRAFT - THOMAS HODGSON 5-5-2020

45

1     A   Whatever we can do to collaborate with

2  our partners within the confines of our standards,

3  we do in the interest of public safety.

4     Q   If ICE had more detainees and sent them

5  to Bristol right now you would be interested in

6  accepting them, correct?

7        MR. SADY:  Objection.

1    Q   Yes.

2    A   No, I'm pretty good at -- I grew up

3   with a family of 13 kids so I'm pretty good at my

4   own communication.

5    Q   All right.  So I'm going to ask you, do

6   you think that the release of detainees from

7   Bristol County because of COVID-19 was necessary?

8    A   We did not have any COVID-19 cases at

9   the time people were released.

10    Q   At the beginning of this case you had

11   about 150 detainees in ICE; is that correct?

12    A   I believe it was 148.

13    Q   And you don't believe that it was

14   necessary to release any of those people, correct?

15    A   I felt that we could manage the

16   population and much like we have with our county

17   inmates who were actually in closer proximity than

18   the detainees.

19    Q   And in fact at that time Bristol could

20   have accepted more ICE detainees, correct?

21    A   I don't know what the capacity would

22   have been at that time.

23    Q   But it was unnecessary to release any

24   detainees, correct?

8  that the population at Bristol County should be

9  reduced?

10     A   Issued a policy that they should be

11  reduced?

12     Q   That there should be fewer detainees,

13  that some detainees should be released.

14     A   No, I issued no policy like that.

15     Q   And let's turn to paragraph 7.

16     A   Okay.

17     Q   At present, no detainee has tested

18  positive -- detainee or staff member never has

19  tested positive for COVID-19.  Is that statement

20  still true as of this date?

21     A   That's not true.  We have one that has

22  tested positive.

23     Q   One that --

24     A   Has no symptoms.


ROUGH DRAFT - THOMAS HODGSON 5-5-2020

127


1     Q   One --

2     A   He was sent out to the hospital.  When

3  he came -- when he was there they took his

4  temperature, it was I think 99, and they did a

5  COVID test and said that it was positive.  But he

6  had no symptoms.  And he's back.  Back with us.

7  Q  So by one, you mean one detainee,

8  correct?

9  A  That's correct.

10  Q  And have any staff members tested

11  positive?

12  A  Yes, we've had staff members that have

13  tested.

14  Q  How many?

15  A  I believe, don't hold me to the number,

16  it's somewhere around eight.

17  Q  And what were their positions?

18  A  Two nurses, I believe the rest were

19  correction officers.  I believe.

20  Q  Do you think that there are more staff

21  who are positive that you may not know about?

22  A  That's speculative.  I wouldn't know.

23  Q  For the detainee that tested positive,

24  how long has that detainee been at Bristol?

ROUGH DRAFT - THOMAS HODGSON 5-5-2020

128

1  A  He's been with us, I think, since

2  November.

3  Q  And what unit was he in?

4  A  I don't -- I'm not sure.

5  Q  Was he -- strike that.

6       Are there any people in the pretrial

7  wing that have tested positive?

8       A   Pretrial meaning inmate?

9       Q   Yes.  In nonimmigration detention that

10  have tested positive.

11      A   For pretrial?

12      Q   Yes.

13      A   Not to my knowledge.

14      Q   And what about sentenced inmates?

15      A   There's one sentenced inmate an

16  82-year-old that just recently tested positive.

17  He also has no symptoms.

18      Q   So neither of the two people that --

19  neither of the -- neither the detainee or the

20  inmate who have tested positive had symptoms,

21  correct?

22      A   That's correct.  And they're here with

23  us.

24      Q   And so you could be positive for a

ROUGH DRAFT - THOMAS HODGSON 5-5-2020

129

1  COVID-19 --

2       A   If I could just interrupt a minute.  He

3  also was at the hospital being treated for a

4  colitis or some other kind of thing before he came

4 question?

5    Q   Sure.

6       For the detainee that tested positive,

7 did Bristol County Sheriff's Office engage in

8 contacts tracing to determine how he might have

9 been infected?

10    A   Yes.  Yeah, that's all -- I'm sorry, I

11 focused on the officers but it would be the same

12 for the detainees.  We would look at who were they

13 in close proximity to.  Even with the other

14 detainees, we -- you know, who had any close

15 contact with them for any extended period of time,

16 we would be looking to do that.

17       Keep in mind you know, these questions

18 are really important because it really underscores

19 my whole point about, you know, our

20 responsibility.  My responsibility is to be as

21 vigilant as we can to make sure no other detainees

22 get -- you know, contract the disease or my staff.

23 You know, that's a big, big, obligation for all of

24 us and we all recognize the importance of it.

       ROUGH DRAFT - THOMAS HODGSON 5-5-2020

                131

1       So we would absolutely monitor

2 everything we could to find out -- you know, to

3  prevent somebody from spreading it more if they

4  were in close contact with that person, make sure

5  we take the right CDC protocol steps.

6    Q   So this detainee has been in Bristol

7  since November, correct?

8    A   That's correct.

9    Q   And so fair to say that he contracted

10  COVID-19 in Bristol County, correct?

11    A   Likely.

12    Q   And fair to say others that he has come

13  in contact with may have it, correct?

14    A   That's provided that the test is

15  accurate.

16    Q   Uh-huh.  And fair to say that others

17  may have it as well, correct?

18    A   No.  That's not fair to say.

19    Q   Okay.  And he's -- he is not exhibiting

20  any symptoms, correct?

21    A   He is not what?

22    Q   He is not exhibiting symptoms, correct?

23    A   That's correct.

24    Q   And where is he currently housed?

ROUGH DRAFT - THOMAS HODGSON 5-5-2020

1    A   He's in -- I think he's in isolation

3  prevent somebody from spreading it more if they

4  were in close contact with that person, make sure

5  we take the right CDC protocol steps.

6     Q   So this detainee has been in Bristol

7  since November, correct?

8     A   That's correct.

9     Q   And so fair to say that he contracted

10  COVID-19 in Bristol County, correct?

11     A   Likely.

12     Q   And fair to say others that he has come

13  in contact with may have it, correct?

14     A   That's provided that the test is

15  accurate.

16     Q   Uh-huh.  And fair to say that others

17  may have it as well, correct?

18     A   No.  That's not fair to say.

19     Q   Okay.  And he's -- he is not exhibiting

20  any symptoms, correct?

21     A   He is not what?

22     Q   He is not exhibiting symptoms, correct?

23     A   That's correct.

24     Q   And where is he currently housed?


ROUGH DRAFT - THOMAS HODGSON 5-5-2020

132

1     A   He's in -- I think he's in isolation

2  right now.

3    Q   Okay. And the inmate who also tested

4  positive, he's not exhibiting any symptoms,

5  correct?

6    A   That's my understanding.

7    Q   And so it is possible to have COVID-19

8  and not exhibit any symptoms, correct?

9    A   I think we already went through this.

10 That's for everybody no matter where you are.

11    Q   Right. And so there may be people in

12 Bristol that have COVID-19 but are not exhibiting

13 symptoms, correct?

14    A   That's very possible.

15    Q   And not everyone -- not every detainee

16 or inmate has been tested; is that correct?

17    A   That's correct. But to your point, you

18 know, when we go into the grocery store I bet you

19 99 percent of those people weren't tested either

20 and nor should they be in DPH and CDC have

21 recommended against testing universally for

22 COVID-19 in the prisons.

23    Q   I'm going to mark --

24    A   Pardon?

ROUGH DRAFT - THOMAS HODGSON 5-5-2020