# EXHIBIT D



**Planet Depos**
We Make It *Happen*™

# Transcript of Steven Souza, Corporate Representative

**Date:** May 1, 2020
**Case:** Savino, et al. -v- Hodgson, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3          - - - - - - - - - - - - - - - - - -x

 4    MARIA ALEJANDRA CELIMEN SAVINO,   :  Case No.
      JULIO CESAR MEDEIROS NEVES, and
 5    all those similarly situated,     :  1:20-cv-10617-WGY

 6        Petitioners-Plaintiffs,       :

 7    v.                                :

 8    THOMAS HODGSON, Bristol County    :     DEPOSITION OF
      Sheriff in his Official
 9    Capacity; STEVEN J. SOUZA,        :     STEVEN SOUZA
      Superintendent Bristol County
10    House of Corrections in his       : CORPORATE REPRESENTATIVE
      Official Capacity; TODD
11    LYONS, Boston Field Office,       :   CONDUCTED VIRTUALLY
      Acting Director, Immigrations
12    and Customs Enforcement in his    :  Friday, May 1, 2020
      Official Capacity; CHAD F.
13    WOLF, Acting Secretary,           :     7:07 a.m. PT
      Department of Homeland
14    Security, in his Official         :
      Capacity; MATTHEW T. ALBENCE,
15    Deputy Director and Senior        :
      Official Performing the Duties
16    of the Director for U.S.          :
      Immigration and Customs
17    Enforcement, in his Official      :
      Capacity; and U.S. IMMIGRATION
18    AND CUSTOMS ENFORCEMENT,          :

19        Respondents-Defendants.       :

20        - - - - - - - - - - - - - - - - - -x

21

22    Job No.:  297502

23    Pages:  1 - 346

24    Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

1      cells, are there sinks in those cells?

2           A.   No.

3           Q.   No.  Okay.  If not, how often are those

4      individuals permitted to go to the bathrooms to

5      use the sink?

6           A.   They are dormitory-style doors, so they

7      can exit their cell at any time.  There is no

8      restriction on them going to the bathroom, as well

9      as washing their hands.  During the lockdown, when

10     there is a count being taken, there would be no

11     one allowed when the count is being taken, but

12     after that, they are allowed to go to the restroom

13     at any time.

14          Q.   So aside from when the count is being

15     taken, they can go to the bathrooms and use the

16     sink at any time; is that correct?

17          A.   That's correct.

18          Q.   And they don't have to gain permission

19     during those times?

20          A.   Correct.

21          Q.   Okay.  Has the ability for detainees to

22     wash their hands changed at all since the

23     beginning of this lawsuit?

24          A.   I don't know what you mean by "the

1    codes is the only time that the correction

2    officers are not able to be a full 6 feet away

3    from each of the detainees?

4         A.   Again, they have to make their rounds.

5    If there happens to be a detainee walking into the

6    bathroom and they may be near the correctional

7    officer, or when the correction staff are making

8    their security rounds, if a -- if a detainee or an

9    inmate are, you know, on their bunk, it may be

10   closer within the -- the 6 feet, but it's -- it's

11   not a prolonged time.

12            It's incidental, like passing through a

13   hallway or passing by, you know, a table that a

14   detainee may be sitting at, or opening a -- a -- a

15   door and the detainee's walking through the door.

16        Q.   Right.  So there are times at which

17   they'll, you know, pass through during their

18   normal workday when they might come within the

19   6 feet?

20        A.   Yes.

21        Q.   And that's unavoidable?

22        A.   Correct.

23        Q.   Okay.  And are there any written

24   protocols to help the correction officers stay the

1   serving the meals into their food trays that they

2   may not be 6 feet apart, they have the PPEs on,

3   where they have the gloves, they have the masks,

4   they have the hairnets, or a baseball cap on is

5   what they have.

6        Q.   And you mentioned the inmates in the

7   kitchen.  Is the makeup of individuals going into

8   the kitchen each day different?

9        A.   There's three shifts of inmates that go

10  into the kitchen, and they're all the same

11  inmates, but three separate shifts of inmates.  So

12  we may have a total of, say, 40 inmates that work

13  in the kitchen during three specific shifts, so

14  two shifts, depending on how they work it with

15  what meals are being prepared.

16       Q.   Okay.  And while in the kitchen, each of

17  them is given a mask, a set of gloves, a hairnet,

18  and any other personal protective equipment?

19       A.   I don't believe so.

20       Q.   And is there any repercussion for not

21  wearing that protective equipment while in the

22  kitchen?

23       A.   If they're not wearing the protective

24  equipment, then they potentially would be fired

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                      81

1        A.    I don't know specifically a date.

2        Q.    Okay.  Is it fair to say that the signs

3    have stayed fairly consistent over the last month

4    or so?

5        A.    I would say pretty consistent.

6        Q.    Okay.  And just to be clear, we talked

7    about this a bit earlier.  But there have not been

8    any steps taken to enforce the protocols, and what

9    I mean by that is no one's been reprimanded for

10   coming within 6 feet of another person; is that

11   correct?

12       A.    That's correct.

13       Q.    Okay.  Moving back to Exhibit 29.

14             MR. BROWN:  Can we get Exhibit 29 on the

15   screen, Miles?

16             AV TECHNICIAN:  Yes.  Sorry.  One

17   second.

18       Q.    No worries.  And under the "Avoid close

19   contact" header, do you see where it says "Keeping

20   distance from others is especially important for

21   people who are at higher risk of getting very

22   sick"?

23       A.    Yes.

24       Q.    All right.  What, if any, protocols

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    82

1    exist at Bristol to ensure detainees who have

2    existing medical conditions can keep distance --

3    can keep distance from the correction officers?

4         A.   Anyone that would be an issue of being

5    very sick would be housed within medical.

6              As far as the individuals that are

7    within the housing units, where the detainees are

8    located and staff, basically, again, practicing

9    social distancing, making sure the staff are

10   wearing their masks, making sure the inmates and

11   detainees are wearing their masks, and avoiding

12   physical contact unless security purposes or

13   transportation purposes are necessary.

14        Q.   So unless a detainee is in the medical

15   for immediate attention, then individuals who, for

16   example, have diabetes, is there a separate

17   protocol for making sure they can socially

18   distance?

19        A.   No.

20        Q.   The next header in Exhibit 29 is

21   entitled "Cover your mouth and nose with a cloth

22   face cover when around others."  Do you see that?

23        A.   Yes.

24        Q.   When did you first learn about the CDC's

1      Q.    And how many have been reprimanded for

2   not wearing their masks?

3      A.    I would say maybe half a dozen or so.

4      Q.    And take me through those.  What happens

5   when someone's reprimanded for not wearing their

6   mask?

7      A.    Basically they would be issued either an

8   informal D report or a formal D report and not

9   allowed to come out of their cell, except for

10  bathroom purposes.  They would be fed within their

11  cell.  They would not be allowed to go out to

12  recreate in the day room area or the outside rec

13  yard.

14     Q.    And how long would that last for?

15     A.    It could be a day, it could be two days,

16  depending on the severity of the infraction.  If

17  it was just, you know, "I'm not wearing it.  I

18  don't come out of my cell, fine," versus becoming

19  belligerent and/or assaultive to staff would be

20  different determination on length of time.

21     Q.    And you said a dozen.  Does that

22  represent all of the times in which detainees were

23  not wearing their masks outside of their bunks?

24     A.    I said about a half a dozen or so,

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    89

1       Q.   How many masks do you have in storage?

2       A.   Probably 2,000.

3       Q.   Probably 2,000.  And which types of

4  masks are those?

5       A.   I have KN95s.  I have N95s.  I have

6  surgical masks.  I have different -- couple of

7  different types of surgical masks, actually.

8       Q.   And about what percentage of the

9  correction officers are wearing the surgical

10  masks?

11      A.   I don't know because there's three

12  shifts, and I'm not there for all three shifts to

13  know.

14      Q.   Okay.  And so you wouldn't know what

15  percentage are wearing the N95 or the KN95 as

16  well?

17      A.   Correct.

18      Q.   And what is EMA?

19      A.   MEMA.

20      Q.   NEMA.  Thank you.

21      A.   MEMA with an "M."  M-E-M-A.

22      Q.   And what does MEMA stand for?

23      A.   Massachusetts Emergency Management

24  Association.

1           MR. KANWIT:  Good.

2      Q.   Does Bristol provide detainees with

3 masks?

4      A.   Yes.

5      Q.   How many masks per detainee?

6      A.   Each detainee and inmate were issued one

7 cloth mask, which is washable, and there's a

8 protocol in place for washing them, and if there

9 is a need for additional masks, we will issue out

10 a surgical mask.

11     Q.   And you say "if there's a need for an

12 additional mask," and that's if the particular

13 inmate requests that mask?

14     A.    If the individual requests it, if there

15 is a specific need that theirs happens to be in

16 the wash and they're going to the outside rec yard

17 or they're leaving their cell or theirs broke, we

18 would issue them a new mask if theirs broke, and

19 we would have alternative surgical masks available

20 if needed.

21     Q.   Okay.  Let's turn to Exhibit 35.

22          AV TECHNICIAN:  Please stand by.

23     Q.   Mr. Souza, do you recognize this

24 document?

1      A.    That, I -- I don't have exact numbers on

2  those.

3      Q.    Okay.  And respirators?

4      A.    We do not carry respirators.

5      Q.    Eye protection?

6      A.    We have probably over 150, maybe 200

7  goggles, and then there are some face shields that

8  we also have, and we do have some that are on

9  order as needed.

10     Q.    Okay.  And do you know exactly how many

11 pairs of those you have?

12     A.    Not off the top of my head 'cause

13 medical also has their own supply.

14     Q.    And who is that eye protection being

15 supplied to?

16     A.    The eye protection would be supplied to

17 any staff person that needs it based on where they

18 were working or what they were -- or who they were

19 working with.

20     Q.    Okay.  But not to the detainees?

21     A.    No.

22     Q.    Okay.  And you mentioned earlier you had

23 some gloves.

24           Does each -- does each detainee receive

1    gloves?

2         A.    No.   They would utilize gloves for --

3    for when they're doing cleaning or passing out

4    meals or anything, but they're not issued gloves

5    as a general.

6         Q.    So they would have to request gloves for

7    each of those jobs?

8         A.    Yes.

9         Q.    Okay.   And what about a supply of

10   disposable gowns or coveralls?

11        A.    The sheriff's office has some, and the

12   medical department also has some.   I believe we

13   have about 200 currently.   There are more on

14   order, and I'm not sure what medical has for their

15   supply.

16        Q.    Okay.   And do you know how many swabs

17   medical currently has?

18        A.    I do not.

19        Q.    Okay.   Turning to Exhibit 30.   If we go

20   to page 2, there's a section titled "What should I

21   do if I might have been exposed, if I feel sick,

22   or have confirmed COVID-19?"

23            Mr. Souza, do you see that section?

24        A.    Yes, I do.

1    the ones that are monitoring to make sure that at

2    least seven days have passed since the date of the

3    first positive test?

4        A.   Yes.

5        Q.   Okay.  And in -- in -- in the case of

6    increased need for testing, do you know how many

7    total single cells there are that could isolate

8    individuals?

9        A.   We can make adjustments to those

10   specific housing units that were documented in the

11   -- in that other document.  We originally start

12   with the four cells in medical, if they're

13   available.  We then go to our EE unit, which has

14   16, and then we would progress from there.

15       Q.   Okay.  What protocols are in place for

16   testing the new arrivals?

17       A.   Only if they're symptomatic, they would

18   be tested.  If they're not symptomatic, they would

19   be isolated in a specific housing unit for at

20   least 14 days before we introduce them into the

21   general population.

22       Q.   Okay.  So new arrivals who are not

23   symptomatic, are not tested on arrival; that's

24   correct?

1      A.    Correct.

2      Q.    How many new arrivals have been tested?

3      A.    I have no idea.

4      Q.    Okay.  And so you wouldn't know if any

5   of those tests have been positive?

6      A.    No.

7      Q.    Okay.  Are new arrivals -- and you said

8   new arrivals are being quarantined; is that

9   correct?

10      A.    They're being isolated.

11      Q.    Isolated.  And so where -- when each of

12   those are isolate -- when each of those

13   individuals are isolated, who do they come in

14   contact with?

15      A.    As with the production of documents,

16   there were two -- two housing units that were

17   originally designed for new commitments.  Females

18   are in one particular unit.  The males were

19   originally in GC, and now we have turned it over

20   to our FB unit, and they would be placed into

21   single cells within that FB unit.

22      Q.    What does the "FB unit" stand for?

23      A.    FB is just the acronym for that

24   particular housing unit.

1    could be once every two to three weeks, depending

2    on what else I'm working on.  As I expressed, I

3    have a vast -- I oversee a vast number of

4    departments and divisions.

5        Q.   Understood.  When was the last time you

6    were at Unit A?

7        A.   I believe it was probably about maybe

8    three weeks ago, four weeks ago.

9        Q.   Okay.  So three or four weeks ago when

10   you were there, how long were you there for?

11       A.   I was probably there for an hour or

12   more.

13       Q.   Okay.  How many individuals are

14   currently held in Unit A?

15       A.   I believe there are 11.  That's off the

16   top of my head.  I mean, we have got many units,

17   so just off the top of my head, I believe 11.

18       Q.   11 units.  And of those, how many are

19   inmates?

20       A.   In -- in A?

21       Q.   In A.

22       A.   No inmates.  Only detainees.

23       Q.   No -- okay.  And so of the

24   immigration -- of the 11, all of them are

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    171

1    Kanwit.

2         Q.   From Attorney Kanwit.  Okay.  The

3    drawing on the first page is titled -- can we

4    scroll up to the first page of this document.

5              The drawing on the first page is titled

6    "ICE Unit A, as-is."  What is the drawing on the

7    first page intended to represent?

8         A.   The rows of bunks, and the Xs, I

9    believe, are representative of how many

10   individuals are assigned to the set of bunk beds.

11        Q.   Okay.  So just to make sure I understand

12   this, the white squares are intended to represent

13   the bunks?

14             MR. KANWIT:  Objection.  He didn't

15   create the document, so you shouldn't be asking

16   about his intent.

17        Q.   Is it your understanding, looking at

18   this document, that the white squares indicate the

19   bunks?

20        A.   Yes, I believe so.

21        Q.   And then the gray squares indicate the

22   aisles?

23        A.   Yes, where it's labeled "aisles."

24        Q.   Yep.  And this actually -- accurately

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                              182

1    you see that?

2         A.    Yes.

3         Q.    And that individual, if they had to get

4    up in the middle of the night and go to the

5    restroom, they would have to pass by another

6    individual in order to do so; is that correct?

7         A.    Correct.

8         Q.    And they'd come within 6 feet of that

9    other individual?

10        A.    Correct.

11        Q.    Okay.  How often are you in Unit B?

12        A.    About the same time that I would be in

13   Unit A.

14        Q.    Okay.  When was the last time you were

15   in Unit B?

16        A.    About the same time as Unit A.  I

17   usually go to one building and -- and go to all

18   the units within that one particular building.

19        Q.    Okay.  And last time you were in Unit B,

20   how long did you spend there?

21        A.    Probably an hour or more.

22        Q.    How many individuals are currently

23   housed in Unit B?

24        A.    I believe there's 26, but I would have

1    to look at the exact count.  But I believe there

2    was 26.

3        Q.   So as of today, you believe there are 26

4    individuals?

5        A.   I believe so.

6        Q.   And do you know how many of those are

7    inmates?

8        A.   There are no inmates in the ICE

9    building.

10       Q.   You cut out for me.  Sorry.  So there

11   are no inmates; am I correct?

12       A.   There are no inmates in ICE A or ICE B,

13   strictly detainees.

14       Q.   So that would be 26 detainees.  Why are

15   there different numbers between the individuals in

16   Unit A and Unit B?

17       A.   Based off of their classification.

18       Q.   And walk me through that.  How does that

19   classification impact where they're housed?

20       A.   The classification is submitted through

21   immigration.  Level 1s and level 2s can be housed

22   together.  Level 2 and level 3 can be housed

23   together.  But a level 3 and a level 1 cannot be

24   housed together.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    184

1        Q.    And there's no cells in Unit B, correct?

2        A.    That's correct.

3        Q.    Can we scroll to the third page of this

4    document, and the third page is titled "Unit B

5    as-is."

6        A.    Yep.

7        Q.    Do you have any reason to believe this

8    is not an accurate representation of the sleeping

9    arrangements in Unit B as of April 14, 2020?

10       A.    I have no reason to believe that it's

11   not.

12       Q.    Okay.  And looking at this, you don't

13   know where the entrances or exits to Unit B are?

14       A.    Correct.

15       Q.    Okay.  So the image here shows five rows

16   of beds, correct?

17       A.    Correct.

18       Q.    And there are 33 beds total?

19       A.    Correct.

20       Q.    33 bunks total?

21       A.    Excuse me?

22       Q.    There are 33 bunks total?

23       A.    33 double bunks.

24       Q.    Right.  And in this image, 20 were used?

1      A.   I don't know what the count was on

2  there.

3      Q.   Okay.  But you -- as of today, you

4  understand 26 individuals to be sleeping here?

5      A.   Correct.

6      Q.   And so the same thing here in Unit B,

7  when sharing a bunk, there's a 3-foot distance

8  between bodies when each person's lying directly

9  flat?

10      A.   Correct.

11      Q.   And so less of a distance if one of them

12  sits up in the night?

13      A.   Correct.

14      Q.   As you understand it, have the

15  individuals in Unit B been rearranged since

16  April 14th?

17      A.   I believe so, because of the -- as the

18  count reduces or changes, they make adjustments to

19  the --

20  the -- the sleeping arrangements.

21      Q.   Okay.  Moving on to the -- the next page

22  of this exhibit, and you see this is titled "Unit

23  B Ideal"?

24      A.   Yes.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    188

1    document are accurate representations of how

2    people sleep?

3         A.    I have no idea.

4         Q.    Okay.  How often are you at the EB unit?

5         A.    About the same time as the going to the

6    ICE -- ICE A or ICE B.

7         Q.    And do you know when the last time is

8    you were in the EB unit?

9         A.    Probably about four weeks ago.

10        Q.    About four weeks ago.

11              And the EB unit doesn't stand for

12   anything, "EB" is just the acronym that's used?

13        A.    Just acronyms.

14        Q.    Okay.  And last time you were there, do

15   you remember about how long you were there for?

16        A.    Maybe half hour.

17        Q.    How many ICE detainees are in the EB

18   unit?

19        A.    Today, I believe there were five.

20        Q.    You believe there were five.

21              And how many criminal inmates?

22        A.    Maybe six.  Five or six.

23        Q.    Okay.  So about 11 individuals who are

24   held in the EB unit?

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                          193

1   shower and individual standing in another shower.

2        A.   There -- there's -- there's walls, and

3   there's complete -- it's -- it's complete isolated

4   showers.  There's a door to walk into, and then

5   it's a shower, and there's four walls within that

6   shower.  And then next door next to it is -- is,

7   again, four walls.  So they're complete isolated

8   showers.

9        Q.   Okay.  They're completely isolated

10  showers.

11            And how about the toilets, are those

12  completely isolated, or is there sort of a vent on

13  top of the separator?

14       A.   There's -- there's stalls.

15       Q.   There's stalls.  And the shower rooms,

16  are they ventilated?

17       A.   Yes, they are.

18       Q.   They are.  When was the last -- oh.

19            How often are you in the 2 East unit?

20       A.   Again, roughly around the same time

21  frame.

22       Q.   And that's the same for the last time

23  that you were at the 2 East unit?

24       A.   Probably four to five weeks at the

1    2 East unit.

2         Q.   And how long were you there

3    approximately the last time you were there?

4         A.   I was there probably for about

5    45 minutes maybe.

6         Q.   About 45 minutes?

7         A.   Yes.

8         Q.   And in your declaration, you represented

9    that there were 54 males housed in this unit.

10         Do you know if that's still the case?

11         A.   I believe there's 45 currently.

12         Q.   45 currently.

13         And what's the cause in that reduction?

14         A.   Releases through ICE and/or releases

15    through the pretrial inmates.

16         Q.   And of the 45, how many are detainees?

17         A.   I believe there are 36, maybe, that are

18    detainees.  35, 36 maybe.

19         Q.   Okay.  And the others are inmates,

20    correct?

21         A.   Correct.

22         Q.   Of the 36, they're divided into eight

23    cells; is that correct?

24         A.   There's a total of 13 cells in that

1    unit.  I believe they are divided into -- I

2    believe there's eight cells.  I would have to look

3    at my declaration to be specific.

4         Q.   And -- but those cells would have about

5    four to five individuals each?

6         A.   I believe there's -- right now, there's

7    a maximum of five, but generally four and five are

8    currently in there.

9         Q.   Generally four or five.  Okay.  And each

10   cell contains four double-bunk beds; is that

11   correct?

12        A.   Yes, correct.

13        Q.   Okay.  So each of the cells is

14   identical?

15        A.   Yes.

16        Q.   So that would mean that currently, at

17   least one person in some of the cells are sharing

18   a bunk, right?

19        A.   Yes.

20        Q.   Okay.  And those bunks are the same as

21   the ones in Unit A and B; is that correct?  The

22   same type of bunk bed?

23        A.   Yeah, same type of bunk bed, correct.

24        Q.   Okay.  So for anyone sharing a bunk,

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    197

1    you -- how you got that measurement and where the

2    measurement is coming from.

3         A.   Okay.  So if the -- if the bunk bed

4    itself is 6 feet long or 7 feet in length, if the

5    detainee's head is on the left-hand side of the

6    bunk, the next detainee's head would be on the

7    complete opposite side, so it would be -- the head

8    would be on one location, the feet would be facing

9    the another location.  So that there's that

10   distance.

11        Q.   And that's between bunks on the -- on

12   the same side of the wall, am I understanding this

13   correctly?

14        A.   Correct.

15        Q.   Okay.  And so -- and you're measuring,

16   again, between the individuals' heads, not

17   necessarily between, say, the head and the feet of

18   the next person?

19        A.   Correct.

20        Q.   For those individuals sharing a bunk,

21   you represent that the head of one detainee is

22   over the feet of the other detainee.  No

23   detainee's head is closer to another detainee's

24   head that 6.7 feet.  Is that still correct?

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    198

1          A.    Yes.

2          Q.    And so in those instances, the bodies of

3    individuals sharing the bunk are actually 3 feet

4    apart; is that right?

5          A.    What do you mean by "3 feet apart"?

6          Q.    So for -- I understand that an

7    individual sharing a bunk that will be lying in a

8    different direction than the other individual

9    sharing that bunk and that, therefore, you've

10   represented that there will be a distance between

11   the detainees' heads, correct?  That's the 6.7

12   feet measures between the heads?

13         A.    I don't know the exact measurement, but,

14   yes, it would be between the heads.

15         Q.    Okay.  And for those individuals sharing

16   the bunk, if we are actually measuring just, say,

17   between the feet of the -- of one detainee and

18   head of another detainee, that distance is 3 feet,

19   correct?

20         A.    No, because if the bunk is 6 feet or

21   7 feet long, the detainee's head on the top would

22   be on one end, and the detainee's head on the

23   bottom bunk would be the opposite direction.

24         Q.    Correct.  But if we're not just

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    199

1     measuring between the heads and, say, we measure

2     between the foot of one detainee and the head of

3     the other, that is less than 6 feet, correct?

4          A.   Up and down, it would be, yes.

5          Q.   Up and down, it would be.  And, again,

6     the measures in your declaration are correct when

7     the detainees are asleep laying down; that's

8     correct?

9          A.   Yes.

10         Q.   And so that measurement will change as

11    they get up in the middle of the night?

12         A.   Correct.

13         Q.   Why is it that your representation in

14    your declaration measured just between the heads

15    of individuals?

16         A.   Just based off of how we set them up to

17    be head to toe and toe to head.  And then the

18    measurements, again, I had somebody measure the

19    length of the bunks, the height of the bunks, but

20    that's what was recorded.

21         Q.   Understood.  And so for the 2 East unit,

22    how much time do each of the detainees spend per

23    day in their cells?

24         A.   It varies.  Some stay longer in their

1    stalls, there's a set of urinals, and there's a

2    set of sinks.

3        Q.   So take Unit A, in that bathroom, how

4    many sinks are they -- are there?

5        A.   I don't know specifically.  It would be

6    in my declaration as to exactly how many are

7    located in that area.

8        Q.   Okay.  So in your declaration, if you

9    represented that there were eight sinks in that

10   bathroom, does that sound correct?

11       A.   Potentially, yes.

12       Q.   And for the showers in Units A and B,

13   would you also rely on the number in your

14   declaration, which is six?

15       A.   That's correct.

16       Q.   Okay.  And for urinals, there were

17   three?

18       A.   Correct.

19       Q.   Okay.  And you represent -- and you

20   represented that there were six toilets in Units A

21   and B in your declaration.  Is that still the

22   case?

23       A.   Yes.

24       Q.   How far apart is each sink in each of

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                          208

1    those bathrooms?

2         A.   I don't know off the top of my head.

3         Q.   Okay.  And is the shower -- are the

4    showers the same setup that we've talked about for

5    the unit previously?

6         A.   It's a little different as they don't

7    have a solid door.  But there are three walls.

8    And then the entrance, which is -- has a shower

9    curtain on it, but then each one is individual

10   shower stalls.  It's non-communal.

11        Q.   Okay.  And there's the -- the curtain is

12   what separates one individual from the next?

13        A.   No.  It separates you from the outside

14   of the shower to step into the shower.

15        Q.   I see.  So you walk into the curtain,

16   and then there are walls on either side of you.

17        A.   Correct.

18        Q.   And do those walls go all the way up to

19   the ceiling?

20        A.   Yes, they do.

21        Q.   Okay.  And how far apart are the

22   different urinals?

23        A.   I don't know the exact measurement.

24        Q.   And what about the toilets?

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                209

1        A.   They're in stalls.  I don't know what
2    the exact measurements are.
3        Q.   Same stalls that have the partial
4    divider with the ventilation at the top?
5        A.   Yes, I believe so.
6        Q.   And there's no strict number on the
7    amount of people who can use each bathroom at any
8    one time, correct?
9        A.   Again, we try to limit it with the
10   social distancing and with the postings that are
11   up, but, again, there could be someone that's in
12   the shower and then go over to the bathroom side.
13   So we try to limit as much as possible, but, you
14   know we don't want to get into not allowing them
15   to utilize the facilities either.
16       Q.   And so it's a common occurrence for each
17   shower to be used at the same time, correct?
18       A.   Not each shower, but individual showers,
19   yes.
20       Q.   But for all other showers to be used at
21   the same time?
22       A.   That's a possibility, yes.
23       Q.   And same thing for the sinks?
24       A.   It could be.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    210

1          Q.    And for the toilets?

2          A.    It's possible.

3          Q.    How frequently are detainees given soap

4    and shampoo for showering purposes?

5          A.    They can purchase from canteen weekly.

6    They also -- the -- anybody that's indigent would

7    be given weekly indigent kits which would give

8    them a bottle of three-in-one, which is soap,

9    shower, body wash.  And then there's also the soap

10   dispensers on the wall where the sinks are.

11         Q.    And so separate and apart from meeting

12   the indigency requirements, you would have to

13   purchase your shampoo; is that correct?

14         A.    Correct.

15         Q.    Okay.  And you represented earlier that

16   the soap in the communal area is replaced whenever

17   that is empty?

18         A.    That's correct.

19         Q.    And do you know how much of a supply of

20   that soap you have on hand?

21         A.    I'm told that we have enough supply of

22   hand soap.

23         Q.    And that, to your knowledge, has never

24   been watered down?

1        A.    That's correct.

2        Q.    And there are no professional cleaners

3   that come into the bathrooms in Unit A and B?

4        A.    No.

5        Q.    So it's the detainee and staff

6   workforces we talked about earlier that would be

7   cleaning those units.

8        A.    That is correct.

9        Q.    And are they given personal protective

10  equipment when they're cleaning?

11       A.    They are given --

12             MR. KANWIT:  Objection; asked and

13  answered.  We've been there through this.

14       Q.    You can answer the question.

15       A.    They're given gloves.  And if they need

16  anything further, they will be given the items

17  needed.

18       Q.    Can you describe the process by which

19  food is delivered to Bristol?  Actually, delivered

20  to the facility to the kitchens?

21       A.    As I stated in the declaration,

22  they're -- they come through delivery trucks.

23  They are -- the items are dropped off at our

24  shipping and intake area or the loading dock for

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    214

1        Q.    And you submitted this and signed it on

2   the 23rd of April 2020?

3        A.    Whatever the date that's on there.

4        Q.    The date at the bottom, can you take a

5   look at that, and let me know if that's the 23rd

6   of April?

7        A.    Yes.

8        Q.    You present in this declaration that all

9   meals are prepared in two shifts; is that correct?

10       A.    Correct.

11       Q.    The first is comprised of about 20

12  individuals plus a correction officer who

13  oversees; is that correct?

14       A.    That's correct.

15       Q.    And the second, comprised of about 13 to

16  15 detainees, two staff members, and a corrections

17  officer to oversee; is that correct?

18       A.    Not detainees.  They would be sentenced

19  inmates.

20       Q.    Those are -- so the second shift is --

21  those would be sentenced inmates.

22       A.    All of the kitchen workers are sentenced

23  inmates.  We don't have detainees or pretrial

24  inmates working in the kitchen.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                        217

1         A.    They are -- they're called up to the

2    meal cart practicing social distancing to collect

3    their tray.

4         Q.    And when you said "practicing social

5    distancing," what do you mean by that?

6         A.    I mean that I don't have everybody right

7    in a row, that we have people -- we call so many

8    people up distanced apart to receive their tray.

9    Then they go and sit at a table or take it back to

10   their cell or bunk.

11        Q.    And which individual is actually handing

12   off their tray to them?

13        A.    It could be a staff person, or it could

14   be a volunteer worker.

15        Q.    Okay.  And they're less than 6 feet from

16   that person when receiving their meal, correct?

17        A.    A hand's distance away.

18        Q.    Oh, you cut out from me then -- from

19   there.

20        A.    Arm's length to hand out the tray.

21        Q.    Arm's length to hand out the tray,

22   correct?

23        A.    Right.  Arm's length to arm's length to

24   hand out a tray.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    218

1        Q.    And this process is repeated three times

2     a day for breakfast, lunch, and dinner?

3        A.    That's correct.

4        Q.    Detainees can choose to eat their meals

5     in their bunk or at their table; is that correct?

6        A.    That's correct.  We normally have them

7     stay at the tables to eat, but to create social

8     distancing and not have everybody in one location,

9     we've allowed them to either take it back to their

10    cell to eat on their bunk or at the desk, if they

11    happen to have a cell.  Or if they're in the ICE

12    building and it's just bunk beds, they're able to

13    sit on their bunk and eat it, or they can eat at

14    the table in shifts.

15       Q.    Okay.  And it's their choice as to which

16    of those they do?

17       A.    That's correct.

18       Q.    Are detainees provided sanitary wipes to

19    clean the containers once they're handed their

20    meals?

21       A.    I'm sorry.  I missed that.

22       Q.    No worries.

23             Are detainees provided sanitary wipes

24    ever to clean the containers once they're handed

1  their meals?

2       A.   No.

3       Q.   Because as we talked about earlier,

4  those are not available, correct?

5       A.   Those wipes are for staff to clean the

6  control areas and the computers and so forth.

7       Q.   Understood.  Your declaration provides

8  that once meals are complete, dishes are returned

9  to the kitchen for cleaning and sanitizing.

10           Who does that cleaning and sanitizing?

11       A.   The inmate kitchen workers.

12       Q.   And the products they use are the

13  products we talked about earlier?

14       A.   They're specific cleaning materials with

15  the dishwasher and within the scullery area where

16  the -- all the carts go back to, and all the trays

17  are cleaned through the dishwasher, and they're

18  dried, and then the carts are all wiped down with

19  the materials that we discussed earlier.

20       Q.   Okay.  And then -- and then the --

21  sorry.  The first part of that statement?

22           I understand from the dishwasher on, but

23  what products are used between pickup of the

24  containers to reaching the dishwasher?

1        A.    Basically we're all following the CDC

2   and DPH guidelines.  Each facility runs

3   differently.  Each county runs differently based

4   off of their types of facilities, their population

5   of their facility, their layout of their facility.

6        Q.    What's the factual basis for your

7   statement that maximum steps have been taken to

8   minimize the risk of a COVID-19 infection and any

9   spread?

10       A.    I'm sorry.  I missed the first part of

11  that question.  You cut out.

12       Q.    What is the factual basis for your

13  statement that maximum steps have been taken to

14  minimize the risk of a COVID-19 infection and any

15  spread?

16       A.    Basically by following the guidelines

17  that are set up and following our procedures that

18  we put together for isolation and containment and

19  also for social distancing and educating the

20  detainees and the staff and the inmate relative to

21  social distancing.

22       Q.    What do you mean by maximum steps?

23       A.    The ability of what we have as of this

24  date.  As we know, it's a fluid situation and

1    things change, sometimes daily, so that the steps

2    were taken, and if there's more that need to come,

3    then we take those as well.

4         Q.   Bristol does not think anything else

5    could be done to minimize the risk of a COVID-19

6    infection, correct?

7         A.   I did not hear you.

8         Q.   Bristol does not think anything else

9    could be done to minimize the risk of a COVID-19

10   infection, correct?

11             MR. KANWIT:  Objection.

12        Q.   You can answer.

13        A.   I believe we're doing everything that we

14   possibly can.

15        Q.   Are there any additional steps that you

16   could take at this point to further reduce the

17   risk that detainees may be exposed to COVID-19?

18        A.   I believe we're doing everything that we

19   possibly can.

20        Q.   So, in your opinion, there's nothing

21   further that can be done at Bristol in order to

22   secure the safety of detainees and staff in the

23   civil immigration units?

24             MR. KANWIT:  Objection.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                        231

1      A.    If changes come forward through CDC and

2    DPH guidelines or on recommendations from the

3    medical vendor, then we would update those as

4    needed.

5      Q.    At any point since March 1st, 2020, have

6    you made any recommendations to anyone at Bristol

7    as to steps that should be taken to get better

8    protection for detainees?

9      A.    I'm not following what your question is.

10     Q.    Yeah, let me rephrase that.  That was a

11   little confusing.

12            At any point since March 1st, 2020, have

13   you made any recommendations for what should be

14   done with regard to COVID-19 that weren't

15   followed?

16     A.    No.

17            MR. KANWIT:  Objection as to time frame.

18     Q.    You can answer.

19     A.    No.

20     Q.    Bristol did not consult with any outside

21   public health experts regarding best practices for

22   dealing with COVID-19 prior to this litigation,

23   correct?

24     A.    No.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    232

1       Q.    Bristol did not take any steps to

2    evaluate detainees for release prior to this

3    litigation, correct?

4       A.    No.

5       Q.    Bristol did not consider alternatives to

6    detention for detainees prior to this litigation,

7    correct?

8       A.    Correct.

9            MS. CURTIS:  If we have Miles back, can

10   we get Exhibit 48.

11           AV TECHNICIAN:  Of course.  One second.

12           MR. KANWIT:  While he's pulling that up,

13   Annaleigh, your question was about Bristol.  And

14   the definition given earlier by counsel, Bristol

15   was Bristol County House of Corrections.  I just

16   want to be clear.  We don't mean to ask did ICE

17   consider any steps to release detainees.

18           MS. CURTIS:  I'm asking about Bristol;

19   that's correct.

20           MR. KANWIT:  Thank you.

21      Q.    Okay.  I will represent to you that

22   Exhibit 48 is a PDF of the ICE web page on ICE

23   guidance on COVID-19 that was saved yesterday.

24           Have you read the ICE guidance on

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    234

1          Q.    The last sentence in that paragraph says

2     that ICE's detained population has dropped by more

3     than 4,000 individuals since March 1st, 2020, with

4     a more than 60 percent decrease in book-ins when

5     compared to this time last year, correct?

6          A.    Yes, that's what it says.

7          Q.    Is it fair to say that ICE is taking

8     steps to reduce the detained population?

9                MR. KANWIT:   Objection.

10         A.    I would guess that's what ICE is doing.

11    I'm not sure what they're doing or why they're

12    doing it.

13         Q.    Bristol didn't communicate with ICE

14    about evaluating detainees for release prior to

15    this litigation, correct?

16         A.    Correct.

17         Q.    Bristol hasn't communicated with ICE

18    about evaluating detainees for release since this

19    litigation began, correct?

20         A.    Correct.

21         Q.    Are you aware of anyone at Bristol who

22    ICE voluntarily released due to COVID-19?

23         A.    Could you repeat your question.

24         Q.    Are you aware of anyone at Bristol who

1          Q.   You have not contacted ICE to discuss

2    the impact of dormitory-style rooms on

3    transmission of COVID-19, correct?

4          A.   Correct.

5          Q.   Did you receive any binding guidance

6    from ICE regarding your housing of ICE detainees?

7          A.   What do you mean by "binding"?

8          Q.   Have you received any guidance from ICE

9    that you were required to follow regarding housing

10   of detainees because of COVID-19?

11         A.   No.

12         Q.   Did ICE ever provide guidance to Bristol

13   on screening ICE detainees for COVID-19?

14         A.   Not that I'm aware of.

15         Q.   Has ICE asked Bristol to provide ICE

16   with a list of ICE detainees who have illnesses

17   that put them at higher risk of complications if

18   they contract COVID-19?

19         A.   They may have.  If they did, it would

20   have been probably directly to the medical vendor.

21         Q.   And the medical vendor is CPS; is that

22   right?

23         A.   That's correct.

24         Q.   And you're not aware if ICE has

1   contacted CPS about illnesses by ICE detainees?

2        A.   Not that I'm aware of.

3        Q.   How often do you communicate with ICE

4   officers?

5        A.   It varies depending on what the

6   circumstances are.  I -- I have a director of

7   immigration that deals directly with ICE on a

8   daily basis.

9        Q.   And what's that individual's name?

10       A.   Liunetty Couto.

11       Q.   And what are her job responsibilities?

12       A.   She -- she coordinates our immigration

13   detainee program.  She meets with detainees.  She

14   processes them.  She does caseworker duties with

15   them.  She works with ICE on releases and on new

16   commitments and what our bed space availability

17   is.

18       Q.   And do you know if she has discussed any

19   ICE detainees with ICE -- strike that.

20            Do you know if Ms. Couto has had any

21   conversations with ICE regarding the health status

22   of any ICE detainees?

23       A.   I don't know.

24       Q.   How often do ICE officers visit Bristol?

1      Q.   I guess let me rephrase it in a little
2  bit of a different way.
3           Are you aware of any guidance from ICE
4  to detention facilities in general about COVID-19?
5      A.   Yes.  They would send us -- and, like I
6  said, I believe they were in the production of
7  documents.
8      Q.   Okay.  Now, at the beginning of the
9  litigation, is it correct that there were 140 ICE
10  detainees housed at Bristol?
11      A.   I know there was 140.  I don't know if
12  it was 148 or just 140, but it was around that
13  number.
14      Q.   And did you believe as of March 27th
15  that 140 detainees could be housed safely at
16  Bristol?
17      A.   I believe by us following the CDC and
18  DPH guidelines, as well as putting into practice
19  in -- procedures in place, that yes.
20      Q.   And as of today, do you still believe
21  that Bristol can safely house 140 ICE detainees?
22      A.   Yes.
23      Q.   Do you have in mind a number of
24  detainees that Bristol could safely house during

1    this pandemic?

2         A.    No.

3         Q.    But it's at least 140; is that fair?

4         A.    Yeah.

5         Q.    Thinking about the ICE detainees who

6    have been released since March 27th, if you could

7    re-detain those individuals, would you do so?

8         A.    I don't control who we can detain from

9    ICE.  That's ICE's decision, so I don't think

10   it's -- I could fairly answer that question.

11        Q.    Is it fair to say you would have no

12   objection to re-detaining them if ICE requested

13   it?

14        A.    I would have no objection to detaining

15   anyone that was submitted -- committed by the

16   courts or from immigration.

17             MS. CURTIS:  Okay, Miles.  If we could

18   pull back up that document, which was...

19             AV TECHNICIAN:  48?

20             MS. CURTIS:  48.

21             AV TECHNICIAN:  Yes.

22             MS. CURTIS:  Thank you.

23             And if we can go to page 5.  And scroll

24   down a bit once we get to page 5.  Yeah.  If we

1   have no date written under self-quarantine were

2   still quarantined?

3        A.   They were self- -- they were quarantined

4   due to a family member, not for symptoms that they

5   had.

6        Q.   Okay.  But I just -- to be clear, those

7   employees were still quarantining; is that right?

8        A.   That's correct.  If -- if you -- the

9   title at the top of it tells -- explains that.

10  "Quarantine due to family or household member

11  started, Quarantine for a family or household

12  member ended."

13       Q.   Okay.  So those individuals were not

14  working during their quarantine period as listed

15  under the "family household member" column; is

16  that right?

17       A.   Correct.

18       Q.   And -- I'm sorry -- did you say when you

19  first started collecting this information?

20       A.   We started collecting it shortly after

21  the first -- first person that quarantined.  I

22  don't have a specific date.

23       Q.   But that would be whatever the earliest

24  date is listed on this spreadsheet?

1      A.   Yeah, probably.

2      Q.   So probably around mid-March, does that

3   seem correct?

4      A.   Yeah, around there.

5      Q.   So from mid-March until April 28th,

6   there were a few dozen employees who were

7   self-quarantined for some period of time; is that

8   right?

9      A.   Correct.

10     Q.   How many of those individuals were

11   tested prior to returning to work to determine if

12   they were negative for COVID-19?

13     A.   They were cleared by their doctor.  I

14   don't know if they were tested or not.

15     Q.   So they may have returned to work just

16   following the quarantine period; is that right?

17     A.   Once their -- once their PCP or medical

18   professional determined that they can return to

19   work, that note was submitted, reviewed by our ADS

20   of employee health, and then a determination was

21   made that they could return to work.

22     Q.   And for those individuals who are

23   quarantined because of a family or household

24   member, how does Bristol determine whether an

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    275

1    the test was reported negative, and then she would

2    put a specific date in that.

3         Q.   And "date positive" means the date they

4    received a positive from their test?

5         A.   Yep.

6         Q.   Date returned to work means the date

7    they returned to work, I presume?

8         A.   That would be the date that they were

9    cleared to return to work, correct.

10        Q.   And by my count, there are 49 rows with

11   data here; is that accurate?

12        A.   Whatever's on the form.  I don't know

13   what the exact numbers are.

14        Q.   And is it correct that as of the date of

15   this document, April 28th, 25 Bristol County

16   Sheriff's Office employees had been tested for

17   COVID-19?

18        A.   I don't know.  I would have to count.  I

19   don't know the exact number.

20        Q.   But it's whatever number is on this

21   sheet?

22        A.   That's correct.

23        Q.   And 24 Bristol County Sheriff's

24   Office employees had self-quarantined or -- strike

1  information from to tweet it to see if it's part

2  of that or not.

3       Q.   When was the last time the spreadsheet

4  was updated?

5       A.   I believe it was updated on the -- maybe

6  on the 30th.  I'm not a hundred percent positive.

7  I'd have to look at my e-mails.

8       Q.   And, as you sit here today, do you

9  recall whether there were more than eight Bristol

10 County Sheriff's Office employees who had tested

11 positive?

12      A.   Not that I'm aware of.

13      Q.   And do you have any reason to doubt the

14 veracity of the Bristol County Sheriff's Office

15 Twitter account?

16           MR. KANWIT:  Objection.

17      A.   Again, I don't know what -- our

18 individual that controls that -- if it was

19 documents prior to or where they got that

20 information.  I don't have any idea.

21      Q.   Okay.  And has there been any attempt to

22 do contact tracing for the individuals who work at

23 Bristol County Sheriff's Office who tested

24 positive for COVID-19?

1      A.    Yes.

2      Q.    And what attempts have been made?

3      A.    We look at schedules, we look at video,

4  we look at individuals that -- anyone that tested

5  positive, where they worked, what shift they were

6  on, the location, and so forth.

7      Q.    And is any effort made to test

8  individuals they may have come into contact with?

9      A.    They would be informed through the memos

10 that were produced as documents from the sheriff

11 notifying individuals to shift in the locations

12 where they worked.

13     Q.    Nothing else would be done in terms of

14 providing tests?

15     A.    No.  We do not do testing on staff.  We

16 direct them to their PCP.

17     Q.    And is the contact tracing that you just

18 described reflected in any of the documents that

19 you've seen?

20     A.    I don't believe so.

21     Q.    So there are no documents you're aware

22 of that describe the process that Bristol should

23 go through to trace contacts?

24     A.    No.

1    employees been tested for COVID-19?

2         A.   Not that I'm aware of, but I don't know

3    until I see the most updated sheet.

4         Q.   And was there any attempt to do

5    contract -- contact tracing for people that these

6    employees may have come into contact with?

7         A.   I'm not sure, to be honest.

8         Q.   And do you know whether any CPS

9    employees have begun self-quarantine since this

10   chart was updated?

11        A.   I don't know.

12        Q.   So between Bristol County Sheriff's

13   Office and CPS, about ten employees have tested

14   positive for COVID-19 as of April 28th, correct?

15        A.   That's correct.

16        Q.   And that's out of 32 employees that show

17   a test between Exhibit 26 and Exhibit 25, correct?

18        A.   Whatever the numbers are.

19        Q.   And I'll represent to you that by my

20   count, it is 10 out of 32, so that's approximately

21   one-third of the employees who have tested -- who

22   have been tested for COVID-19 that have tested

23   positive, correct?

24        A.   By your calculations, yes.

1    that the federal rules allow a presumptive seven

2    hours on the record for any witness.  This witness

3    is not only a 30(b)(1) witness but also a 30(b)(6)

4    on eight topics, which is the entirety of the

5    30(b)(6) notice, and we're entitled to the full

6    seven hours, if not more than that, but the seven

7    hours is the presumptive amount of time, in the

8    absence of some other agreement.

9           MR. KANWIT:  And you normally wouldn't

10   get him on a deposition as quickly as you did

11   under the federal rules.

12          MS. CURTIS:  Well, we're talking about a

13   preliminary injunction here, so we have to have

14   pretty quick discovery.  Why don't we get into it?

15          MR. KANWIT:  How much time do you want

16   to take fencing about this?

17          MS. CURTIS:  The question is --

18          MR. KANWIT:  How long?

19          MS. CURTIS:  -- how much time you're

20   willing to take talking about --

21          MR. KANWIT:  Clock's running.

22          MS. CURTIS:  -- running out the clock.

23   So why don't we get back to Superintendent Souza.

24   BY MS. CURTIS:

1        Q.    So what I'm going to do, in light of

2    Attorney Kanwit's representations, is talk about

3    some 30(b)(1) topics.   There are two 30(b)(6)

4    topics we haven't covered yet, which is topics 5

5    and 6.   I hope to get to both of those today, but

6    if not, we are not waiving the right to cover

7    those at a later date.   But just to let the

8    witness know that right now, you're only providing

9    30(b)(1) testimony, not testimony on behalf of

10   Bristol.

11            Do you understand?

12       A.    Yes.

13       Q.    Okay.   You agree that social distancing

14   is important in combatting the spread of COVID-19,

15   right?

16       A.    Yes.

17       Q.    And you agree that washing hands is

18   important in combatting the spread of COVID-19,

19   correct?

20       A.    As well as any other disease.

21       Q.    And you agree that disinfecting common

22   areas is important in combatting the spread of

23   COVID-19, right?

24       A.    As well as other diseases.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                              306

1          A.   Correct.

2          Q.   And the toilets as well?

3          A.   I would say yes.

4          Q.   Visitation is not currently allowed at

5     Bristol, correct?

6          A.   Correct.

7          Q.   When did Bristol decide to stop

8     visitation?

9          A.   I don't have the exact date, but it is

10    on the memo from the sheriff about suspending

11    visits.

12         Q.   And visits were suspended because they

13    can't happen safely right now, correct?

14         A.   Visits can't happen because we don't

15    want other people coming into the institution.

16    All visits are noncontact.

17         Q.   But you would agree that visitations

18    can't currently happen safely, right?

19         A.   Correct.

20         Q.   And all employees at Bristol are

21    considered emergency status or essential, correct?

22         A.   That's correct.

23         Q.   And you agree with me that COVID-19

24    presents a historic challenge to Bristol, correct?

1      Q.   And you agree that preventing infection

2   requires vigilant social distancing and personal

3   sanitation, right?

4           MR. KANWIT:  Objection.

5      A.   Can you repeat that question.

6      Q.   Yeah.  If you look at that same

7   paragraph, the second sentence says "Provided we

8   remain mindful and vigilant with our social

9   distancing and personal sanitation both here and

10  in the community, we can reach our shared goal of

11  preventing our inmate population, us, and our

12  families from becoming exposed to and infected by

13  COVID-19."

14          Do you see that?

15     A.   I can't -- I can't see the very bottom

16  of it.

17          MS. CURTIS:  Miles, can you scroll down

18  a little.

19     A.   Thank you.  Yes.

20     Q.   And do you agree with Sheriff Hodgson

21  that preventing infection requires vigilant social

22  distancing and person sanitation?

23     A.   As -- as he stated there, yes, both --

24  both here and within the community.

1        Q.    Okay.  And you testified earlier that

2    you communicate with some peers at similar

3    institutions in Massachusetts, correct?

4        A.    Correct.

5        Q.    And are you aware of other correctional

6    facilities in the United States having had

7    outbreaks of COVID-19?

8        A.    Yes, I've heard it on the news.

9        Q.    And are you aware that some of the

10   largest outbreaks in the United States so far have

11   been correctional facilities?

12       A.    Correctional facilities and nursing

13   homes, I've heard both.

14            MS. CURTIS:  And, Miles, if you can pull

15   up 15.

16            AV TECHNICIAN:  One second.

17       Q.    And I've had marked here as Exhibit 15 a

18   New York Times article called "Coronavirus in the

19   U.S., Latest Map and Case Count," last updated

20   April 29th, 2020 at 8:56 a.m.

21            Have you seen this document before?

22       A.    No, I have not.

23            MS. CURTIS:  Miles, if you could go down

24   to the tenth page of the PDF, and let's scroll

1    down to the last paragraph of the page.

2          Q.   Do you see that this says at the -- that

3    last paragraph, first sentence, "Times journalists

4    have for weeks tracked clusters of cases and

5    deaths across the country"?

6          A.   Yes, I see that.

7          Q.   And the next sentence begins "The

8    largest such outbreaks include prisons in Ohio and

9    Arkansas."

10              Do you see that?

11         A.   I do.

12         Q.   And following that --

13              MS. CURTIS:   Miles, if you could scroll

14   down.

15         Q.   -- there's a list of the largest

16   clusters of outbreaks.

17              Do you see that?

18         A.   Yes, I do.

19         Q.   And the first outbreak is in a

20   correctional facility in Ohio, correct?

21         A.   Correct.

22         Q.   The second outbreak is in a different

23   correctional facility a Ohio, right?

24         A.   Correct.

Transcript of Steven Souza, Corporate Representative
Conducted on May 1, 2020                                    313

1        Q.    The next one is at a pork processing

2    facility in South Dakota, correct?

3        A.    That's what it says.

4        Q.    And the next one is at the U.S.S.

5    Theodore Roosevelt?

6        A.    Yep.

7        Q.    And the fifth entry on the list is a

8    correctional facility, correct?

9        A.    Correct.

10       Q.    The sixth entry on the list is a

11   correctional facility, right?

12       A.    That's what it says.

13       Q.    The seventh entry on the list is a

14   correctional facility, right?

15       A.    Correct.

16       Q.    The eighth entry on the list is a

17   correctional facility, correct?

18       A.    Correct.

19       Q.    The ninth entry on the list is a

20   correctional facility, right?

21       A.    That's what it says.

22       Q.    And the tenth entry on the list is a

23   correctional facility, correct?

24       A.    Correct.

1      Q.    So of the ten largest outbreaks in the

2   U.S. as of April 29th, eight were in correctional

3   facilities, correct?

4            MR. KANWIT:  Objection.

5            Can you scroll up, because it's not

6   clear to me it's showing the largest outbreaks or

7   just cases connected to.

8      Q.    Superintendent Souza, my question is of

9   the ten largest outbreaks in the U.S., per this

10  list, eight were in correctional facilities,

11  correct?

12           MR. KANWIT:  Objection.

13     A.    The outbreaks by this form, yes.

14     Q.    And do you know how, if at all, the

15  housing setups in these facilities on this list

16  differ from those in Bristol?

17     A.    I have no idea any of those facilities.

18     Q.    And do you know how, if at all, the

19  practices on testing in these facilities differ

20  from those in Bristol?

21     A.    You broke up.

22     Q.    Do you know how, if at all, the

23  practices on testing in these facilities differ

24  from those in Bristol?

1        A.    I wouldn't know.

2        Q.    Can we pull up 16.

3              I've had marked as Exhibit 16 an

4    editorial in The New England Journal of Medicine

5    titled "Asymptomatic Transmission, the Achilles'

6    Heel of Current Strategies to Control COVID-19."

7              Have you seen this document before?

8        A.    No, I have not.

9        Q.    And would you agree that the New England

10   Journal of Medicine is one of the most highly

11   regarded medical journals in the world?

12             MR. KANWIT:  Objection.

13       A.    I don't have an opinion on that.

14       Q.    'Cause you're not a medical

15   professional, right?

16       A.    That's correct.

17       Q.    And just going back to my question about

18   other facilities with outbreaks, can you identify

19   anything Bristol's done differently from those

20   facilities that would make an outbreak at Bristol

21   less likely than an outbreak at those facilities?

22             MR. KANWIT:  Objection.  He already

23   testified he doesn't know what they're doing.

24       Q.    You can answer the question.

1        A.    That's what I've heard, yes.

2        Q.    And do you see that the next sentence in

3   Exhibit 16 here says "This recommendation for

4   SARS-CoV-2 testing of asymptomatic persons in

5   skilled nursing facilities should most likely be

6   expanded to other congregate living situations,

7   such as prisons and jails"?

8        A.    I see what it says there.

9        Q.    And Bristol is not doing asymptomatic

10  testing, correct?

11       A.    That's correct.  Following the CDC, DPH

12  guidelines.

13       Q.    Now, Bristol has access to three area

14  hospitals, correct?

15       A.    Several area hospitals.

16       Q.    And those are St. Luke's, Charlton

17  Memorial, and Morton; is that right?

18       A.    Amongst a few of them, yes.

19       Q.    And what are the others?

20       A.    You have Sturdy Hospital.  You have St.

21  Anne's Hospital.

22       Q.    And you would not want to overwhelm any

23  of those facilities due to an outbreak at Bristol,

24  correct?