UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
MARIA ALEJANDRA CELIMEN SAVINO       )
and JULIO CESAR MEDEIROS NEVES,      )
                                    )
Petitioners-Plaintiffs,              )
                                    )   20-cv-10617 WGY
     v.                              )
                                    )
THOMAS HODGSON, et al.,              )
                                    )
     Respondents-Defendants.         )
_____)

**DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL**

Respondents-Defendants hereby provide the Court and opposing counsel with notice that:

    Mateo Mateo, Melvin Alberto of the Dominican Republic;

    Rivera Fernandez, Jose Guaroa of the Dominican Republic; and

    Amador-Galindo, Diego Isael of Honduras,

will all be transferred out of Bristol County House of Corrections in preparation for their removal from the United States at a date not before forty-eight (48) hours from 9:00 a.m. Thursday, May 7, 2020.

                                                           Respectfully submitted,

                                                           ANDREW E. LELLING,
                                                           United States Attorney

|  |  |
|---|---|
|  | By: */s/ Thomas E. Kanwit* <br> Thomas E. Kanwit <br> Michael Sady <br> Assistant U.S. Attorneys <br> U.S. Attorney's Office <br> John J. Moakley U.S. Courthouse <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA  02210 <br> (617) 748-3100 <br> thomas.kanwit@usdoj.gov |
| May 6, 2020 | michael.sady@usdoj.gov |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   May 6, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit