# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO<br>and JULIO CESAR MEDEIROS NEVES,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>THOMAS HODGSON, et al.,<br><br>Respondents-Defendants. | )<br>)<br>)<br>)<br>)<br>)       20-cv-10617 WGY<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that at the request of Bristol County House of Corrections **ISSAC DOE** and **WOODLEY DODIEU** will be transferred to the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island no sooner than 1:30 p.m. on Monday, May 11, 2020.  With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections is 80.

                                                                     Respectfully submitted,

                                                                     ANDREW E. LELLING,<br>                                                                     United States Attorney

By:   */s/ Thomas E. Kanwit*
        Thomas E. Kanwit
        Michael Sady
        Assistant U.S. Attorneys
        U.S. Attorney's Office
        John J. Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3100
        thomas.kanwit@usdoj.gov
May 7, 2020                       michael.sady@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   May 7, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit