UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**    )
**and JULIO CESAR MEDEIROS NEVES,**    )
                                                    )
**Petitioners-Plaintiffs,**                    )
                                                    )          **20-cv-10617 WGY**
      **v.**                                        )
                                                    )
**THOMAS HODGSON, et al.,**              )
                                                    )
      **Respondents-Defendants.**        )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **ADBOULAYE FALL** and **JUCINEI LIMA** will be transferred out of the Bristol County House of Corrections to facilitate their removal from the United States no sooner than 3:00 p.m. on Friday, May 22, 2020. Both individuals have been tested for COVID-19 and received negative results. With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections is 73.

                                        Respectfully submitted,

                                        ANDREW E. LELLING,
                                        United States Attorney

                              By:    */s/ Thomas E. Kanwit*
                                        Thomas E. Kanwit
                                        Michael Sady
                                        Assistant U.S. Attorneys
                                        U.S. Attorney's Office
                                        John J. Moakley U.S. Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
                                        (617) 748-3100
May 20, 2020                       thomas.kanwit@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   May 20, 2020
                                                     */s/ Thomas E. Kanwit*
                                                      Thomas E. Kanwit