Updated 5-28-2020

# COVID - 19
# BCSO

| Employee Last Name | Employee First Name | Shift | Location | Date *Self-Quarantined Started | Date *Self-Quarantined Ended | Date Quarantined Family/Household Member Started | Date Quarantined Family/Household Member Ended | Date Tested | Date Negative | Date Positive | Date Returned to Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 - 3 | ASH | 3/24/2020 | 4/2/2020 | | | 3/25/2020 | Negative | | 4/3/2020 |
| | | 7 - 3 | DHOC | 3/30/2020 | 4/4/2020 | | | 3/30/2020 | Negative | | 4/5/2020 |
| | | 11 - 7 | K9 | 3/31/2020 | 4/13/2020 | | | 3/31/2020 | Negative | 4/4/2020 | 4/14/2020 |
| | | 7 - 3 | DHOC | 4/1/2020 | 4/20/2020 | | | 4/4/2020 | | 4/6/2020 | 4/21/2020 |
| | | 7 - 3 | DHOC | 4/10/2020 | 4/13/2020 | | | 4/9/2020 | Negative | | 4/14/2020 |
| | | 11 - 7 | DHOC | n/a | n/a | | | 4/8/2020 | Negative | | 4/13/2020 |
| | | 3 - 11 | DHOC | 4/9/2020 | 4/12/2020 | | | 4/10/2020 | Negative | | 4/13/2020 |
| | | 7 - 3 | DHOC | | | 4/8/2020 | 4/22/2020 | | | | 4/23/2020 |
| | | 7 - 3 | DHOC | | | 4/8/2020 | 4/15/2020 | | | | 4/16/2020 |
| | | 7 - 3 | DHOC/SIU | | | 4/7/2020 | 4/26/2020 | | | | 4/27/2020 |
| | | 3 - 11 | DHOC | 3/31/2020 | 4/5/2020 | | | | | | 4/6/2020 |
| | | 3 - 11 | DHOC | 4/6/2020 | 4/17/2020 | | | | Negative | | 4/18/2020 |
| | | 11 - 7 | ASH | | | 4/2/2020 | 4/19/2020 | | | | 4/20/2020 |
| | | 3 - 11 | DHOC | | | 4/2/2020 | 4/16/2020 | | | | 4/17/2020 |
| | | 7:30 - 3:30 | ASH | 4/15/2020 | 4/19/2020 | | | 4/15/2020 | 4/17/20 | | 4/21/2020 |
| | | 7 - 3 | Commun. | 4/12/2020 | | | | 4/12/2020 | Negative | | 4/20/2020 |
| | | 8 - 4 | Legal | 4/15/2020 | 4/21/2020 | | | 4/15/2020 | 4/16/2020 | | 4/22/2020 |
| | | 3 - 11 | ASH | | | 3/15/2020 | 3/28/2020 | | | | 3/29/2020 |
| | | 11 - 7 | ASH | 3/20/2020 | 4/4/2020 | | | | | | 4/5/2020 |
| | | 7 - 3 | Classif. | | | 3/23/2020 | 3/30/2020 | | | | 4/8/2020 |
| | | 11 - 7 | DHOC | 3/21/2020 | 3/31/2020 | | | 3/24/2020 | Negative | | 4/1/2020 |
| | | 7 - 3 | Deputy | 3/17/2020 | 3/22/2020 | | | | | | 3/23/2020 |
| | | 8 - 4 | Legal | 3/24/2020 | 3/30/2020 | | | | | | 3/31/2020 |
| | | 9 - 5 | Trans | | | 3/18/2020 | 3/22/2020 | | | | 3/23/2020 |

| Employee Last Name | Employee First Name | Shift | Location | Date *Self-Quarantined Started | Date *Self-Quarantined Ended | Date Quarantined Family/Household Member Started | Date Quarantined Family/Household Member Ended | Date Tested | Date Negative | Date Positive | Date Returned to Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7 - 3 | DHOC | 3/11/2020 | 3/24/2020 | | | | | | 3/25/200 |
| | | 3 - 11 | DHOC | | | 3/17/2020 | 4/4/2020 | | | | 4/5/2020 |
| | | 3 - 11 | ASH | | | 3/22/2020 | 3/26/2020 | | | | 3/27/2020 |
| | | 8 - 4 | IT | | | 4/1/2020 | 4/12/2020 | | | | 4/13/2020 |
| | | 7 - 3 | DHOC | | | 3/26/2020 | 3/31/2020 | | | | 4/1/2020 |
| | | 7 - 3 | DHOC | | | 3/24/2020 | 3/29/2020 | | | | 3/30/2020 |
| | | 3 - 11 | DHOC | | | 4/3/2020 | 4/6/2020 | | | | 4/7/2020 |
| | | 7 - 3 | Property | 4/2/2020 | 4/8/2020 | | | | | | 4/9/2020 |
| | | 7 - 3 | DHOC | 4/3/2020 | 4/7/2020 | | | | | | 4/8/2020 |
| | | 6 - 2 | guardshack | 4/16/2020 | 4/21/2020 | | | 4/16/2020 | 4/17/20 | | 4/22/2020 |
| | | 11-7 | DHOC | 4/16/2020 | | | | 4/16/2020 | | 4/17/2020 | 5/7/2020 |
| | | 7 - 3 | DHOC | 4/7/2020 | 4/13/2020 | | | 4/7/2020 | Negative | | 4/8/2020 |
| | | 3 - 11 | DHOC | 4/16/2020 | 4/20/2020 | | | 4/17/2020 | 4/20/20 | | 4/21/2020 |
| | | 3 - 11 | DHOC | 4/19/2020 | | | | 4/20/2020 | | 4/20/2020 | 4/26/2020 |
| | | 3 - 11 | DHOC | 4/19/2020 | 5/17/2020 | 4/18/2020 | 5/3/2020 | 4/19/2020 | | | 5/18/2020 |
| | | 1-9 | SIU | | | 4/19/2020 | 4/22/2020 | 4/21/2020 | | 4/24/2020 | 5/23/2020 |
| | | 3 - 11 | DHOC | 4/20/2020 | 5/13/2020 | | | 4/23/2020 | | | 5/14/2020 |
| | | 3 - 11 | DHOC | 4/23/2020 | 5/7/2020 | | | 4/23/2020 | | 4/22/2020 | 5/8/2020 |
| | | 3 - 11 | DHOC | 4/23/2020 | 4/28/2020 | | | 4/23/2020 | | 4/24/2020 | 4/29/2020 |
| | | 3 - 11 | ASH | 4/24/2020 | | 4/24/2020 | 5/8/2020 | 4/28/2020 | 4/24/2020 | | 5/9/2020 |
| | | 3 - 11 | DHOC | 4/24/2020 | | 4/25/2020 | 4/27/2020 | 4/25/2020 | 4/30/2020 | 4/26/2020 | 5/5/2020 |
| | | 7-3 | Ash Street | | | 4/25/2020 | 4/27/2020 | | | | 4/28/2020 |
| | | 3-11 | DHOC | 4/25/2020 | 5/5/2020 | | | 4/25/2020 | 5/3/2020 | | 5/6/2020 |
| | | 11-7 | DHOC | 4/23/2020 | 4/25/2020 | | | 4/23/2020 | 4/25/2020 | | 4/26/2020 |
| | | 3-11 | DHOC | 4/23/2020 | | | | 4/28/2020 | 4/30/2020 | | 5/4/2020 |
| | | 8-4 | AA | 4/28/2020 | 5/3/2020 | | | 4/29/2020 | 4/30/2020 | | 5/4/2020 |

| Employee Last Name | Employee First Name | Shift | Location | Date *Self- Quarantined Started | Date *Self- Quarantined Ended | Date Quarantined Family/ Household Member Started | Date Quarantined Family/ Household Member Ended | Date Tested | Date Negative | Date Positive | Date Returned to Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7-3 | Ash Street | 4/29/2020 | | | | 5/1/2020 | 5/2/2020 | | 5/6/2020 |
| | | 11-7 | DHOC | | | | | 4/27/2020 | 4/28/2020 | | 4/29/2020 |
| | | 7-3 | DHOC | | | | | | | | 5/5/2020 |
| | | 7-3 | DHOC | 4/25/2020 | 5/3/2020 | 4/30/2020 | 5/4/2020 | 4/24/2020 | 4/25/2020 | | 5/4/2020 |
| | | 3-11 | DHOC | 4/29/2020 | 5/8/2020 | | | 4/30/2020 re-test 5/4/2020 | 5/6/2020 | | 5/9/2020 |
| | | 7-3 | DHOC | 4/28/2020 | 5/4/2020 | | | 4/30/2020 | 5/4/2020 | | 5/5/2020 |
| | | 8-4 | Civil | 5/1/2020 | 5/7/2020 | | | 5/1/2020 | 5/6/2020 | | 5/8/2020 |
| | | 8-4 | Civil | | | | | | | | 5/15/2020 |
| | | 3-11 | DHOC | 5/1/2020 | 5/8/2020 | 5/1/2020 | 5/14/2020 | 5/1/2020 | 5/4/2020 | | 5/9/2020 |
| | | 7-3 | DHOC | 5/1/2020 | 5/20/2020 | | | 4/30/2020 re-test 5/14/2020 | 5/14/2020 re-test negative | 5/2/2020 | 5/21/2020 |
| | | 7-3 | Trans | 5/2/2020 | | 5/2/20 inmate | | 5/4/2020 | 5/7/2020 | | 5/12/2020 |
| | | 7-3 | Trans | 5/2/2020 | | 5/2/2020 inmate | | 5/5/2020 | 5/7/2020 | | 5/12/2020 |
| | | 11-7 | DHOC | 4/29/2020 | 5/2/2020 | | | 4/29/2020 | 5/2/2020 | | 5/3/2020 |
| | | 7-3 | DHOC | 5/1/2020 | | | | 5/2/2020 | 5/7/2020 | | 5/11/2020 |
| | | 11a-7p | Trans | | | 5/5/2020 inmate | 5/10/2020 | 5/7/2020 | 5/9/2020 | | 5/11/2020 |
| | | 11a-7p | Trans | | | 5/5/2020 inmate | 5/17/2020 | 5/5/2020 | 5/7/2020 | | 5/18/2020 |
| | | 7-3 | Trans | | | 5/7/2020 sister | | | | | 5/12/2020 |
| | | 11a-7p | Trans | | | 5/5/2020 inmate | 5/11/2020 | 5/8/2020 | 5/11/2020 | | 5/12/2020 |
| | | 1p-9p | Trans | | | 5/5/2020 inmate | 5/12/2020 | 5/8/2020 | 5/10/2020 | | 5/13/2020 |
| | | 3-11 | DHOC | | | 5/6/2020 | 5/31/2020 | | | | 6/1/2020 |

| Employee Last Name | Employee First Name | Shift | Location | Date *Self-Quarantined Started | Date *Self-Quarantined Ended | Date Quarantined Family/Household Member Started | Date Quarantined Family/Household Member Ended | Date Tested | Date Negative | Date Positive | Date Returned to Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7-3 | communications/victim services | | | 5/7/2020 | 5/17/2020 | 5/7/2020 | 5/11/2020 | | 5/18/2020 |
| | | 7-3 | dispatch | | | 5/7/2020 | 5/11/2020 | 5/11/2020 | 5/12/2020 | | 5/12/2020 |
| | | 7-3 | DHOC | | | 5/7/2020 | 5/16/2020 | | | 5/9/2020 | 5/17/2020 |
| | | 7-3 | DHOC | | | 5/7/2020 inmate | 5/25/2020 | 5/9/2020 | 5/14/2020 | | 5/26/2020 |
| | | 7-3 | DHOC | | | 5/7/2020 inmate | 5/16/2020 | 5/8/2020 | 5/11/2020 | | 5/13/2020 |
| | | 7-3 | DHOC | 5/7/2020 | 5/12/2020 | | | 5/11/2020 | 5/13/2020 | | 5/14/2020 |
| | | 7-3 | DHOC | 5/9/2020 | 5/13/2020 | | | 5/11/2020 | | 5/12/2020 | 5/27/2020 |
| | | 7-3 | Ash Street | 5/10/2020 | 5/26/2020 | | | 5/10/2020 | 5/10/2020 | | 5/15/2020 |
| | | 3-11 | DHOC | 5/10/2020 | 5/14/2020 | 5/10/2020 | 5/11/202 | 5/12/2020 | | | 5/12/2020 |
| | | 7-3 | DHOC | | | 5/10/2020 | 5/11/2020 | | | 5/10/2020 | 4/30/2020 |
| | | 3-11 | Ash Street | 5/6/2020 | 5/18/2020 | | | 5/9/2020 | | 5/18/2020 | 5/24/2020 |
| | | 7-3 | DHOC | 5/11/2020 | 5/23/2020 | | | 5/12/2020 | 5/18/2020 | | 5/19/2020 |
| | | 7-3 | Trans | | | 4/27/2020 | 4/29/2020 | 5/13/2020 | | 5/14/2020 | 5/24/2020 |
| | | 11-7 | Comm. | 5/11/2020 | | | | 5/13/2020 | 5/18/2020 | | 5/18/2020 |
| | | 7-3 | DHOC | 5/11/2020 | 5/23/2020 | | | 5/11/2020 | 5/13/2020 | | 5/18/2020 |
| | | 8-4 | Classif. | 5/11/2020 | 5/17/2020 | | | 5/11/2020 | | 5/12/2020 | 5/26/2020 |
| | | 8-4 | Classif. | 5/11/2020 | | 5/12/2020 employee | 5/17/2020 | 5/12/2020 | 5/15/2020 | | 5/29/202 |
| | | 3-11 | DHOC | 5/11/2020 | | 5/12/2020 employee | 5/28/2020 | 5/13/2020 re-test 5/16/2020 | 5/15/2020 | 5/20/2020 re-test | 5/29/202 |
| | | 8-4 | Re-entry | 5/12/2020 | 5/25/2020 | | | | | | |
| | | 11-7 | Ash Street | | | | | | | | |
| | | 7:30-3:30 | Ash Street | | | | | 5/12/2020 | 5/14/2020 | | 5/18/2020 |
| | | 7-3 | Ash Street | | | 5/12/2020 employee | 5/18/2020 | 5/12/2020 | 5/16/2020 | | 5/19/2020 |

| Employee Last Name | Employee First Name | Shift | Location | Date *Self-Quarantined Started | Date *Self-Quarantined Ended | Date Quarantined Family/Household Member Started | Date Quarantined Family/Household Member Ended | Date Tested | Date Negative | Date Positive | Date Returned to Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7-3 | DHOC | | | 5/13/2020 | 5/19/2020 | 5/12/2020 | 5/16/2020 | | 5/20/2020 |
| | | 12-8 | Asst. Steward | 5/13/2020 | 5/23/2020 | | | 5/14/2020 | 5/20/2020 | | 5/24/2020 |
| | | 6:30-2:30 | Classif. | 5/13/2020 | 5/18/2020 | | | 5/13/2020 | 5/18/2020 | | 5/19/2020 |
| | | 3-11 | DHOC | 5/13/2020 | 5/20/2020 | | | 5/13/2020 | 5/16/2020 | | 5/21/2020 |
| | | 7-3 | SIU | | | 5/14/2020 | 5/18/2020 | 5/14/2020 | 5/18/2020 | | 5/19/2020 |
| | | 7-3 | DHOC | 5/14/2020 | | | | 5/18/2020 | | 5/20/2020 | |
| | | 3-11 | DHOC | 5/14/2020 | | 5/15/2020 | | 5/15/2020 | | 5/17/2020 | |
| | | 8-4 | SIU | | | 5/14/2020 dispatcher | 5/29/2020 | 5/18/2020 | | 5/20/2020 | 5/30/2020 |
| | | 8-4 | Classif. | 5/15/2020 | 5/20/2020 | | | 5/15/2020 | 5/20/2020 | | 5/21/2020 |
| | | 7:30 -3:30 | Classif. | 5/15/2020 | 5/18/2020 | | | 5/15/2020 | 5/17/2020 | | 5/19/2020 |
| | | 8-4 | Classif. | 5/16/2020 | 5/26/2020 | | | 5/16/2020 | | 5/19/2020 | 5/27/2020 |
| | | 11-7 | DHOC | 5/16/2020 | | 5/16/2020 | | 5/16/2020 | | 5/21/2020 | 5/19/2020 |
| | | 8-4 | SIU | | | 5/16/2020 | | 5/19/2020 | | 5/21/2020 | |
| | | 7-3 | Deputy | | | 5/16/2020 inmate | | 5/16/2020 | 5/20/2020 | | 5/22/2020 |
| | | 7:30-3:30 | Deputy | | | 5/16/2020 inmate | | 5/20/2020 | 5/23/2020 | | |
| | | 11a-7p | Teacher | 5/16/2020 | 5/26/2020 | | | 5/16/2020 | | 5/18/2020 | 5/27/2020 |
| | | 7-3 | Comm. | | | 5/16/2020 | 5/23/2020 | 5/18/2020 | 5/21/2020 | | 5/24/2020 |
| | | 3-11 | DHOC | 5/16/2020 | | 5/17/2020 | | 5/18/2020 | | 5/21/2020 | 5/27/2020 |
| | | 3-11 | DHOC | 5/17/2020 | | | | 5/17/2020 | | 5/18/2020 | |
| | | 8-4 | Asst. Supt. 2 | 5/17/2020 | 5/17/2020 | | | 5/18/2020 | 5/20/2020 | | 5/18/2020 |
| | | 3-11 | DHOC | 5/13/2020 | | 5/18/2020 | 5/24/2020 | 5/14/2020 | 5/21/2020 | | 5/25/2020 |
| | | 3-11 | Ash Street | | | 5/19/2020 | 5/26/2020 | 5/19/2020 | 5/22/2020 | | 5/27/2020 |
| | | 7-3 | Receiving | | | 5/19/2020 | | | | | |
| | | 7-3 | Receiving | | | 5/19/2020 | | | | | |
| | | 3-11 | DHOC | 5/19/2020 | 5/29/2020 | | | 5/19/2020 | 5/21/2020 | | 5/30/2020 |






| Employee Last Name | Employee First Name | Shift | Location | Date *Self- Quarantined Started | Date *Self- Quarantined Ended | Date Quarantined Family/ Household Member Started | Date Quarantined Family/ Household Member Ended | Date Tested | Date Negative | Date Positive | Date Returned to Work |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 7-3 | DHOC | | | 5/18/2020 inmates | 5/24/2020 | 5/18/2020 | 5/19/2020 | 5/21/2020 | 5/25/2020 |
| | | 11-7 | DHOC | 5/14/2020 | | | | 5/19/2020 | | | |
| | | 7-3 | SCAT | | | 5/20/2020 employee | 5/26/2020 | 5/21/2020 | 5/23/2020 | | 5/27/2020 |
| | | 8-4 | Task Force | | | 5/20/2020 employee | | 5/21/2020 | 5/26/2020 | | 6/3/2020 |
| | | 8-4 | Task Force | | | 5/20/2020 employee | 5/26/2020 | 5/21/2020 | 5/24/2020 | | 5/27/2020 |
| | | 3-11 | DHOC | 5/20/2020 | 5/26/2020 | | | 5/21/2020 | 5/26/2020 | | 5/27/2020 |
| | | 7-3 | DHOC | 5/20/2020 | | | | 5/20/2020 | | 5/22/2020 | 5/27/2020 |
| | | 3-11 | DHOC | 5/18/2020 | | | | 5/19/2020 | | 5/21/2020 | 5/28/2020 |
| | | 7-3 | SIU | 5/21/2020 | 5/27/2020 | | | 5/22/2020 | 5/23/2020 | | 5/27/2020 |
| | | 8-4 | case worker | 5/22/2020 | 5/26/2020 | | | 5/22/2020 | 5/26/2020 | | 5/27/2020 |
| | | 7-3 | DHOC | 5/21/2020 | | 5/22/2020 | | 5/23/2020 | | 5/23/2020 | |
| | | 3-11 | DHOC | | | 5/22/2020 | | 5/25/2020 | | | |
| | | 11-7 | DHOC | 5/25/2020 | | | | 5/25/2020 | | | |
| | | 7-3 | DHOC | | | 5/26/2020 | | 5/26/2020 | | 5/26/2020 | |
| | | 7-3 | IT | 5/26/2020 | | | | 5/26/2020 | | | |
| | | 3-11 | DHOC | 5/27/2020 | | | | 5/27/2020 | | | |
| | | 7-3 | DHOC | 5/24/2020 | | | | 5/25/2020 | | 5/27/2020 | |

27, 28, 29, 26, 31, 30, 32  5/29 Reyonds