UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
**MARIA ALEJANDRA CELIMEN SAVINO** )
**and JULIO CESAR MEDEIROS NEVES,** )
)
**Petitioners-Plaintiffs,** )
) 20-cv-10617 WGY
**v.** )
)
**THOMAS HODGSON, et al.,** )
)
**Respondents-Defendants.** )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **JUAN CARLOS ILLICACHI-SHIGLIA** will be transferred out of the Bristol County House of Corrections to facilitate his removal from the United States no sooner than 10:00 a.m. on Tuesday, June 2, 2020. He has been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1] With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections is 72.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | By: */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit<br>Michael Sady<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100 |
| May 29, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  May 29, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit