# COVID - 19 Inmates

| Last Name | First Name | CIN # | DOB | Location | Male / Female | Pre-Trial, Sent., or ICE | Date Quarantined Started | Quarantined Ended | Date Tested | Date Negative | Date Positive | Date Cleared |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taylor | Rayon | 198655 | 6/16/1983 | ICE | Male | 2E | 5/13/2020 | | **REFUSED** | | | |
| Tabia | Guillaume | 195144 | 3/10/1981 | ICE | Male | 2E | 5/13/2020 | | **REFUSED** | | | |
| Martinez Salazar | Patricio | 195277 | 11/21/1989 | ICE | Male | 2E | 5/13/2020 | | **REFUSED** | | | |
| Lopez | Emmanuel | 125583 | 8/11/1985 | ICE | Male | 2E | 5/13/2020 | | **REFUSED** | | | |
| Bonilla-Ochoa | Jhony | 198723 | 2/10/1986 | ICE | Male | 2E | 5/13/2020 | | **REFUSED** | | | |
| Ssekabazi | Nathaniel | 197776 | 12/16/1993 | ICE | Male | 2E | 5/13/2020 | ref 2nd test | **5/1/2020** | 5/4/2020 | | ref. 2nd test |
| Blanco | Matias | 197010 | 8/1/1998 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Castillo-Martinez | Jairo | 197144 | 5/3/1977 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Domingo-Mendez | Jeremias | 198845 | 7/29/1989 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Sis Duarte | Carlos | 198682 | 3/11/1999 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Ixcoy-Hernandez | Santos | 198055 | 2/20/1986 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Gomes | Nuelson | 194251 | 8/20/1992 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Ohenhen | Augustine | 198221 | 8/14/1987 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Augustin | Smith | 192892 | 10/27/1983 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Tarax-Villeda | Braya | 198900 | 4/28/1997 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Amado | Antonio | 191396 | 10/10/1970 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| DaRocha | Edlander | 197242 | 7/6/1979 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Villalta Cruz | Edwin | 197152 | 3/22/1973 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Delapaz | Gabri | 187176 | 9/7/1991 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Sanchez | Juan | 198899 | 3/21/1986 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Guillermo | Darlin | 198348 | 7/30/1982 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Mutare | Alois | 178732 | 1/15/1978 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Fernandes | Joao | 125755 | 11/5/1981 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Dias | Amiry | 197922 | 8/20/1997 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Abdi Ali | Liban | 198712 | 7/30/1991 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Perdomo-Vizcaino | Rafael | 197662 | 8/25/1980 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Rubio-Suarez | Agustin | 198174 | 10/20/1986 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Mullings | Terrano | 197257 | 12/29/1996 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gomes | Marcio | 197292 | 8/30/1983 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Williams | Keith | 198630 | 11/30/1964 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Hategekimana | Frederick | 196819 | 12/20/1980 | ICE | Male | 2E | 5/13/2020 | | 5/13/2020 | 5/15/2020 | | |
| Thandokuhle | Masimula | 197611 | 10/17/1976 | ICE | Male | EA | 5/13/2020 | | **REFUSED** | | | |
| Bengu Blocker | Thembelihle | 194963 | 10/27/1987 | ICE | Female | EB | 5/13/2020 | | 5/13/2020 | 5/16/2020 | | |
| Savino | Maria Celimen | 195256 | 3/5/1974 | ICE | Female | EB | 5/13/2020 | | 5/13/2020 | 5/16/2020 | | |
| Guerrero | Altagracia Baez | 198906 | 5/27/1992 | ICE | Female | EB | 5/13/2020 | | 5/13/2020 | 5/16/2020 | | |
| Tep | Samnang | 196950 | 6/1/1985 | ICE | Male | EC | 5/13/2020 | | 5/16/2020 | 5/19/2020 | | |
| Shaban | Hamzeh | 196317 | 9/11/1986 | ICE | Male | ED | 5/13/2020 | | **REFUSED** | | | |
| Hussein | Ahmed | 197826 | 1/5/1986 | ICE - B | Male | ICE | 3/31/2020 | 4/6/2020 | 4/1/2020 | 4/1/2020 | | 4/6/2020 |
| Baez Guerrero | Altagracia | 198906 | 5/27/1992 | EB | Female | ICE | 4/10/2020 | 4/13/2020 | 4/10/2020 | 4/13/2020 | | 4/13/2020 |
| Bonilla-Ochoa | Jhony | 198723 | 2/10/1986 | HSU | Male | ICE | 4/17/2020 | 4/22/2020 | 4/17/2020 | 4/20/2020 | | 4/21/2020 |
| Castillo-Martinez | Jairo | 197144 | 5/3/1977 | 2E | Male | ICE | 4/17/2020 | 4/22/2020 | 5/13/2020 | 5/15/2020 | | 4/22/2020 |
| Dias | Amiry | 197922 | 8/20/1997 | 2E | Male | ICE | 4/17/2020 | 4/22/2020 | | | | 4/22/2020 |
| Delapaz | Gabri | 187176 | 9/7/1991 | 2E | Male | ICE | 4/17/2020 | 4/22/2020 | | 5/15/2020 | | 4/22/2020 |
| Abdi | Liban | 198712 | 7/30/1991 | 2E | Male | ICE | 4/17/2020 | 4/22/2020 | | | | 4/22/2020 |
| | | | | | | | | | | | | |
| Monteiro | Alessandro | 197709 | 5/7/1972 | ICE - A | Male | ICE | ER 4/24/2020 | 4/26/2020 | 4/24/2020 | 4/26/2020 | | 4/27/2020 |
| Ssekabazi | Nathaniel | 197776 | 12/16/1993 | HSU | Male | ICE | 5/1/2020 | 5/5/2020 | 5/1/2020 | 5/4/2020 | | 5/5/2020 |
| Battistotti | Marco | 198744 | 8/6/1966 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Fall | Abdoulaye | 195877 | 9/15/1984 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Guallan-Tixi | Diego | 198213 | 12/1/1991 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Hassan | Ahmed | 197826 | 1/5/1986 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Illicachi-Shigla | Juan | 198299 | 3/14/1989 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Lewis | Conroy | 196815 | 6/3/1989 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Pillco | Mario | 197934 | 8/2/1989 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Prado Jr | Flavio | 195838 | 10/13/1978 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Bonilla-Garcia | Darwin | 197694 | 8/15/1992 | ED | Male | ICE | 5/1/2020 | | 5/1/2020 | 5/9/2020 | 5/4/2020 | re-swabbed 5/7/2020 - NEGATIVE |
| Miranda-Tapia | German | 198718 | 5/28/1984 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Allen | Jamareh | 176196 | 7/25/1995 | HA | Male | ICE | 5/2/2020 | | 5/2/2020 | 5/6/2020 | | 5/19/2020 |
| Wafula | Lloyd | 196784 | 7/15/1995 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Menjivar-Rojas | Carlos | 196644 | 5/22/1975 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |
| Armijos | Segundo | 198225 | 8/20/1970 | EE | Male | ICE | 5/1/2020 | | 5/4/2020 | 5/6/2020 | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lima | Jucinei | 198734 | 6/26/1970 | EC | Male | ICE | 5/4/2020 | | 5/4/2020 | 5/6/2020 | | |
| Tejada-Alarcon | Eduardo | 198710 | 10/14/1976 | EC | Male | ICE | 5/4/2020 | | 5/4/2020 | 5/6/2020 | | |
| Alvarez-Silva | Oscar | 198811 | 9/7/1983 | EC | Male | ICE | 5/4/2020 | | 5/4/2020 | 5/6/2020 | | |
| Amador Galindo | Diego | 197021 | 1/5/2000 | Released | Male | ICE | 5/4/2020 | 5/11/2020 | 5/4/2020 | 5/6/2020 | | 5/11/2020 |
| Laul | Garang | 198316 | 11/27/1987 | EE | Male | ICE | 5/4/2020 | | 5/4/2020 | 5/6/2020 | | |
| Soe | Aaron | 197434 | 5/10/1992 | EE | Male | ICE | 5/4/2020 | | 5/4/2020 | 5/6/2020 | | |
| Mcmenamin | Darcy | 197670 | 8/16/1975 | EE | Male | ICE | 5/4/2020 | | 5/8/2020 | 5/12/2020 | | |
| Ixcuna | Miguel | 168302 | 12/24/1979 | EC | Male | ICE | 5/4/2020 | | 5/8/2020 | 5/12/2020 | | |
| Martins | Edson | 197559 | 7/8/1981 | EC | Male | ICE | 5/4/2020 | | 5/8/2020 | 5/12/2020 | | |
| Okoli | Cyril | 197253 | 6/14/1985 | EC | Male | ICE | 5/4/2020 | | 5/12/2020 | 5/15/2020 | | |
| Promotor-Dominguez | Abel | 198195 | 1/6/1974 | EC | Male | ICE | 5/4/2020 | | 5/8/2020 | 5/12/2020 | | |
| Lopez | Javier | 191620 | 4/22/1991 | EE | Male | ICE | 5/4/2020 | | 5/8/2020 | 5/12/2020 | | |
| Da Graca | Aires | 158279 | 7/17/1976 | EC | Male | ICE | 5/9/2020 | | 5/9/2020 | 5/12/2020 | | |
| De Carvalho | Janito | 197664 | 1/6/1980 | EC | Male | ICE | 5/9/2020 | | 5/9/2020 | 5/12/2020 | | |
| Doe | Isaac | 197096 | 6/8/1994 | EC | Male | ICE | 5/9/2020 | | 5/9/2020 | 5/12/2020 | | |
| Monteiro | Alessandro | 197709 | 5/7/1972 | ED | Male | ICE | 5/9/2020 | | 5/9/2020 | 5/12/2020 | | |
| Ofosuhene | Jerry | 195827 | 8/17/1980 | ED | Male | ICE | 5/9/2020 | | 5/9/2020 | 5/12/2020 | | |
| Dodieu | Woodly | 171111 | 9/29/1991 | 2E | Male | ICE | 5/11/2020 | | 5/11/2020 | 5/13/2020 | | |
| Bassyoui | Mohamad | 197852 | 9/25/1989 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Gonzalez Victorio | Abelardo | 197199 | 7/19/1982 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Guerra Nolasco | Marco Tulio | 198679 | 5/6/1987 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Guzman-Figueroa | Metodio | 198667 | 2/14/1990 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Hernandez-Andino | Oscar | 198474 | 7/21/1981 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Leach | Damion Dacosta | 198785 | 7/4/1984 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Maina | Jesse | 198000 | 4/4/1990 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |
| Reyes-Batista | Amaury | 197869 | 10/28/1976 | ICE A | Male | ICE | 5/12/2020 | | 5/12/2020 | 5/13/2020 | | |