UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
**MARIA ALEJANDRA CELIMEN SAVINO**  )
**and JULIO CESAR MEDEIROS NEVES,**     )
                                                )
**Petitioners-Plaintiffs,**                )
                                                )     20-cv-10617 WGY
      **v.**                                      )
                                                )
**THOMAS HODGSON, et al.,**           )
                                                )
      **Respondents-Defendants.**        )
_____)

# **NOTICE OF APPEAL**

Notice is hereby given that the Respondents-Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (William G. Young, J.) following orders:

1. Order (April 2, 2020), ECF No. 36;

2. Order (April 4, 2020), ECF No. 44;

3. Order (April 7, 2020), ECF No. 54;

4. Order (April 7, 2020), ECF No. 55;

5. Order (April 8, 2020), ECF No. 64;

6. Order (April 9, 2020), ECF No. 73;

7. Order (April 10, 2020), ECF No. 76;

8. Order (April 15, 2020), ECF No. 86;

9. Order (April 16, 2020), ECF No. 90;

10. Order (April 21, 2020), ECF No. 107;

11. Order (April 28, 2020), ECF No. 135; and

12. Order (May 5, 2020), ECF No. 147.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By: */s/ Thomas E. Kanwit*
Thomas E. Kanwit
Michael Sady
Assistant U.S. Attorneys
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

June 1, 2020                                                                       thomas.kanwit@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Thomas E. Kanwit*
Dated:  June 1, 2020                                                              Thomas E. Kanwit