| Last Name | First Name | A-number | DOB | COC | City Released | Date Released | Date of Violation |
|---|---|---|---|---|---|---|---|
| Del Angel Moran | Gabino | A▓948 | 9/27/1986 | Mexico | Bristol | 4/10/2020 | 4/11/2020 (one time), 4/13/2020 (one time), 4/15/2020 (one time),  4/19/2020 (one time), 4/20/2020 (four times), 4/21/2020 (three times), 4/22/2020 (two times), 4/23/2020 (two times), 4/24/2020 (four times), 4/25/2020 (seventeen times), 4/26/2020 (fourteen times), 4/27/2020 (nine times), 4/28/2020 (nine times), 4/29/2020 (sixteeen times), 4/30/2020 (sixteen times), 5/1/2020 (twelve times), 5/2/2020 (eleven times), 5/3/2020 (fifteen times), 5/4/2020 (fourteen times), 5/5/2020 (fifteen times), 5/6/2020 (fifteen times), 5/7/2020 (seventeen times), 5/8/2020 (fifteen times) , 05/09/2020 (five times), 05/10/2020 (eight times), 05/11/2020 (eleven times), 05/12/2020 (seven times), 05/13/2020 (ten times), 05/14/2020 (thirteen times), 05/15/2020 (eight times), 05/16/2020 (nine times), 05/17/2020 (twelve times), 05/18/2020 (eleven times), 05/19/2020 (five times), 05/20/2020 (five  times), 05/21/2020 (ten times), 05/22/2020 (fifteen times). |
| Mahadeo | Kavon | A▓340 | 11/1/1985 | Trinidad an | Bristol | 4/10/2020 | 4/11/2020 (four times), 4/12/2020 (seven times), 4/13/2020 (eight times), 4/14/2020 (thirteeen times), 4/15/2020 (five times), 4/16/2020 (three times), 4/17/2020 (nine times), 4/18/2020 (eight times), 4/19/2020 (six times), 4/20/2020 (eight times), 4/21/2020 (five times), 4/22/2020 (seven times), 4/23/2020 (eleven times), 4/24/2020 (eleven times), 4/25/2020 (nine times), 4/26/2020 (eight times), 4/27/2020 (six times), 4/28/2020 (seven times), 4/29/2020 (nineteen times), 4/30/2020 (seven times), 5/1/2020 (eight times), 5/2/2020 (twelve times), 5/3/2020 (twelve times), 5/4/2020 (ten times), 5/5/2020 (nine times), 5/6/2020 (eleven times),  5/7/2020 (four times), 5/8/2020 (five times), 05/09/2020 (five times), 05/10/2020 (eight times), 05/11/2020 (eleven times), 05/12/2020 (seven times), 05/13/2020 (ten times), 05/14/2020 (thirteen times), 05/15/2020 (eight times), 05/16/2020 (nine times), 05/17/2020 (twelve times), 05/18/2020 (eleven times), 05/19/2020 (five times), 05/20/2020 (five times), 05/21/2020 (ten times), 05/22/2020 (fifteen times). |

| Last | First | A# | DOB | Country | Facility | Date | Dates |
|---|---|---|---|---|---|---|---|
| Joseph | Desmond | A███852 | 8/2/1987 | St. Lucia | Bristol | 4/10/2020 | 4/22/2020 (one time), 4/23/2020 (two times), 4/24/2020 (three times), 4/25/2020 (six times), 4/26/2020 (four times), 4/27/2020 (two times), 4/28/2020 (three times), 4/29/2020 (five times), 4/30/2020 (four times), 5/1/2020 (six times), 5/2/2020 (six times), 5/3/2020 (five times), 5/4/2020 (two times), 5/5/2020 (twelve times), 5/6/2020 (three times), 5/7/2020 (five times), 5/8/2020 (nine times), 05/09/2020 (five times), 05/10/2020 (six times), 05/11/2020 (one time), 05/12/2020 (ten times), 05/13/2020 (five times), 05/14/2020 (five times), 05/15/2020 (five times), 05/16/2020 (five times), 05/17/2020 (two times), 05/18/2020 (two times), 05/19/2020 (six times), 05/20/2020 (seven times), 05/21/2020 (seven times), 05/22/2020 (five times). |
| Vargas | Cesar | A███709 | 8/20/1980 | Peru | Bristol | 4/10/2020 | 4/23/2020 (four times), 4/24/2020 (two times), 4/25/2020 (two times), 4/26/2020 (three times), 4/27/2020 (two times), 4/28/2020 (one time), 4/29/2020 (one time), 4/30/2020 (two times), 5/1/2020 (two times), 5/2/2020 (one time), 5/3/2020 (three times), 5/4/2020 (four times), 5/5/2020 (seven times), 5/6/2020 (five times), 5/7/2020 (three times), 5/8/2020 (six times), 05/09/2020 (three times), 05/11/2020 (three times), 05/12/2020 (four times), 05/13/2020 (five times), 05/14/2020 (four times), 05/15/2020 (eight times), 05/16/2020 (one time), 05/17/2020 (one time), 05/18/2020 (four times), 05/19/2020 (three times), 05/20/2020 (two times), 05/21/2020 (five times), 05/22/2020 (two times) |

| Last Name | First Name | A# | DOB | Country | Facility | Date | Dates |
|---|---|---|---|---|---|---|---|
| Ferreira | Palmar | A████865 | 5/13/1962 | Trinidad an | Bristol | 4/10/2020 | 4/11/2020 (two times), 4/12/2020 (one time), 4/14/2020 (one time), 4/15/2020 (one time), 4/17/2020 (six times), 4/19/2020 (five times), 4/25/2020 (six times), 4/28/2020 (six times), 5/2/2020 (six times), 5/3/2020 (one time), 5/7/2020 (six times), 5/8/2020 (six times), 05/09/2020 (one time), 05/10/2020 (three times), 05/11/2020 (one time), 05/12/2020 (five times), 05/13/2020 (five times), 05/14/2020 (one time), 05/15/2020 (one time), 05/16/2020 (one time), 05/17/2020 (three times), 05/18/2020 (three times), 05/19/2020 (two times), 05/21/2020 (five times), 05/22/2020 (four times) |
| Valentim | Lucas | A████198 | 9/11/1984 | Brazil | Bristol | 4/22/2020 | 5/5/2020 (four times), 5/6/2020 (three times) 5/7/2020 (six times) 5/8/2020 (two times) 5/9/2020 (three times) 5/10/2020 (one time) 5/12/2020 (five times) 5/14/2020 (one time) 5/15/2020 (two times) 5/16/2020 (five times) 5/19/2020 (one time) 5/21/2020 (five times) 5/22/2020 (seven times) |
| Ramirez-Maldonado | Ranferi | A████005 | 2/24/1981 | Guatemala | Bristol | 4/10/2020 | 4/13/2020 (one time) 4/27/2020 (one time), 4/30/2020 (one time), 5/1/2020 (one time), 5/2/2020 (one time), 5/4/2020 (one time), 5/6/2020 (two times) 5/7/2020 (three times) 5/9/2020 (two times) 5/10/2020 (three times) 5/11/2020 (four times) 5/12/2020 (one time) 5/13/2020 (one time) 5/16/2020 (two times) 5/17/2020 (four times) 5/18/2020 (three times) 5/19/2020 (two times) 5/21/2020 (two times) |
| Arreaga | Marvin | A████127 | 2/2/1975 | Guatemala | Bristol | 4/10/2020 | 4/12/2020 (two times), 4/15/2020 (one time), 4/20/2020 (one time), 4/21/2020 (one time), 4/24/2020 (one time), 4/25/2020 (five times), 4/26/2020 (three times), 4/27/2020 (four times), 4/28/2020 (five times), 4/29/2020 (three times), 4/30/2020 (four times), 5/1/2020 (eight times), 5/2/2020 (three times), 5/3/2020 (four times), 5/4/2020 (six times), 5/5/2020 (three times), 5/6/2020 (four times) 5/7/2020 (nine times) 5/08/2020 (nine times) 5/09/2020 (four times) 5/11/2020 (one time) 5/12/2020 (four times) 5/13/2020 (five times) 5/14/2020 (five times) 5/15/2020 (eight times) 5/16/2020 (five times) 5/17/2020 (two times) 5/18/2020 (seven times) 5/19/2020 (two times) 5/20/2020 (one time) 5/21/2020 (three times) 5/22/2020 (five times) |

| Last Name | First Name | A# | DOB | Country | Facility | Date | Dates |
|---|---|---|---|---|---|---|---|
| Gutierrez-Deleon | Carlos | A###137 | 12/7/1978 | Guatemala | Bristol | 4/10/2020 | 4/10/2020 (two times), 4/11/2020 (one time), 4/16/2020 (one time), 5/1/2020 (two times), 5/8/2020 (one time) 5/9/2020 (one time) 5/10/2020 (three times) 5/11/2020 (one time) 5/16/2020 (one time) 5/17/2020 (one time) 5/18/2020 (three times) 5/19/2020 (four times) 5/20/2020 (one time) 5/21/2020 (seven times) 5/22/2020 (five times) |
| Aziabo | Kokou | A###431 | 7/29/1987 | Togo | Bristol | 4/6/2020 | 04/07/2020 (one time ), 04/08/2020 (two times), 04/10/2020 (one time), 04/11/2020 (two times), 04/12/2020 (three times), 04/15/2020 (one time), 04/18/2020 (one time), 4/25/2020 (three times), 4/26/2020 (one time), 4/27/2020 (two times), 4/28/2020 (two times), 4/29/2020 (two times), 4/30/2020 (three times), 5/1/2020 (two times), 5/2/2020 (three times), 5/4/2020 (one time), 5/5/2020 (two times), 5/8/2020 (one time), 5/12/2020 (two times), 5/13/2020 (one time), 5/14/2020 (one time), 5/15/2020 (one time), 5/16/2020 (one time), 5/17/2020 (one time) |