UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**MARIA ALEJANDRA CELIMEN SAVINO**  )
**and JULIO CESAR MEDEIROS NEVES,**  )
                                              )
**Petitioners-Plaintiffs,**                   )
                                              )     **20-cv-10617 WGY**
     **v.**                                   )
                                              )
**THOMAS HODGSON, et al.,**                   )
                                              )
     **Respondents-Defendants.**              )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **EDWIN A. VILLATA-CRUZ** will be transferred out of the Bristol County House of Corrections to facilitate his removal from the United States to El Salvador no sooner than 9:00 a.m. on Monday, June 8, 2020.  He has been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1]  With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections is 71.

                                                      Respectfully submitted,

                                                      ANDREW E. LELLING,
                                                      United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA."  Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20).  Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | By:  */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit<br>Michael Sady<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100 |
| June 3, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | */s/ Thomas E. Kanwit* |
| Dated:   June 3, 2020 | Thomas E. Kanwit |