UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**MARIA ALEJANDRA CELIMEN SAVINO**  )
**and JULIO CESAR MEDEIROS NEVES,**   )
                                              )
**Petitioners-Plaintiffs,**                   )
                                              )     20-cv-10617 WGY
     **v.**                                   )
                                              )
**THOMAS HODGSON, et al.,**           )
                                              )
     **Respondents-Defendants.**        )
_____)

## DEFENDANTS' MOTION FOR A ONE-DAY EXTENSION

Respondents-Defendants hereby move for a one-day extension, nunc pro tunc, in which to file their Memorandum Regarding the Appropriate Population Level of Detainees. While the parties were not ordered to make a filing, the Court did request that if anything was filed, that it be filed not later than June 10, 2020. Owing to other occurrences in this case, counsel was unable to file yesterday. The Court's acceptance of the filing with a one-day extension would be appreciated.

                                             Respectfully submitted,

                                             ANDREW E. LELLING,
                                             United States Attorney

                           By:   */s/ Thomas E. Kanwit*
                                Thomas E. Kanwit
                                Michael Sady
                                Assistant U.S. Attorneys
                                U.S. Attorney's Office
                                John J. Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210

(617) 748-3100
thomas.kanwit@usdoj.gov
michael.sady@usdoj.gov

June 11, 2020

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   June 11, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit