UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**MARIA ALEJANDRA CELIMEN SAVINO**          )
**and JULIO CESAR MEDEIROS NEVES,**         )
                                            )
**Petitioners-Plaintiffs,**                 )
                                            )   20-cv-10617 WGY
    **v.**                                  )
                                            )
**THOMAS HODGSON, et al.,**                 )
                                            )
    **Respondents-Defendants.**             )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **ABEL PROMOTOR-DOMINGUEZ** (for removal to Mexico) and **JAVIER ERNESTO LOPEZ SALAZAR** (for removal to El Salvador) will be transferred out of the Bristol County House of Corrections to facilitate their removal from the United States no sooner than 8:00 a.m. on Monday, June 22, 2020. Both have been tested for COVID-19 using an FDA-approved RT-PCR test and received negative results.[1] With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections is believed to be 64.

> Respectfully submitted,
>
> ANDREW E. LELLING,
> United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
| June 18, 2020 | By:  */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit<br>Michael Sady<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100<br>thomas.kanwit@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   June 18, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit