# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated,<br><br>        Petitioners-Plaintiffs,<br><br>        v.<br><br>STEVEN J. SOUZA,<br><br>        Respondent-Defendant. | Case No. 1:20-cv-10617 WGY |

## NOTICE OF CROSS-APPEAL

Pursuant to Fed. R. App. P. 3(a), 28 U.S.C. § 1291, and Local Rule 28.1, notice is hereby given that Plaintiffs in the above-captioned action file a protective cross-appeal to the United States Court of Appeals for the First Circuit in order to preserve their appellate rights. On June 1, 2020, Defendants appealed certain class certification orders and bail determination orders made by this Court. *See* ECF No. 193. Plaintiffs contend that Defendants' appeal is untimely except as to ECF No. 147 and that appellate jurisdiction does not exist as to the appealed from bail determinations. Nevertheless, and to preserve the rights of individual class members should the First Circuit exercise jurisdiction over bail determinations in this action and should the First Circuit determine further that such appeals may be filed within 60 rather than 30 days, Plaintiffs hereby cross-appeal as to the following orders denying bail:

1. ECF No. 107 (Dated April 21, 2020)
2. ECF No. 112 (Dated April 22, 2020)

3. ECF No. 117 (Dated April 23, 2020)

4. ECF No. 134 (Dated April 27, 2020)

5. ECF No. 135 (Dated April 28, 2020)

June 22, 2020

Respectfully Submitted,
/s/ Felicia Ellsworth

Oren Nimni (BBO #691821)
Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal†
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

Grace Choi, Law Student Intern*
Kayla Crowell, Law Student Intern*
Aseem Mehta, Law Graduate*
Alden Pinkham, Law Graduate*
Megan Yan, Law Graduate*
Muneer I. Ahmad†
Reena Parikh†
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Lisa Pirozzolo (BBO #561922)
John J. Butts (BBO #643201)
Vinita Ferrera (BBO #631190)
Felicia Ellsworth (BBO #665232)
Nicole M.F. Dooley (BBO #690539)
Annaleigh Curtis (BBO #696165)
Michael Brown (BBO #695276)
Rama Attreya (BBO #699395)
Gary Howell-Walton (BBO #705470)
Elizabeth Driscoll (BBO # 705302)
Mikayla Foster (BBO # 705360)

Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 021009
Felicia.Ellsworth@wilmerhale.com

*Motion for Law Student/Law Graduate Appearance forthcoming
† Motion for appearance pro hac vice forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2020 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   June 22, 2020

/s/ Felicia Ellsworth
Felicia Ellsworth (BBO #665232)