UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                 )
MARIA ALEJANDRA CELIMEN SAVINO  )
and JULIO CESAR MEDEIROS NEVES,     )
                                                 )
      Petitioners-Plaintiffs,                   )
                                                 )      20-cv-10617 WGY
v.                                            )
                                               )
THOMAS HODGSON, et al.,              )
                                             )
      Respondents-Defendants.            )
_____)

## NOTICE OF INTENT TO TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that Mohamed Bassyouni (for removal to Lebanon) will be transferred out of the Bristol County House of Corrections ("BCHOC") to Alexandria Staging Facility in Louisiana no sooner than 8:00 a.m. on June 29, 2020 to facilitate his removal from the United States. He has been tested for COVID-19 using an FDA-approved RT-PCR test and received negative results.[1] With that transfer, the number of immigration detainees remaining at BCHOC is believed to be 62.

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By: */s/ Michael Sady*
Michael Sady
Thomas E. Kanwit
Assistant U.S. Attorneys
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
thomas.kanwit@usdoj.gov
michael.sady@usdoj.gov

Date: June 24, 2020