DECLARATION OF YVONNE MURPHY, R.N.

Pursuant to the authority of 28 U.S.C. § 1746, I, Yvonne Murphy, R.N. declare as follows:

1. I am a registered nurse. Since 1992 I have been employed by the Bristol County Sheriff's Office ("BCSO"). In my current position, as Assistant Deputy Superintendent of Employee Health Services I oversee medical issues for employees of BCSO, including staff at the Bristol County House of Corrections ("BCHOC"). These issues include what steps are taken if an employee has been exposed to someone infected with COVID-19.

2. BCSO, with its medical contractor, Correctional Psychiatric Services (CPS), has developed protocols and guidance regarding COVID-19 entitled "CPS Clinical Guideline for COVID-19/CORONAVIRUS" ("CPS Clinical Guideline"). I understand that the CPS Clinical Guideline has been extensively described in declarations by Dr. Nicholas Rencricca and Regional Clinical Director Debra Jezard, R.N., previously submitted to the Court. I will not go through the CPS Clinical Guideline in great detail, therefore.

3. When a staff member notifies me that they are positive for COVID-19, I notify the Superintendent and Chief of Staff. A memorandum goes out to all staff notifying them of that positive case and where and when that person worked. Staff have been instructed to report any close contact to me in or outside of work. If an employee advises me that they have had or suspect they have had a known close contact anywhere, I advise them immediately that they need to stay out of work and they are instructed to contact their physician regarding testing and/or isolation and cannot return to work without medical clearance. I personally keep a running spread sheet and keep track of all BCSO personnel who have been out of work for any reason related to COVID-19 and the source of contact (if known), the location that the employee

worked, the date tested, the date the result is known, the date the quarantine started and ended and the date they returned to work.

    4. BCHOC is screening all employees and staff before they enter the building for signs of COVID-19, including taking their temperatures and need to review posted COVID-19 related questions, such as recent travel, as well as contacts with individual who may have come in contact with COVID-19 and report any answers in the affirmative. They are also being instructed not to appear for work if they feel ill, have a raised temperature, or have had close contact with someone known to be infected or exhibiting symptoms of a COVID-19 infection. Staff have also been educated regarding both their own protection as well as CDC guidelines for eliminating virus transmission.

    5. As previously reported to the Court by Superintendent Steven Souza, under the CDC guidelines, DPH guidelines and our own medical guidelines (which comport with state and federal guidelines), staff who have a confirmed positive COVID-19 test but never showed symptoms are pulled out of work, advised to contact their physician for clearance to return to work. Anyone who has symptoms and a positive test is required to stay out of work as dictated by their physician and must obtain medical clearance before returning. All return to work notes are personally reviewed and approved by me before the employee is allowed to return to work.

I declare under penalty of perjury that the foregoing is true and correct.

                                            */s/Yvonne Murphy*

Signed on the 24th day of June, 2020