*Management and Administration*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC  20536



April 10, 2020

MEMORANDUM FOR:  ICE Program Leadership

FROM:  Staci A. Barrera
Executive Associate Director

STACI A BARRERA
Digitally signed by STACI A BARRERA
Date: 2020.04.13 09:35:26 -04'00'

SUBJECT:  Supplemental Guidance to the DHS COVID-19 Guidance for Component Agency Leadership, Medical Officers, and Supervisors, dated April 1, 2020

The U.S. Immigration and Customs Enforcement (ICE) reviewed and evaluated the DHS COVID-19 Guidance for Component Agency Leadership, Medical Officers, and Supervisors, dated April 1, 2020 (DHS COVID-19 Guidance) as well as recently updated CDC guidance for mission essential personnel.  The DHS COVID-19 Guidance is intended for the day when operations must continue as normal, and testing is readily available.  The DHS guidance states that it is a "minimum guideline expected to be tailored as needed by Operational Components…."  Therefore, Component Agencies may do more, but should not take less stringent measures than those outlined in the DHS COVID-19 Guidance.

As a result, and in an abundance of caution, ICE developed supplementary guidance for ICE Supervisors and Field Responsible Officials to be followed until testing is widely and consistently available, and in order to help slow and stop the spread of COVID-19.  The supplementary guidance pertains to mission essential employees that must report on-site to work and can be found here.

The supplementary guidance is based on recommendations promulgated by the Centers for Disease Control and Prevention and reflects current medical knowledge about COVID-19.  As such, the guidance may change as the recommended posture for the country changes.

For assistance with implementing the guidance on N95 Respirators, please contact the ICE Occupational Safety and Health Unit at ICESafetyandHealth@ice.dhs.gov.