Updated 5/8/2020

## CPS Clinical Guideline for COVID-19/CORONAVIRUS

Incubation period of COVID-19/CORONAVIRUS is 2-14 days after exposure. All staff evaluating patients of concern are to wear full personal protective equipment (PPE).

**1. COVID-19/CORONAVIRUS symptoms or combination of symptoms can include any of the following;**
Cough
Shortness of breath/difficulty breathing

**Or at least two of these symptoms:**
Fever
Chills
Repeated shaking with chills
Muscle pain/aches
Headache
Loss of smell or taste
Sore throat
Tiredness
Diarrhea
Nausea
Vomiting
Discoloration on toes or feet

**Emergency warning signs include:**
Trouble breathing
Persistent chest pain or pressure
New confusion or inability to arouse
Cyanosis of lips or face

**\*\*Mask patients immediately upon symptom detection and place in single cell isolation.**


**2. If patient presents with concerning symptoms then**:

   Test for COVID-19/CORONAVIRUS

### 3.  If COVID-19/CORONAVIRUS test is positive, initiate the following:

   a. Monitor vital signs, especially temp and oxygen saturation BID
   b. Offer Acetaminophen 650mg BID/PRN for CORONAVIRUS symptoms x7 days.
   c. Monitor patients' respiratory status to include 02 saturation, trouble breathing, persistent chest pain or pressure, new onset of confusion or inability to arouse and any signs of cyanosis. Nurses **must** notify on-call provider immediately if any signs or symptoms are present and discuss possible transport to the local Hospital Emergency Dept..
   d. Restrict movement, unless emergent, for anyone in isolation.  Any movement occurs while in isolation staff must wear a mask with shield, gloves and gown.

### 4. Current (5/3/2020) the CDC recommended Guidelines are as follows:

### Medical Isolation of Confirmed or Suspected COVID-19 Cases

√ As soon as an individual develops symptoms of COVID-19, they should wear a face mask (if it does not restrict breathing) and should be immediately placed under medical
isolation in a separate environment from other individuals.
√ Keep the individual's movement outside the medical isolation space to an absolute minimum.
   o Provide medical care to cases inside the medical isolation space. See Infection Control and Clinical Care sections for additional details.
   o Serve meals to cases inside the medical isolation space.
   o Exclude the individual from all group activities.
   o Assign the isolated individual a dedicated bathroom when possible.
√ Ensure that the individual is wearing a face mask at all times when outside of the medical isolation space, and whenever another individual enters. Provide clean masks as needed. Masks should be changed at least daily, and when visibly soiled or wet.
√ Facilities should make every possible effort to place suspected and confirmed COVID-19 cases under medical isolation individually. Each isolated individual should be assigned their own housing space and bathroom when possible.
**If individual medical isolation is not possible due to lack of space availability, only COVID-19 confirmed cases can remain as a cohort.**
√ If an individual who is part of a quarantined cohort, due to close contact with a confirmed COVID-19 case, becomes symptomatic the individual should be moved to medical
   Isolation:
   o If the individual is tested for COVID-19 and tests positive, the individual should remain in medical isolation. The 14 day quarantine clock for the remainder of the cohort
       must be reset to 0.
   o If the individual is tested for COVID-19 and tests negative: the **14-day** quarantine clock for this individual does not need to be reset.

     This individual can return from medical isolation to the quarantined cohort for the remainder of the quarantine period.
   o If the individual is not tested for COVID-19 remains in medical isolation: the **14-day** quarantine clock for the remainder of the cohort must be reset to 0.

**<u>Management of Incarcerated/Detained Persons with COVID-19 Symptoms</u>**

√ If possible, designate a room near each housing unit for healthcare staff to evaluate individuals with COVID-19 symptoms, rather than having them walk through the facility to be evaluated in the medical unit.
√ Incarcerated/detained individuals with COVID-19 symptoms should wear a face mask and be placed under medical isolation immediately. Discontinue the use of a face mask if it inhibits breathing.
√ Medical staff should evaluate symptomatic individuals to determine whether COVID-19 testing is indicated. Refer to CDC guidelines for information on evaluation and testing.
√ If testing is indicated (or if medical staff need clarification on when testing is indicated), contact the state, local, tribal, and/or territorial health department. Work with public health or private labs as available to access testing supplies or services.
o **<u>If the COVID-19 test is positive, continue medical isolation x 14 days since onset of symptoms or from the positive test result.</u>**
o If the COVID-19 test is negative, return the individual to their prior housing assignment unless they require further medical assessment or care.

\*\*Restrict cases from leaving the facility while under medical isolation precautions, unless released from custody or if a transfer is necessary for medical care, infection control, lack of medical isolation space, or extenuating security concerns.
\*\*If an incarcerated/detained individual who is a COVID-19 case is released from custody during their medical isolation period, **<u>contact public health</u>** to arrange for safe transport and continuation of necessary medical care and medical isolation as part of release planning.