SUPPLEMENTAL DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR
<u>IMMACULATA GUARNA-ARMSTRONG</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Immaculata Guarna-Armstrong the Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE ERO Boston").

2. I have served as an AFOD for approximately nine (9) years. Prior to holding my current position, I served as Supervisory Detention and Deportation Officer four (4) years.

3. Included in my official duties as an AFOD for ICE ERO Boston is the responsibility for managing and monitoring the ICE ERO Boston's roster of aliens on ICE's non-detained docket, including those who are subject to ICE's Alternatives to Detention ("ATD") program. I am familiar with ICE policies and procedures for releasing individuals from ICE custody and providing them with Orders of Recognizance or Orders of Supervision to set forth the terms and conditions of their release from custody.

4. I have experience utilizing ICE systems to obtain information regarding specific aliens subject to ICE's ATD Program. ICE maintains electronic records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this supplemental declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM").

1

EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. I have also examined the Total Access System. Total Access is an electronic database that allows Deportation Officers and designated contractors to monitor the cases that have been released under the ATD Program. Total Access allows users to monitor participant locations and provides information to determine if violations of the conditions set in the release documentation have occurred.

5. These databases are the electronic records ordinarily relied upon to ascertain an alien's compliance with the ATD program.

6. ICE contracts Behavioral Interventions ("BI") to assist in the monitoring of all ATD participants.

7. As previously stated, I have directed a number of reports to be run to determine whether the aliens released by the Court have complied with the Court order to fully quarantine for 14 days and to remain under house arrest thereafter. Since my last declaration, I have directed that an additional report be run. The most recent report is current through June 18, 2020.

### Aliens with Bail Revoked

8. As to **Jose Alejandro Beltran-Araujo**, I can report the following since my last declaration. ICE ERO Hartford and BI have not yet recovered Mr. Beltran-Araujo's GPS unit as of June 23, 2020. The last known "hits" as to the location of the GPS are the front yard of his last known address. The battery on the GPS unit is now dead.

9. ICE has not had any contact with Mr. Beltran-Araujo and his current whereabouts are unknown.

10. **Marvin Arreaga**: Upon the Court revoking Mr. Arreaga's bail, ICE ERO arrested Mr. Arreaga on June 16, 2020. After his arrest, he was transferred to the Franklin County House of Correction in Greenfield, MA.

11. Upon his admission to Franklin County, he was tested for COVID-19 as such testing is occurring at that facility for new admissions. Mr. Arreaga was asymptomatic, but his COVID-19 test returned as positive on June 17, 2020. Mr. Arreaga remains detained at Franklin County.

### Updates on Previous Violators

12. As to the other releasees previously identified as violating the Court's release orders, I offer the following updates:

13. As set forth below, violations of the Court's order regarding home confinement continue for a number of releasees.

14. **Cesar Vargas**: As previously stated, between June 4, 2020 and June 9, 2020 there were no violations of the Court's order recorded. However, there were eight recorded violations recorded of the Court's order between June 12, 2020 and June 13, 2020. The address Mr. Cesar Vargas provided to ICE and BI is 83 Ward Street, Apt. 111, Revere, MA. Mr. Vargas continues to violate the Court's home confinement order. Examples of such violations include:

15. On June 14, 2020, GPS technology tracked him at 117241 Beacham Street, Chelsea, MA.

16. On June 15, 2020, GPS technology tracked him at 56-60 Hemenway Street, Boston, MA; 73 Hemenway Street, Boston, MA; 352b Harrison Avenue, Boston, MA; 350 Harrison Avenue, Boston, MA; 47 Meridian Street, Boston, MA; 117241 Beacham Street, Chelsea, MA; and 204R Arsenal Street, Watertown, MA.

17. On June 16, 2020, GPS technology tracked him at 1 Fay Square Chelsea, MA. On June 17, 2020, GPS technology tracked him at 500 Revere Beach Boulevard, Revere, MA.

18. On June 23, 2020, GPS technology tracked him at 85 Brown Street Pawtucket, RI. The GPS tracker showed him at this location since approximately 11:14 pm on June 22, 2020. His GPS tracker showed him to be at the Pawtucket RI address at 1:30 pm on June 23, 2020. An ICE officer drove to 85 Brown Street Pawtucket, RI. The ICE officer knocked on the door and window of the Pawtucket address. No one answered the door. The ICE officer called BI and asked that BI send a message to Vargas through his GPS instructing Vargas to call BI. Vargas called as instructed. When BI asked Vargas about his current address, Vargas stated that he was in Cambridge, MA and would be at that location for about another two hours. BI asked specifically for Vargas' exact address. However, Vargas refused to provide the complete address.

19. **Gabino Del Angel Moran**: As previously stated, from June 4, 2020 to June 9, 2020 he continued to violate the Court's order an additional one hundred four (104) times. From June 10, 2020 to June 14, 2020, there were sixty-six violations recorded of the Court's order. The address Mr. Del Angel Moran provided to ICE and BI as his residence is 280 Acushnet Avenue, Apt. 3F, New Bedford, MA. Mr. Del Angel Moran continues to violate the Court's home confinement order. Examples of such violations include:

20. On June 14, 2020, GPS technology tracked him at 41 Rockdale Avenue.

21. On June 16, 2020, GPS technology tracked him at 60 South 2nd Street, New Bedford, MA.

22. **Carlos Gutierrez-Deleon**: As previously stated, from June 4, 2020 to June 9, 2020, he continued to violate the Court's order an additional eleven times. His ATD compliance

report shows three recorded violations of the Court order between June 13, 2020 and June 14, 2020. Mr. Gutierrez-Deleon's address he provided to ICE and BI is 228 Phillips Avenue, New Bedford, MA. On June 14, 2020, GPS technology tracked him at 93 Porter Street, Dartmouth, MA.

23. **Ranferi Ramirez-Maldonado**: As previously stated, on June 8, 2020, he violated the Court's order an additional two times. Additionally, there were six recorded violations of the Court's order between June 10, 2020 and June 14, 2020. Mr. Ramirez-Maldonado's address he provided to ICE and BI is 20 Memorial Road, Apt. 22 A, Somerville, MA. On June 15, 2020, GPS technology tracked him at 75 Jaques Street, Somerville, MA

24. **Desmond Joseph**: As previously stated, between June 4, 2020 and June 8, 2020, he continued to violate the Court's order an additional five times. There were three recorded violations of the Court's order between June 12, 2020 and June 14, 2020. From June 15, 2020 to June 18, 2020, there do not appear to be any further violations of the Court order.

25. **Pamlar Ferreira**: As previously stated, between June 4, 2020 and June 9, 2020 there were no violations of the Court's order recorded. The report continues to show **no violations** of the Court's order through June 18, 2020.

26. **Kavon Mahadeo**: As previously stated, between June 4, 2020 and June 9, 2020, he continued to violate the Court's order an additional thirty-five times. There were fifteen recorded violations of the Court order between June 12, 2020 and June 13, 2020. From June 15, 2020 to June 18, 2020 there were **no violations** of the Court order recorded.

27. **Lucas Valentim**, As previously stated, on June 8, 2020, he violated the Court's order an additional eight times. Additionally, there were eleven recorded violations of the Court's

order between June 12, 2020 and June 13, 2020. From June 15, 2020 to June 18, 2020 there were **no violations** of the Court order recorded.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 24th day of June, 2020

Immaculata Guarna-Armstrong
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts