# DECLARATION OF SUPERVIORY DETENTION AND DEPORTATION OFFICER YOLANDA MARFISSI

Pursuant to the authority of 28 U.S.C. § 1746, I, Yolanda Marfissi, a Supervisory Detention and Deportation Officer at the Burlington, Massachusetts, United States Immigration and Customs Enforcement office, Department of Homeland Security ("ICE"), declare as follows:

1. I am a Supervisory Detention and Deportation Officer at the Burlington, Massachusetts, United States Immigration and Customs Enforcement Office, Department of Homeland Security ("ICE"). I have served as an SDDO for 14 years.

2. Included in my official duties as a SDDO in Burlington, Massachusetts is the responsibility for assisting in the managing and monitoring the scheduling and execution of removal orders for aliens in ICE custody. I am also familiar with ICE policies and procedures for releasing individuals from ICE custody. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM"). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens.

3. In the course of preparing this declaration, I have examined the official records available to me regarding the immigration history and release orders of Ferreira, Pamlar A█████865, Vargas Vasquez, Cesar A█████709 and Del Angel Moran, Gabino A█████948. I have also discussed these cases internally with Officers within my office.

4. At no point did I personally interact with or communicate with any of the three named individuals listed above. My responsibilities were limited to the direction to

release these individuals pursuant to the judicial order and review and approval of the release forms issued by ICE.

5. On April 9, 2020, ICE was ordered to release Ms. Pamlar Ferreira pursuant to a judicial order of bail. This Court order and its terms and conditions were conveyed to the Deportation Officers physically present in the ICE ERO office located in Burlington, MA where the release would occur.

6. On April 9, 2020, I reviewed and signed ICE Form I-220A, Order of Recognizance ("OREC") for Ms. Ferreira after the OREC was prepared by a Deportation Officer at ERO Boston. On April 10, 2020, the OREC was served on detainee by Deportation Officer Casey Hyde as she was present in office. The OREC included the Court's bail conditions which included the order that she remain fully quarantined for 14 days after leaving the facility and that after the 14-day quarantine period, she was subject to house arrest.

7. On April 9, 2020, ICE was ordered to release Mr. Cesar Vargas Vasquez pursuant to a judicial order of bail. This Court order and its terms and conditions were conveyed to the Deportation Officers physically present in the ICE ERO office located in Burlington, MA where the release would occur. On April 9, 2020, I reviewed and signed ICE Form I-220B, Order of Supervision ("OSUP") for Mr. Vargas Vasquez. On April 10, 2020, the OSUP was served on Mr. Vargas Vasquez by Deportation Officer Casey Hyde. The OSUP included the Court's bail conditions which included the order that he remain fully quarantined for 14 days after leaving the facility and that after the 14-day quarantine period, he was subject to house arrest.

8. On April 10, 2020, ICE was ordered to release Mr. Gabino Del Angel Moran pursuant to a judicial order of bail. This Court order and its terms and conditions were conveyed to the Deportation Officers physically present in the ICE ERO office located in Burlington, MA where the release would occur. On April 10, 2020, I reviewed and signed (electronic signature) an OREC for Mr. Del Angel Moran..On April 10, 2020, the OREC was served on Mr. Del Angel Moran by Deportation Officer Casey Hyde. The OREC included the Court's bail conditions which included

the order that he remain fully quarantined for 14 days after leaving the facility and that after the 14-day quarantine period, he was subject to house arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 22nd day of June 2020

Yolanda Marfissi
Supervisory Detention and Deportation Officer
U.S. Immigration and Customs Enforcement
Department of Homeland Security
Burlington, Massachusetts