DECLARATION OF DEPORTATION OFFICER

<u>ERIN M. NELLIGAN</u>

Pursuant to the authority of 28 U.S.C. § 1746, I, Erin M. Nelligan, a Deportation Officer for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a Deportation Officer ("DO") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations ("ICE"). I have served as a DO for 2 years.

2. Included in my official duties as a DO in Burlington, Massachusetts is the responsibility for assisting the scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining individuals in order to effectuate removal orders and have experience utilizing ICE record systems to obtain information regarding specific aliens. I am also familiar with ICE policies and procedures for releasing individuals from ICE custody.

3. ICE maintains electronic and paper records on aliens in the course of its regularly conducted business activity. These records are made in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events.

4. I have examined the official records available to me regarding the immigration history and custody status of Ranferi Ramirez-Madonaldo, Administrative File No. 205-241-005. I have also discussed this case with Deportation Officers and Supervisory Detention and

Deportation Officers within my office as appropriate. Unless otherwise stated, this declaration is based on that review and discussions.

5. On April 10, 2020, ICE was ordered to release Mr. Ranferi Ramirez-Maldonado pursuant to a judicial order of bail. This Court order and its terms and conditions were conveyed to the officers physically present in the ICE office located in Burlington, MA where the releases would occur from.

6. Deportation Officer Casey Hyde prepared a Form I-220A, Order of Release on Recognizance ("OREC") ande-mailed the forms to Supervisory Detention and Deportation Officer ("SDDO") David T. Wesling for review and signatures. The OREC included the Court's bail conditions which included the order that he remain fully quarantined for 14 days after leaving the facility and that after the 14-day quarantine period, he was subject to house arrest.

7. I served the OREC on Mr. Ranferi Ramirez-Maldonado and signed the OREC for Officer Hyde as I was physically present in the office for this release.

8. I served Mr. Ranferi Ramirez-Maldonado the OREC and used a Spanish interpreter from the Lionbridge Technologies Inc. to explain the terms and conditions of the Court order and the OREC.

9. I explained to Mr. Ranferi Ramirez-Maldonado the Court's bail conditions in detail. I recall that the conditions included the order that he remain fully quarantined for 14 days after leaving the facility and that after the 14-day quarantine period, he was subject to house arrest. I explained to Mr. Ranferi Ramirez-Maldonado that per the Court order, the only reason he could leave his house was for immigration proceedings or to attend to his

own medical needs should those needs be so severe that they have to go to a doctor's office or hospital.

10. I explained to Mr. Ranferi Ramirez-Maldonado each individual condition listed on the OREC paperwork and gave him the opportunity to ask any questions or to have myself clarify any of the conditions. Mr. Ranferi Ramirez-Maldonado had no questions.

11. Mr. Ranferi Ramirez-Maldonado and I signed in all the designated areas.

12. At no time did I inform Mr. Ranferi Ramirez-Maldonado that he could leave his residence after the 14-day quarantine period ended as that information would have differed than the conditions of release ordered by the Court.

13. A copy of the OREC paperwork was made for Mr. Ranferi Ramirez-Maldonado and the original paperwork was connected with the administrative file.

14. I gave Mr. Ranferi Ramirez-Maldonado all of his property and medications and I walked him over to the Deportation Officers that would be handling Mr. Ranferi Ramirez-Maldonado's enrollment in the Alternates to Detention Program.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 22nd day of June, 2020

ERIN M NELLIGAN
Digitally signed by ERIN M NELLIGAN
Date: 2020.06.22 20:53:26 -04'00'

_____

Erin M. Nelligan

Deportation Officer

U.S. Department of Homeland Security

United States Immigration and Customs Enforcement

Burlington, Massachusetts