UNITED STATES DISTRICT COURT OF MASSACHUSETTS

MARIA ALEJANDRA CELIMEN SAVINO, *et al.*,

   Petitioners-Plaintiffs,

v.

STEVEN SOUZA,

Respondent-Defendant.

Case No. 1:20-cv-10617-WGY

### Declaration of Beronica Perez

I, Beronica Perez, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge:

1. My name is Beronica Perez and I am a Case Specialist for BI, Incorporated and work on the Intensive Supervision Appearance Program (ISAP) contract. My primary job functions are to provide case management and supervision services to immigrants enrolled in ISAP. I monitor these individuals with various forms of electronic monitoring that include GPS tracking. The requirements for supervision are dictated by ICE and my case management services are derived by both the needs of the government and the clients I work with.

2. On April 14, 2020, I spoke with participant, Desmond JOSEPH and informed him that he could not leave the states of New Hampshire, Connecticut, New York, Rhode Island, New Jersey and Massachusetts. These geographical boundaries are a standard set upon any individual under the supervision of Hartford ISAP, unless otherwise specified.

Date: June 23, 2020

Signature: *[signed]*