UNITED STATES DISTRICT COURT OF MASSACHUSETTS

MARIA ALEJANDRA CELIMEN SAVINO, *et al.*,

        Petitioners-Plaintiffs,

v.

STEVEN SOUZA,

Respondent-Defendant.

Case No. 1:20-cv-10617-WGY

### Declaration of Michelle Oviedo

I, Michelle Oviedo, hereby declare under penalty of perjury, that the following is true and correct to the best of my knowledge:

1. My name is Michelle Oviedo and I am a Case Specialist for BI, Incorporated and work on the Intensive Supervision Appearance Program (ISAP) contract. My primary job functions are to provide case management and supervision services to immigrants enrolled in ISAP. I monitor these individuals with various forms of electronic monitoring that may include GPS tracking. The requirements for supervision are dictated by ICE and my case management services are derived by both the needs of the government and the clients I work with.

2. On April 14, 2020, I spoke with participant, Gabino DEL ANGEL MORAN, for the first time and informed him that he could not leave the states of New Hampshire, Connecticut, Rhode Island, and Massachusetts. These geographical boundaries are a standard set upon any individual under the supervision of Boston ISAP, unless otherwise specified.

3. On April 20, 2020, the subject contacted me to inform he was moving addresses with his new domicile being in New Bedford, MA.

4. On April 24, 2020, the subject contacted me and provided his complete new address and confirmed he was living at the new address.

5. On June 5, 2020, I contacted the subject contacted by phone and informed him of his home confinement. The subject

acknowledged this and reported his lawyer made him aware of the restrictions.

Date: June 23, 2020                    _____
                                              Signature