DECLARATION OF THOMAS E. KANWIT

Pursuant to the authority of 28 U.S.C. § 1746, I, Thomas E. Kanwit, Assistant U.S. Attorney,  declare as follows:

1.  I am an Assistant United States Attorney, licensed to practice by the Commonwealth of Massachusetts.  I have been a member of the bar in good standing since graduating from law school and passing the bar examination in 1985.  I have been employed as an Assistant U.S. Attorney by the U.S. Attorney's Office for the District of Massachusetts since 1991.

2.  I am the lead attorney for Defendants in the case *Savino, et al. v. Hodgson, et al.*, 20-cv-10617 WGY, filed in the District of Massachusetts.  In that capacity, I received the attached documents from counsel for ICE.  ICE has represented to me, and in declarations submitted to this Court, that the attached paperwork are accurate copies of the paperwork given to the eight released detainees addressed in Defendants' Motion for Revocation (not including the two as to whom bail has been revoked).

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit
Assistant U.S. Attorney

Signed on the 24th day of June, 2020



Kindly connect to A.File

Thank you

RAILS | File Details

4/20/2020

A208299948-000

Boston District Office

LI

0004

LITIGATION

DETAINED

## Current Custodian

N/A

## Other Information

Last Audit: 3/18/2020 6:23:19 PM

Last Action: Reception 3/18/2020 6:23:19 PM

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

Event Number: PRO2002000014

File No.: 208 299 948

Date: April 10, 2020

Name: DEL ANGEL MORAN, GABINO

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at ___ICE Burlington MA 01803___ on ___06/10/2020 10:00___ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[ ] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

*Yolanda Marfissi*

MARFISSI, YOLANDA

ICE Official

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___Spanish___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_(Signature of ICE Official serving order)_       Gabino Del Angel M.       4/10/2020
                                                  _(Signature of Alien)_        _Date_

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.       [ ] The alien was taken into custody for removal.

_(Signature of ICE Official canceling order)_       Date

ICE Form I-220A (8/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| | | |
|---|---|---|
| Alien Name<br>DEL ANGEL MORAN, GABINO | Picture | Right Index Print |
| File Number<br>208 299 948 | | |
| Date<br>April 10, 2020 | | |
| Alien's Signature<br>*Gabino Del Angel M.* | | |
| Alien's Telephone Number (if any)<br>774-301-3205 | | |
| Alien's Address<br>222 Morgan Street New Bedford<br>MASSACHUSETTS, 02746 | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature<br>JENNIFER HOOD | Title<br>DEPORTATION OFFICER |
|---|---|

ICE Form I-220A (8/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## ADDENDUM

File No.: __208 299 948__

Date: __April 10, 2020__

Name: __DEL ANGEL MORAN, GABINO__

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other;

x _Gabino Del Angel M._____
      Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

### Sex Offenders

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

### Substance Abusers

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

### All Aliens

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT     FINS#: 1039256509

☐ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer: JENNIFER HOOD | Date 04/10/2020 |

| Concurrence By | |
|---|---|
| Supervisory Detention and Deportation Officer: MARFISSI, YOLANDA | Date 04/10/2020 |

U.S. Department of Homeland Security       Continuation Page for Form I-220A

| Alien's Name<br>DEL ANGEL MORAN, GABINO | File Number<br>208 299 948<br>Event No: PRO2002000014 | Date<br>04/10/2020 |
|---|---|---|

ADDITIONAL CONDITIONS
--------------------
(1)
Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) Program as designated by the Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention. If fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device. Tampering with or damaging the device may result in your arrest, detention, and prosecution under 18 U.S.C. 1361.
(2)
"Releasee will be taken from the facility to the place of residence previously identified to ICE; "Releasees are to be fully quarantined for 14 days from date leaving facility to the residence; "During and after the 14-day quarantine, releasees will remain under house arrest and shall not leave the residence for any reason save to attend immigration proceedings or attend to their own medical needs should those needs be so severe that they have to go to a doctor's office or hospital (in which case they shall notify ICE as soon as practicable of their medical necessity).
(3)
Telephonic report in by May 4, 2020 at 781-359-7660 until futher notice.

| Signature<br>*[signature]* JENNIFER HOOD | Title<br>DEPORTATION OFFICER |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

DEPARTMENT OF HOMELAND

**PROPERTY RECEIPT**

075 006 788

Facility: _Ban/_   Date: 11/26/15

Name: _LAL, NEVED_

| Quantity | Description |
|----------|-------------|
| 3 ox | $100 – US() |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Above described property taken for safekeeping –

By: DHS Officer: _D. Wilson_ #271

DHS Officer: _____

Surrendered by:

Name: X _____

**No. 4941146**        DHS Form 589 (03/11)

Received 4/15/20

X

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

Event Number: PRO1909000045

File No.: 216 305 137

Date: April 10, 2020

Name: GUTIERREZ-DELEON, CARLOS

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at _____ICE Burlington MA 01803_____ on ___05/05/2020 09:00___ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[X] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

DAVID T WESLING    Digitally signed by DAVID T WESLING Date: 2020.04.10 11:17:52 -04'00'    **WESLING, D 7266**

ICE Official

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ~~Spanish~~ English language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official serving order)

_Carlos Gutierrez-deleon_    04/10/2020
(Signature of Alien)    Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.    [ ] The alien was taken into custody for removal.

_____    _____
(Signature of ICE Official canceling order)    Date

ICE Form I-220A (8/15)    Page 1 of 4

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| Alien Name | Picture | Right Index Print |
|---|---|---|
| GUTIERREZ-DELEON, CARLOS | | |

File Number
216 305 137

Date
April 10, 2020

Alien's Signature
Carlos Gutierrez de Leon

Alien's Telephone Number (if any)
508 - 493 3542

Alien's Address
228 Phillips Avenue New Bedford
MASSACHUSETTS, 02746

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature HYDE, C. 9755 | Title Deportation Officer |
|---|---|

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## ADDENDUM

File No.:  216 305 137

Date:  April 10, 2020

Name:  GUTIERREZ-DELEON, CARLOS

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[x] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other;

x  *Carlos Gutierrez de Leon*
Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

### Sex Offenders

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

### Substance Abusers

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

### All Aliens

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT        FINS#:  1292770908

☐ NCIC Check

☐ Travel Document Application

☐ Other: _____

---

**Completed By**

Deportation Officer:  HYDE, C. 9755                    Date 04/10/2020

---

**Concurrence By**

Supervisory Detention and Deportation Officer:  WESLING, D 7266 DAVID T WESLING  Digitally signed by DAVID T WESLING  Date: 2020.04.10 11:18:13 -04'00'     Date 04/10/2020

U.S. Department of Homeland Security                 **Continuation Page for Form** I-220A

| Alien's Name | File Number | Date |
|---|---|---|
| GUTIERREZ-DELEON, CARLOS | 216 305 137<br>Event No: PRO1909000045 | 04/10/2020 |

ADDITIONAL CONDITIONS
---------------------
(1)
"Releasee will be taken from the facility to the place of residence previously identified to ICE;
(2)
"Releasees are to be fully quarantined for 14 days from date leaving facility to the residence;
(3)
"During and after the 14-day quarantine, releasees will remain under house arrest and shall not leave the residence for any reason save to attend immigration proceedings or attend to their own medical needs should those needs be so severe that they have to go to a doctor's office or hospital (in which case they shall notify ICE as soon as practicable of their medical necessity).
(4)
Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) Program as designated by the Department of Homeland Security.  As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew.  Failure to comply with the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.  If fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device. Tampering with or damaging the device may result in your arrest, detention, and prosecution under 18 U.S.C. 1361.

| Signature _C. 9755 HYDE_ | Title<br>Deportation Officer |
|---|---|

5 of 5 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE

Event Number: HAR2010000049

File No.: 029 514 865

Date: April 9, 2020

Name: FERREIRA, PAMLAR

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[x] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[x] You must surrender for removal from the United States if so ordered.

[x] You must report in (writing) (person) to <u>Duty officer</u> at _____ See I-831 _____ on 6/2/2020 as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[x] You must not change your place of residence without first securing written permission from the officer listed above.

[x] You must not violate any local, State or Federal laws or ordinances.

[x] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[x] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

MARFISSI, YOLANDA
ICE Official

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___English___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official serving order)

Pamlar Ferro
(Signature of Alien)

4-10-2020
Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.   [ ] The alien was taken into custody for removal.

_____        _____
(Signature of ICE Official canceling order)        Date

ICE Form I-220A (8/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| Alien Name | Picture | Right Index Print |
|---|---|---|
| FERREIRA, PAMLAR | | |
| File Number | | |
| 029 514 865 | | |
| Date | | |
| April 9, 2020 | | |
| Alien's Signature | | |
| *Pamlar Ferreira* (signature) | | |
| Alien's Telephone Number (if any) | | |
| 718 500 - 9168 | | |
| Alien's Address | | |
| 287 Webster Ave Apt 1 | | |
| Brooklyn, NY 11230 | | |
| → 146 E 88 St. Brooklyn, NY 1123[?] | | |

## PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| ERIN 09788 WATERS *(signature)* | Deportation Officer |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## ADDENDUM

File No.: 029 514 865

Date: April 9, 2020

Name: FERREIRA, PAMLAR

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other;

x _Pamlar Ferrin_____
Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

**Sex Offenders**

☑ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

**All Aliens**

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT       FINS#: _____

☐ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer: ERIN 09788 WATERS | Date 04/09/2020 |

| Concurrence By | |
|---|---|
| Supervisory Detention and Deportation Officer: MARFISSI, YOLANDA | Date 04/09/2020 |

ICE Form I-220A (8/15)

Page 4 of 4

U.S. Department of Homeland Security          Continuation Page for Form <u>I-220A</u>

| Alien's Name<br>FERREIRA, PAMLAR | File Number<br>029 514 865<br>Event No: HAR2010000049 | Date<br>04/10/2020 |
|---|---|---|

ADDITIONAL CONDITIONS
--------------------
(1)
Your release is contingent upon your enrollment and successful participation in an
Alternatives to Detention (ATD) Program as designated by the Department of Homeland
Security.  As part of the ATD program, you will be subject to electronic monitoring and may
be subject to a curfew.  Failure to comply with the requirements of the ATD program may
result in a redetermination of your release conditions or your arrest and detention.   If
fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device.
Tampering with or damaging the device may result in your arrest, detention, and prosecution
under 18 U.S.C. 1361.
(2)
Releasee will be taken from the facility to the place of residence previously identified to
ICE.
(3)
Releasees are to be fully quarantined for 14 days from date leaving facility to the
residence.
(4)
During and after the 14-day quarantine, releasees will remain under house arrest and shall
not leave the residence for any reason save to attend immigration proceedings or attend to
their own medical needs should those needs be so severe that they have to go to a doctor's
office or hospital (in which case they shall notify ICE as soon as practicable of their
medical necessity).

ICE New York 26 Federal Plaza, 9th Floor New York, NY 10278

| Signature                    EN9716 NELLIGAN | Title<br>Deportation Officer |
|---|---|

<u>  5  </u> of <u>  5  </u> Pages

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

Event Number: HAR2002000001

File No.: 088 189 852

Date: April 10, 2020

Name: JOSEPH, DESMOND LEE

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[x] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[x] You must surrender for removal from the United States if so ordered.

[x] You must report in (writing) (person) to Duty officer at ___See I-831___ on ___06/01/2020 09:30___ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[x] You must not change your place of residence without first securing written permission from the officer listed above.

[x] You must not violate any local, State or Federal laws or ordinances.

[x] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[x] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

ARFISSI, YOLANDA
ICE Official

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___English___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of ICE Official serving order)

(Signature of Alien)

04/10/2020

Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.   [ ] The alien was taken into custody for removal.

(Signature of ICE Official canceling order)   Date

ICE Form I-220A (8/15)

Page 1 of 4

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| Alien Name | Picture | Right Index Print |
|---|---|---|
| JOSEPH, DESMOND LEE | | |
| File Number | | |
| 088 189 852 | | |
| Date | | |
| April 10, 2020 | | |
| Alien's Signature | | |
| *P. J* | | |
| Alien's Telephone Number (if any) | | |
| 860- 992 9 295 | | |
| Alien's Address | | |
| 3545 Main Street 2nd Floor Apt 209 Hartford CONNECTICUT, | | |

| PERSONAL REPORT RECORD | | |
|---|---|---|
| Date | Officer | Comment/Changes |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | Title |
|---|---|
| JENNIFER SARAVIA | Deportation Officer |

ICE Form I-220A (8/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

**ORDER OF RELEASE ON RECOGNIZANCE**
**ADDENDUM**

File No.: 088 189 852

Date: April 10, 2020

Name: JOSEPH, DESMOND LEE

☐ That you do not associate with known gang members, criminal associates, or be associated with any such activity.

☐ That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

☐ That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

☐ That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

☒ That you do not commit any crimes while on this Order of Release on Recognizance.

☐ That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

☐ That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

☒ That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

☒ That you provide ICE with written responses from the Embassy or Consulate regarding your request.

☒ Any violation of the above conditions will result in revocation of your employment authorization document.

☒ Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

☐ Other:

X _____
Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

**Sex Offenders**

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

**All Aliens**

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT   FINS#: 1005767706

☒ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | | |
|---|---|---|
| Deportation Officer: JENNIFER SARAVIA | | Date 04/10/2020 |

| Concurrence By | | |
|---|---|---|
| Supervisory Detention and Deportation Officer: MARFISSI, YOLANDA | | Date 04/10/2020 |

U.S. Department of Homeland Security                    **Continuation Page for Form** I-220A

| Alien's Name | File Number | Date |
|---|---|---|
| JOSEPH, DESMOND LEE | 088 189 852<br>Event No: HAR2002000001 | 04/10/2020 |

```
ADDITIONAL CONDITIONS
---------------------
(1)
   If fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device.
Tampering with or damaging the device may result in your arrest, detention, and prosecution
under 18 U.S.C. 1361.
(2)
Releasee will be taken from the facility to the place of residence previously identified to
ICE.
(3)
Releasees are to be fully quarantined for 14 days from date leaving facility to the
residence.
(4)
During and after the 14-day quarantine, releasees will remain under house arrest and shall
not leave the residence for any reason save to attend immigration proceedings or attend to
their own medical needs should those needs be so severe that they have to go to a doctor's
office or hospital (in which case they shall notify ICE as soon as practicable of their
medical necessity).


LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------
ICE 450 Main St #410 Hartford, CT 06103
```

| Signature | Title |
|---|---|
| JENNIFER SARAVIA | Deportation Officer |

<u>  5  </u> of <u>  5  </u> Pages

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE

Event Number: HAR2010000002

File No.: 059 104 840

Date: April 10, 2020

Name: MAHADEO, KEVON GARY

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[x] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[x] You must surrender for removal from the United States if so ordered.

[x] You must report in (writing) (person) to <u>Duty officer</u> at _____ See I-831 _____ on __ 06/01/2020 09:30 __ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[x] You must not change your place of residence without first securing written permission from the officer listed above.

[x] You must not violate any local, State or Federal laws or ordinances.

[x] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[x] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[x] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

_____
MATTISSI, YOLANDA
ICE Official

---

## Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___ English ___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____
(Signature of ICE Official serving order)

_____
(Signature of Alien)

4-10-2020
Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.      [ ] The alien was taken into custody for removal.

04/10/2020

_____
(Signature of ICE Official canceling order)

_____
Date

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| Alien Name MAHADEO, KEVON GARY | Picture | Right Index Print |
|---|---|---|
| File Number 059 104 840 | | |
| Date April 10, 2020 | | |
| Alien's Signature | | |
| Alien's Telephone Number (if any) 203-695-9838 | | |
| Alien's Address ~~188 Lafayett St. Torrington~~ ~~CONNECTICUT, 06790~~  63 Grand St. Waterbury, CT 06702 | | |

## PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature JENNIFER SARAVIA | Title Deportation Officer |
|---|---|

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## ADDENDUM

File No.: 059 104 840

Date: April 10, 2020

Name: MAHADEO, KEVON GARY

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Release on Recognizance.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other;

X _____
         Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

### Sex Offenders

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

### Substance Abusers

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

### All Aliens

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT      FINS#: 1056656431

☒ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer: JENNIFER SARAVIA | Date 04/10/2020 |

| Concurrence By | |
|---|---|
| Supervisory Detention and Deportation Officer: MARFISSI, YOLANDA | Date 04/10/2020 |

ICE Form I-220A (8/15)

U.S. Department of Homeland Security          **Continuation Page for Form** I-220A

| Alien's Name | File Number | Date |
|---|---|---|
| MAHADEO, KEVON GARY | 059 104 840<br>Event No: HAR2010000002 | 04/10/2020 |

```
ADDITIONAL CONDITIONS
---------------------
(1)
If fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device.
Tampering with or damaging the device may result in your arrest, detention, and prosecution
under 18 U.S.C. 1361.
(2)
Releasee will be taken from the facility to the place of residence previously identified to
ICE.
(3)
Releasees are to be fully quarantined for 14 days from date leaving facility to the
residence.
(4)
During and after the 14-day quarantine, releasees will remain under house arrest and shall
not leave the residence for any reason save to attend immigration proceedings or attend to
their own medical needs should those needs be so severe that they have to go to a doctor's
office or hospital (in which case they shall notify ICE as soon as practicable of their
medical necessity).


LOCATION OF ICE OFFICE WHICH YOU REPORT TO
------------------------------------------
450 Main St #410 Hartford, CT 06103
```

| Signature | Title |
|---|---|
| JENNIFER SARAVIA | Deportation Officer |

_____5_____ of _____5_____ Pages

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

Event Number: PRO2003000083

File No.: 216 305 198

Date: April 22, 2020

Name: VALENTIM, LUCAS

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at _____ICE Burlington MA 01803_____ on _____06/23/2020 09:00_____ as directed.
781 359 7660

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[X] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

WESLING, D 7266
_____
ICE Official

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _____Portuguese_____ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____        _____        04/22/2020
(Signature of ICE Official serving order)        (Signature of Alien)        Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.        [ ] The alien was taken into custody for removal.

_____        _____
(Signature of ICE Official canceling order)        Date

ICE Form I-220A (8/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| Alien Name | | Picture | Right Index Print |
|---|---|---|---|
| VALENTIM, LUCAS | | | |
| File Number | | | |
| 216 305 198 | | | |
| Date | | | |
| April 22, 2020 | | | |
| Alien's Signature | | | |
| | | | |
| Alien's Telephone Number (if any) | | | |
| 8578001600 | | | |
| Alien's Address | | | |
| 44 BENEFIT ST Apt 1 | | | |
| ATTLEBORO | | | |
| MASSACHUSETTS, 02703 | | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | | Title |
|---|---|---|
| HYDE, C. 9755 | | Deportation Officer |

ICE Form I-220A (8/15)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## ADDENDUM

File No.: 216 305 198

Date: April 22, 2020

Name:  VALENTIM, LUCAS

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Release on Recognizance.

[x] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[x] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other;

X _____
                Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

### Sex Offenders

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

### Substance Abusers

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

### All Aliens

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT     FINS#:  1189390213 _____

☐ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | | |
|---|---|---|
| Deportation Officer:  HYDE, C. 9755 | | Date 04/22/2020 |

| Concurrence By | | |
|---|---|---|
| Supervisory Detention and Deportation Officer:  WESLING, D 7266 | | Date 04/22/2020 |

U.S. Department of Homeland Security                    Continuation Page for Form ___I-220A___

| Alien's Name | File Number | Date |
|---|---|---|
| VALENTIM, LUCAS | 216 305 198<br>Event No: PRO2003000083 | 04/22/2020 |

ADDITIONAL CONDITIONS
---------------------
(1)
Releasee will be taken from the facility to the place of residence previously identified to ICE;
(2)
Releasees are to be fully quarantined for 14 days from date leaving facility to the residence;
(3)
During and after the 14-day quarantine, releasees will remain under house arrest and shall not leave the residence for any reason prior to attend immigration proceedings or attend to their own medical needs should those needs be so severe that they have to go to a doctor's office or hospital (in which case they shall notify ICE as soon as practicable of their medical necessity).
(4)
Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) Program as designated by the Department of Homeland Security.  As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew.  Failure to comply with the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.  If fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device. Tampering with or damaging the device may result in your arrest, detention, and prosecution under 18 U.S.C. 1361.

| Signature | Title |
|---|---|
| C. 9755 HYDE | Deportation Officer |

___5___ of ___5___ Pages

*EW*



*Enforcement and Removal Operations*
*Boston Field Office*

**U.S. Department of Homeland Security**
1000 District Avenue
Burlington, MA 01803

**U.S. Immigration
and Customs
Enforcement**

Vargas Vasquez, Cesar Francisco                                    A045 456 709
c/o Bristol County House of Correction
400 Faunce Corner Road
North Dartmouth, MA 02747

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States.  This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly on the Order of Supervision and Addendum to the Order of Supervision forms, and by which you must abide. You may be required to participate in an Alternatives to Detention (ATD) Program which may include the use of Active/Passive GPS monitoring, monthly reporting and telephonic reporting.

A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken. At any time, you may be taken back into ICE custody should your removal become practicable.

Prior to your release from custody, an immigration officer may verify the sponsorship or employment offers presented during your review.  Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times.  ICE will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal.  In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own and provide proof of your efforts to ICE.

_____                        APR 1 0 2020
Todd Lyons, Acting Field Office Director                      _____
                                                             Date

**Notice to Alien of File Custody Review**
Vargas Vasquez, Cesar Francisco A045 456 709
Page 2

## PROOF OF SERVICE

**(1)    Personal Service (Officer to complete both (a) and (b) below.)**

(a)    I _____Casey Hyd_____ , _____Deportation Officer_____ ,
             Name of ICE Officer                                     Title

certify that I served _____Cesar Vargas Vasquez_____ with a copy of
                                     Name of detainee

this document at _____Burlington, MA_____ on _4/10/2020_ , at _1335_ .
                             Institution                            Date                Time

(b)    I certify that I served the custodian _____ ,
                                                              Name of Official

_____ , at _____ , on
             Title                                          Institution

_____ with a copy of this document.
             Date

## OR

**(2)    Service by certified mail, return receipt.  (Attach copy of receipt)**

I _____ , _____ , certify
             Name of ICE Officer                                Title

that I served _____ and the custodian _____ ,
                     Name of detainee                                Name of Official

with a copy of this document by certified mail at _____ on _____ .
                                                                    Institution                Date

Detainee Signature: _Cesar Vargas_    Date: _04-10-2020_

( ) cc: Attorney of Record or Designated Representative
( ) cc: A-File

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

Event Number: PRO1912000004

File No.: 045 456 709

Date: April 9, 2020

Name: VARGAS VASQUEZ, CESAR FRANCISCO

On April 24, 2009 , you were ordered:
    (Date of Final Order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.

☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.

☒ That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.

☒ That you do not travel outside Massachusetts            for more than 48 hours without first having notified this
                                  (Specify geographic limits, if any)
    agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.

☒ That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to  such change.

☒ That you report in person on      04/09/2020 17:45     to this agency office at:
                                   (Day/Date/Time)

See I-831

                                   (Reporting Address)

☒ That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.

☒ Other: ATD conditions

☒ See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____          WESLING, D 7266
    (Signature of ICE Official)          (Print Name and Title of ICE Official)

---

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the English         language) the contents of this order, a copy of which has been given to me.  I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____    Cesar Vargas        4-10-2020
(Signature of ICE Official Serving Order)    (Signature of Alien)      Date

ICE Form I-220B (10/15)                                    Page 1 of 4

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (Continuation Page)

| Alien Name | Picture | Right Index Print |
|---|---|---|
| VARGAS VASQUEZ, CESAR FRANCISCO | | |

| | |
|---|---|
| File Number | 045 456 709 |
| Date | April 9, 2020 |
| Alien's Signature | *Cesar Vargas* |
| Alien's Telephone Number (if applicable) | (781) – 520– 0207 |
| Alien's Address | 83 0 Ward Street Apt. 111 Revere, MA 02151 |

Right Index Print: **UNABLE TO PRINT**

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature | ERIN 09788 WATERS | Title | Deportation Officer |
|---|---|---|---|

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (Addendum)

File No.: 045 456 709

Date: April 9, 2020

Name: VARGAS VASQUEZ, CESAR FRANCISCO

[x] That you do not associate with know gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days.  You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Supervision.

[ ] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.

[ ] Other:

X _Cesar Vargas._
Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION (Outprocessing Checklist)

**All Aliens**

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT

☐ NCIC Check

☐ Travel Document Application

**Sex Offenders**

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

| **Completed By** | |
|---|---|
| ICE Official   WATERS, ERIN 09788 | Date   04/09/2020 |

| **Concurrence By** | |
|---|---|
| Supervisory ICE Official   WESLING, D 7266 | Date   04/09/2020 |

ICE Form I-220B (10/15)

U.S. Department of Homeland Security          Continuation Page for Form __I-220B__

| Alien's Name | File Number | Date |
|---|---|---|
| VARGAS VASQUEZ, CESAR FRANCISCO | 045 456 709<br>Event No: PRO1912000004 | 04/10/2020 |

ADDITIONAL CONDITIONS
---------------------
(1)
Your release is contingent upon your enrollment and successful participation in an
Alternatives to Detention (ATD) Program as designated by the Department of Homeland
Security.  As part of the ATD program, you will be subject to electronic monitoring and may
be subject to a curfew.  Failure to comply with the requirements of the ATD program may
result in a redetermination of your release conditions or your arrest and detention.   If
fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device.
Tampering with or damaging the device may result in your arrest, detention, and prosecution
under 18 U.S.C. 1361.
(2)
Special Instructions: 14 day mandatory quarantine at home
(3)
No leaving fixed address unless to attend immigration proceedings or attend to own medical
needs if necessary
(4)
Should your medical needs be so severe that you have to go to a doctor's office or hospital
(notify ICE as soon as practicable of your medical necessity)
(5)
Telephonic report in by calling (insert number of nondetained duty line for appropriate
office) until further notice.

| Signature | Title |
|---|---|
| §7853 GRAVES | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARNING FOR FAILURE TO COMPLY WITH TERMS OF SUPERVISED RELEASE

| Name | Field Office | File # |
|---|---|---|
| VARGAS VASQUEZ, CESAR FRANCISCO | BOS-T | 045 456 709 |

Section 243(b) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

An alien who shall willfully fail to comply with regulations or requirements issued pursuant to section 241(a)(3)* or knowingly give false information in response to an inquiry under such section shall be fined not more than $1000 or imprisoned for not more than one year, or both.

*Section 241(a)(3) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

If the alien does not leave or is not removed within the removal period, the alien, pending removal, shall be subject to supervision under regulations prescribed by the Attorney General. The regulations shall include provisions requiring the alien—

   (A)  to appear before an immigration officer periodically for identification;

   (B)  to submit, if necessary, to a medical and psychiatric examination at the expense of the United States Government;

   (C)  to give information under oath about the alien's nationality, circumstances, habits, associations, and activities, and other information the Attorney General considers appropriate; and

   (D)  to obey reasonable written restrictions on the alien's conduct or activities that the Attorney General prescribes for the alien.

| Date Order Final | Ordered Removed under Section |
|---|---|
| April 24, 2009 | 8 USC 1251 |

### Record of Service
(Check method used)

☐ **Record of Personal Service**

| Served By (Print Name and Title of Officer) | | Date |
|---|---|---|
| *Casey Hyde DO 9755* | | April 9, 2020 |

| Officer's Signature | Location of Service | |
|---|---|---|
| *(signature)* | ICE<br>ERO Boston Field Office<br>Burlington MA 01803 | |

| Served On: (Alien's Signature) | | Date |
|---|---|---|
| *Cesar Vargas* | | April 9, 2020 |

| ☐ Certified Mail Service | Fingerprint of Alien (Specify finger used) |
|---|---|
| **Attach certified mail receipts here.** | UNABLE TO PRINT<br><br>Right Index |

ICE Form I-229B (4/09)

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE

Event Number: BOS1902000217

File No.: 205 241 005

Date: April 10, 2020

Name: RAMIREZ-MALDONALDO, RANFERI

You have been arrested and placed in removal proceedings. In accordance with section 236 of the Immigration and Nationality Act and the applicable provisions of Title 8 of the Code of Federal Regulations, you are being released on your own recognizance provided you comply with the following conditions:

[X] You must report for any hearing or interview as directed by Immigration and Customs Enforcement or the Executive Office for Immigration Review.

[X] You must surrender for removal from the United States if so ordered.

[X] You must report in (writing) (person) to Duty officer at ____ICE Burlington MA 01803____ on ___06/18/2020 09:00___ as directed.

If you are allowed to report in writing, the report must contain your name, alien registration number, current address, place of employment, and other pertinent information as required by the officer listed above.

[X] You must not change your place of residence without first securing written permission from the officer listed above.

[X] You must not violate any local, State or Federal laws or ordinances.

[X] You must assist Immigration and Customs Enforcement in obtaining any necessary travel documents.

[X] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the Department of Homeland Security. Electronic monitoring is a requirement and a curfew may be imposed. Failure to comply with the conditions of your release or the requirements of the ATD program may result in a redetermination of your release conditions or your arrest and detention.*

[X] See attached sheet containing other specified conditions (Continue on separate sheet if required)

**NOTICE: Failure to comply with the conditions of this order may result in revocation of your release and your arrest and detention by Immigration and Customs Enforcement.**

DAVID T WESLING  *Digitally signed by DAVID T WESLING Date: 2020.04.10 09:12:49 -04'00'*   WESLING, D 7266

ICE Official

---

### Alien's Acknowledgement of Conditions of Release under an Order of Recognizance

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___Spanish___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____    Ranferi  Ramirez    04/10/2020
(Signature of ICE Official serving order)    (Signature of Alien)    Date

I hereby cancel this order of release because:

[ ] The alien failed to comply with the conditions of release.    [ ] The alien was taken into custody for removal.

_____    _____
(Signature of ICE Official canceling order)    Date

ICE Form I-220A (8/15)    Page 1 of 4

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## CONTINUATION PAGE

| | | Picture | Right Index Print |
|---|---|---|---|
| Alien Name | RAMIREZ-MALDONALDO, RANFERI | | |
| File Number | 205 241 005 | | |
| Date | April 10, 2020 | | |
| Alien's Signature | *Ranferi Ramirez* | | |
| Alien's Telephone Number (if any) | 857 · 312 4382 | | |
| Alien's Address | *20A Memorial Road Somerville MA* | | |

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Signature For HYDE, C. 9755 | Title Deportation Officer |
|---|---|

ICE Form I-220A (8/15)                                    Page 2 of 4

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF RELEASE ON RECOGNIZANCE
## ADDENDUM

File No.: 205 241 005

Date: April 10, 2020

Name: RAMIREZ-MALDONALDO, RANFERI

[x] That you do not associate with known gang members, criminal associates, or be associated with any such activity.

[ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.

[ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.

[ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.

[x] That you do not commit any crimes while on this Order of Release on Recognizance.

[x] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.

[x] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.

[x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.

[x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.

[x] Any violation of the above conditions will result in revocation of your employment authorization document.

[x] Any violation of these conditions may result in you being taken into ICE custody and you being criminally prosecuted.

[ ] Other;

X _Ranferi   Ramirez_
  Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF RELEASE ON RECOGNIZANCE
## OUT-PROCESSING CHECKLIST

**Sex Offenders**

☐ Probation/Parole Officer Notified

☐ Registered as sex-offender as required by state statute within 7 days

☐ Victim/Witness Coordinator Notified

☐ Victim/Witness Notified

☐ Written Proof of Counseling

**Substance Abusers**

☐ Probation/Parole Officer Notified

☐ Written Proof of Counseling

**All Aliens**

☐ Probation/Parole Officer Notified

☐ Obtain address where living and telephone number

☐ Enter into IDENT      FINS#:  1131522160

☐ NCIC Check

☐ Travel Document Application

☐ Other: _____

| Completed By | |
|---|---|
| Deportation Officer: HYDE, C. 9755 | Date 04/10/2020 |

| Concurrence By | |
|---|---|
| Supervisory Detention and Deportation Officer: WESLING, D 7266 DAVID T WESLING | Date 04/10/2020 |

U.S. Department of Homeland Security                    **Continuation Page for Form** I-220A

| Alien's Name | File Number | Date |
|---|---|---|
| RAMIREZ-MALDONALDO, RANFERI | 205 241 005<br>Event No: BOS1902000217 | 04/10/2020 |

ADDITIONAL CONDITIONS
---------------------
(1)
Your release is contingent upon your enrollment and successful participation in an
Alternatives to Detention (ATD) Program as designated by the Department of Homeland
Security.  As part of the ATD program, you will be subject to electronic monitoring and may
be subject to a curfew.  Failure to comply with the requirements of the ATD program may
result in a redetermination of your release conditions or your arrest and detention.  If
fitted with a GPS tracking ankle bracelet, do not tamper with or remove the device.
Tampering with or damaging the device may result in your arrest, detention, and prosecution
under 18 U.S.C. 1361.
(2)
•Releasee will be taken from the facility to the place of residence previously identified to
ICE;
(3)
•Releasees are to be fully quarantined for 14 days from date leaving facility to the
residence;
(4)
•During and after the 14-day quarantine, releasees will remain under house arrest and shall
not leave the residence for any reason unless to attend immigration proceedings or attend to
their own medical needs should those needs be so severe that they have to go to a doctor's
office or hospital (in which case they shall notify ICE as soon as practicable of their
medical necessity).

| Signature | Title |
|---|---|
| _for_ C. 9755 HYDE | Deportation Officer |

5 of 5 Pages