**EXHIBIT F**

## Savino - Conferral re: Subpoena to BI

### Aseem Mehta <aseem.mehta@ylsclinics.org>
Wed 6/24/2020 2:26 PM

**To:** Sady, Michael (USAMA) <Michael.Sady@usdoj.gov>
**Cc:** Michael Wishnie <michael.wishnie@ylsclinics.org>; Reena Parikh <reena.parikh@YLSClinics.org>; Muneer Ahmad <muneer.ahmad@ylsclinics.org>; bristol-conditions@mailman.yale.edu <bristol-conditions@mailman.yale.edu>; Oren Sellstrom <osellstrom@lawyersforcivilrights.org>

 1 attachments (424 KB)
2020.06.16 Subpoena to BI - Final for Service.pdf;

Mike,

We understand from BI's counsel that the government has instructed BI to disobey the subpoena (attached), which had required their compliance by 12pm EST today.
We request an immediate conferral. Please let us know of your soonest availability for a phone call.

If we cannot work this out today, we will have no choice but to seek relief from the Court.

Regards,
Aseem

--
**Aseem Mehta**
he/him/his
Law Graduate
Jerome N. Frank Legal Services Organization
Yale Law School
aseem.mehta@ylsclinics.org