UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated,<br><br>        Petitioners-Plaintiffs,<br><br>        v.<br><br>STEVEN J. SOUZA,<br><br>        Respondent-Defendant. | Case No. 1:20-cv-10617 WGY |

**NOTICE OF SUPPLEMENTAL DECLARATIONS**

    Plaintiffs in the above-captioned action hereby submit the following declarations relevant to the bail revocation hearing scheduled for June 25, 2020:

    A. Desmond Lee Joseph

    B. Kavon Mahadeo

    C. Lucas Valentim

    D. Ranferi Ramirez Maldonado

    E. Pamlar Fereira

    F. Gabino Del Moran

June 25, 2020

Respectfully Submitted,
/s/ Michael J. Wishnie

Oren Nimni (BBO #691821)
Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal†
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

Grace Choi, Law Student Intern*
Kayla Crowell, Law Student Intern*
Aseem Mehta, Law Graduate*
Alden Pinkham, Law Graduate*
Megan Yan, Law Graduate*
Muneer I. Ahmad†
Reena Parikh†
Michael Wishnie (BBO# 568654)
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Lisa Pirozzolo (BBO #561922)
John J. Butts (BBO #643201)
Vinita Ferrera (BBO #631190)
Felicia Ellsworth (BBO #665232)
Nicole M.F. Dooley (BBO #690539)
Annaleigh Curtis (BBO #696165)
Michael Brown (BBO #695276)
Rama Attreya (BBO #699395)
Gary Howell-Walton (BBO #705470)
Elizabeth Driscoll (BBO # 705302)
Mikayla Foster (BBO # 705360)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 021009
Lisa.Pirozzolo@wilmerhale.com

*Motion for Law Student/Law Graduate Appearance pending
† Motion for appearance pro hac vice forthcoming

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 25, 2020 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Date:   June 25, 2020

/s/  Michael J. Wishnie
Michael J. Wishnie