6/24/20

Dear Judge Young,

FILED IN CLERKS OFFICE
2020 JUN 29 AM 1:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

I am asplrg for your help. I am a young man currently detained by Ice on a misdemand drug charge. I have made mistakes in my life and was deep in the streets at a young age. Life has not been easy for me, In 2017 I witnessd my two brother get exected by a rival. After this happened, I didn't know how to cope and began abusing drugs. I have learned from my mistakes and have changed as a result of my time spent incarcerated. I have learned self-control, addressed my anger issues and humbled myslef. I have became a better man and have realized that family is all that matter to me now. I have young brother and sisters. Who look up to me. I have 2 son that mean the world to me that I have not seen in 3 years. If deported, I have no family in Somalia my hole family is in American, Citizens. I have plans for my future upon return to the community I want to get my barber license, I love cutting hair. While I study for my license, I alredy have jods lined up for me in construction or get a warehouse. I know how to make money in legitmate ways. All I do now is stress about my family my mental health has been greatly Impacted by my trauma in the community

and stress of prolonged Incarceration. I speak regularly with Mental health and now take psychiatric medication just too help me get through the day. Additionally I am sure that I will not be recieved with open froa. Should I be fored to return too Somalia. The ruling Faction as well the terriost groud Al-Shabb have declared war on my people the Bantu tribe. Those gronps. and have also expressed their hated for Americans and "Americanized" Individuals Such as Myslef. My earliest Memories are here in american, In fact my Only memories are here in Amecian, I have No memorie of Somalia I don't speark the Language Well enough as no the Costoms Well enough to hide my true nationality which is american. It also doesn't help my situation that I am an open bi-sexual and will be killed in Somalia for this alone. Ima also currently preparing to take the test for my Ged after months of Studying becuse I know that will increse my change to obtain gainful employment while I attend School. trying see if you can help me with house Asster or bond.

thank you for your time.

Omer Om.

Plymouth County Correctional Facility
26 Long Pond Road
Plymouth MA 02360

Your Full Name  Su Nombre Lleno
Omar, Omar
ID# 78775

Unit & Room #  GNE 110
La unidad y Numero del Cuarto
THIS CORRESPONDENCE IS FORWARDED FROM
THE PLYMOUTH COUNTY CORRECTIONAL
FACILITY THE CONTENTS MAY NOT HAVE B'EN
EVALUATED AND THE PLYMOUTH COUNTY
SHERIFF S DEPARTMENT IS NOT RESPONSIBLE
FOR THE SUBSTANCE OR CONTENT OF THE
ENCLOSED MATERIAL

BROCKTON MA 023

25 JUN 2020 PM 3 L



*PLSCMS 1 SCREENED*

Judge William Young
US District Court for District of Massachusetts
1 Courthouse Way
Boston, MA 02210

02210$3002 C073