UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
**MARIA ALEJANDRA CELIMEN SAVINO**         )
and **JULIO CESAR MEDEIROS NEVES**,        )
                                           )
**Petitioners-Plaintiffs,**                )
                                           )   20-cv-10617 WGY
     v.                                    )
                                           )
**THOMAS HODGSON, et al.,**                )
                                           )
     **Respondents-Defendants.**           )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Augustin Rubio-Suares** (for removal to Mexico) and **Ahmed Hassan** (for removal to Pakistan) will be transferred out of the Bristol County House of Corrections to facilitate their removal from the United States during the week of July 19, 2020.  They have been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1]  With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections will be 55.

                                        Respectfully submitted,

                                        ANDREW E. LELLING,
                                        United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA."  Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20).  Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | By: */s/ Thomas E. Kanwit* |
|  | Thomas E. Kanwit |
|  | Michael Sady |
|  | Assistant U.S. Attorneys |
|  | U.S. Attorney's Office |
|  | John J. Moakley U.S. Courthouse |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, MA  02210 |
|  | (617) 748-3100 |
| July 16, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Thomas E. Kanwit*
Dated:   July 16, 2020                     Thomas E. Kanwit