# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | |
| MARIA ALEJANDRA CELIMEN SAVINO | ) | |
| and JULIO CESAR MEDEIROS NEVES, | ) | |
| | ) | |
| Petitioners-Plaintiffs, | ) | |
| | ) | 20-cv-10617 WGY |
| v. | ) | |
| | ) | |
| THOMAS HODGSON, et al., | ) | |
| | ) | |
| Respondents-Defendants. | ) | |
| | ) | |

_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that

Darcy McMenamin will be transferred out of the Bristol County House of Corrections to

facilitate his removal from the United States to Great Britain during the week of July 19, 2020.

He has been tested for COVID-19 using an FDA-approved RT-PCR test received negative

results.[1]  With that transfer, the number of immigration detainees remaining at Bristol County

House of Corrections will be 57.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA."  Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20).  Defendants understand the Court's order to include EUA-approved tests as acceptable.

By:   */s/ Thomas E. Kanwit*
       Thomas E. Kanwit
       Michael Sady
       Assistant U.S. Attorneys
       U.S. Attorney's Office
       John J. Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3100

July 16, 2020       thomas.kanwit@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Thomas E. Kanwit*

Dated:   July 16, 2020       Thomas E. Kanwit