UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**      )
**and JULIO CESAR MEDEIROS NEVES,**        )
                                                                    )
**Petitioners-Plaintiffs,**                              )
                                                                    )   20-cv-10617 WGY
         **v.**                                                  )
                                                                    )
**THOMAS HODGSON, et al.,**                    )
                                                                    )
         **Respondents-Defendants.**               )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Oscar R. Hernandez-Andino** (for removal to Honduras), **Isaac Jelleh Doe** (for removal to Liberia) and **Aaron Soe** (also for removal to Liberia) will be transferred out of the Bristol County House of Corrections to facilitate their removal from the United States during the week of July 26, 2020. They have been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1] With those transfers, the number of immigration detainees remaining at Bristol County House of Corrections will be 51.

Respectfully submitted,

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | ANDREW E. LELLING,<br>United States Attorney |
|  |  |
|  | By: */s/ Thomas E. Kanwit*<br>Thomas E. Kanwit<br>Michael Sady<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100 |
| July 22, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   July 16, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit