# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
)
MARIA ALEJANDRA CELIMEN SAVINO )
and JULIO CESAR MEDEIROS NEVES,   )
                                  )
Petitioners-Plaintiffs,            )
                                  )     20-cv-10617 WGY
   v.                             )
                                  )
THOMAS HODGSON, et al.,            )
                                  )
   Respondents-Defendants.         )
_____  _)

## NOTICE OF APPEAL

Notice is hereby given that the Respondents-Defendants hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (William G. Young, J.) following orders:

1. Order (May 7, 2020), ECF No. 168;

2. Order (May 11, 2020), ECF No. 172;

3. Order (May 12, 2020), ECF No. 175;

4. Order (June 3, 2020), ECF No. 206; and

5. Order (June 18, 2020), ECF No. 225.

                              Respectfully submitted,

                              ANDREW E. LELLING,
                              United States Attorney

                       By: */s/ Thomas E. Kanwit*
                              Thomas E. Kanwit
                              Michael Sady
                              Assistant U.S. Attorneys
                              U.S. Attorney's Office
                              John J. Moakley U.S. Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              (617) 748-3100
August 3, 2020                thomas.kanwit@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                      */s/ Thomas E. Kanwit*
Dated:  August 3, 2020                            Thomas E. Kanwit