UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO and JULIO CESAR MEDEIROS NEVES, <br><br>Petitioners-Plaintiffs, <br><br>v. <br><br>THOMAS HODGSON, et al., <br><br>Respondents-Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) 20-cv-10617 WGY |

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Marco Tulio Guerra Nolasco** (for removal to El Salvadore), **Brayan Alejandro Tarax-Villeda** (for removal to Guatemala), **Oscar R. Hernandez-Andino** (for removal to Honduras), and **Cyril Okoli** (for removal to Nigeria) will be transferred out of the Bristol County House of Corrections sometime after August 9, 2020 to facilitate their removal from the United States thereafter. They have been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1] With those transfers, the number of immigration detainees remaining at Bristol County House of Corrections will be 48.

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

By: */s/ Thomas E. Kanwit*
Thomas E. Kanwit
Michael Sady
Assistant U.S. Attorneys
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
August 5, 2020                 thomas.kanwit@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   August 5, 2020                  */s/ Thomas E. Kanwit*
                                          Thomas E. Kanwit