**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                            )
**MARIA ALEJANDRA CELIMEN SAVINO**          )
**and JULIO CESAR MEDEIROS NEVES,**         )
                                            )
**Petitioners-Plaintiffs,**                 )
                                            )     **20-cv-10617 WGY**
    **v.**                                  )
                                            )
**THOMAS HODGSON, et al.,**                 )
                                            )
    **Respondents-Defendants.**             )
_____)

**DEFENDANTS' NOTICE OF CONTINUING BOND VIOLATIONS**
**AND RENEWED MOTION TO REVOKE BAIL**

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Carlos Gutierrez-Deleon** continues to violate the home confinement condition of his bond order.  He does so despite being told repeatedly by USCIS and its contractor, BI, and presumably by his counsel, that he is not to leave home.  He is aware that he is violating the order and simply does not care.  Given that the Court has taken no steps to enforce its order despite extensive proof of the violations, his impunity is unsurprising.  His most recent violations, as well as his admission that he knows he is violating and simply does not care, are detailed in the attached declaration as Exhibit A.   His prior violations have been previously reported to the Court, but threeof the previously submitted declarations are re-submitted herewith for the Court's convenience.

In light of the fact that one detainee cut his bracelet, another assaulted his girlfriend and then tested positive for COVID-19 after repeatedly violating the home confinement, the Court's apparent indifference to the violations of its order is perplexing.  Nonetheless, Defendants renew

their motion for revocation of bond for all the detainees that have violated the Court's order and for Gutierrez-Deleon in particular.

          Respectfully submitted,

          ANDREW E. LELLING,
          United States Attorney

By:   */s/ Thomas E. Kanwit*
      Thomas E. Kanwit
      Michael Sady
      Assistant U.S. Attorneys
      U.S. Attorney's Office
      John J. Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210
      (617) 748-3100

August 6, 2020       thomas.kanwit@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/ Thomas E. Kanwit*
Dated:  August 6, 2020       Thomas E. Kanwit