UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Maria Alejandra Celiman Savino et al ) <br> ) <br>     Petitioners-Plaintiffs, ) <br> ) <br>               v. ) <br> ) <br> Thomas Hodgson et al, ) <br> ) <br>     Respondents-Defendant. ) <br> ) | CIVIL ACTION <br> NO. 20-10617-WGY |

YOUNG, D.J.                                              August 10, 2020

**ORDER**

The Court hereby revokes the bail of Carlos Gutierrez-Deleon.

**SO ORDERED.**

                                             /s/ William G. Young
                                             WILLIAM G. YOUNG
                                             UNITED STATES DISTRICT JUDGE