UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
**MARIA ALEJANDRA CELIMEN SAVINO**           )
**and JULIO CESAR MEDEIROS NEVES,**          )
                                            )
**Petitioners-Plaintiffs,**                  )
                                            )       20-cv-10617 WGY
        v.                                   )
                                            )
**THOMAS HODGSON, et al.,**                  )
                                            )
        **Respondents-Defendants.**          )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Oscar Alvarez-Silva** (for removal to Mexico) and **Eduardo Alonso Tejada-Alarcon** (for removal to El Salvador) will be transferred out of the Bristol County House of Corrections on September 1, 2020 or shortly thereafter.[1]  They have been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[2]  With those transfers, the number of immigration detainees remaining at Bristol County House of Corrections will be 41.

---

[1] Tejada-Alarcon is separately represented in his immigration proceedings where he withdrew his appeal and expressed his desire to be removed as soon as possible.  *See* Exhibit A hereto.

[2] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA."  Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20).  Defendants understand the Court's order to include EUA-approved tests as acceptable.

                                      Respectfully submitted,

                                      ANDREW E. LELLING,
                                      United States Attorney

                          By:   */s/ Thomas E. Kanwit*
                                      Thomas E. Kanwit
                                      Michael Sady
                                      Assistant U.S. Attorneys
                                      U.S. Attorney's Office
                                      John J. Moakley U.S. Courthouse
                                      1 Courthouse Way, Suite 9200
                                      Boston, MA  02210
                                      (617) 748-3100
August 28, 2020                    thomas.kanwit@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Thomas E. Kanwit*
Dated:   August 28, 2020                    Thomas E. Kanwit