# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated,<br><br>        Petitioners-Plaintiffs,<br><br>        v.<br><br>STEVEN J. SOUZA,<br><br>        Respondent-Defendant. | Case No. 1:20-cv-10617 WGY |

## **PLAINTIFFS' OPPOSITION TO EMERGENCY MOTION TO REVOKE BAIL**

Plaintiffs oppose Defendant's emergency motion to revoke the bail of Lucas Valentim. Defendant states that Mr. Valentim is to be arraigned in state court this morning. If this is correct, then a state court judge, weighing all of the appropriate factors, will determine whether bail should be set in that matter and/or other appropriate conditions placed upon Mr. Valentim. Mr. Valentim will be able to appear and potentially be appointed counsel who can make appropriate arguments on his behalf.[1] Following these proceedings, Defendant can re-file, or supplement, its Motion to Revoke Bail. At that point, the Court will have the benefit of additional pertinent information, in order to determine whether any change in bail status in this matter is warranted.

---

[1] In light of the emergency nature of Defendant's motion, and the lack of any prior notice given, Plaintiffs' counsel have not been able to contact Mr. Valentim directly.

1

In general, Plaintiffs are concerned about Defendant's increasing rush to this Court with motions and requests that are based on facts that are only partially known. It is Plaintiffs' position that justice is better served on a more complete factual record, rather than through truncated proceedings that cut that possibility short.

## **CONCLUSION**

For the foregoing reasons, Defendant's Emergency Motion To Revoke Bail should be denied.

August 28, 2020

Respectfully Submitted,

*/s/ Oren Sellstrom*
Oren Nimni (BBO #691821)
Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal[†]
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

Muneer Ahmad[†]
Michael Wishnie (BBO# 568654)
Sara Zampierin[±]
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Lisa Pirozzolo
John Butts
Vinita Ferrera
Felicia Ellsworth
Nicole M.F. Dooley
Annaleigh Curtis
Michael Brown
Rama Attreya
Gary Howell-Walton
Mikayla C. Foster
Elizabeth E. Driscoll
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 021009
Lisa.Pirozzolo@wilmerhale.com

---

[†] Admitted *pro hac vice*.
[±] Motion for admission *pro hac vice* pending.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 28, 2020 notice of this filing will be sent by email to all parties.

Date:   August 28, 2020

   */s/ Oren Sellstrom*
Oren Sellstrom (BBO #569045)