**6th Division District Court**

# Case Summary

### Case No. 61-2020-07120

| **State of Rhode Island v. Lucas Valentin** | § § | Location: **6th Division District Court** Filed on: **08/28/2020** |
|---|---|---|

## Case Information

| **Offense** | **Statute** | **Degree** | **Offense Date** | **Filed Date** | |
|---|---|---|---|---|---|
| | | | | | Case Type: Misdemeanor |
| | | | | | Case Status: **08/28/2020** Open |
| Jurisdiction: **Pawtucket Police Department** | | | | | |
| 1. Domestic Violence - Simple Assault and/or Battery - 1st Offense | 11-5-3(b) and 12-29(a)(1) | M | 08/27/2020 | 08/28/2020 | |
|    Arrest | | | | | |
| 2. Domestic Violence - Disorderly Conduct - 1st Offense | 11-45-1(a) and 12-29-2(a)(4) | M | 08/27/2020 | 08/28/2020 | |
|    Arrest | | | | | |

## Party Information

| **Plaintiff** | **State of Rhode Island** |
|---|---|
| **Defendant** | **Valentin, Lucas**<br>   DOB:  09/11/1984 |
| **Agency** | **PAWTUCKET POLICE DEPARTMENT**<br>   SID:  @11807610 |

## Case Events

| 08/28/2020 | Criminal Complaint Filed |
|---|---|
| 08/28/2020 | Not Guilty Plea Entered |
| 08/28/2020 | Waiver of Jury Trial |
| 08/28/2020 | No Contact Order |
| 08/28/2020 | Mittimus Issued |
| 08/28/2020 | Request for an Interpreter |
| 08/28/2020 | Writ of Habeas Corpus Issued |
| 08/28/2020 | Request for an Interpreter |

## Hearings

08/28/2020  **Arraignment**   (9:00 AM)   (Judicial Officer: O'Neill, Magistrate J. Patrick)
         *Hearing Concluded*

09/24/2020  **Pretrial Conference**   (9:00 AM)   (Judicial Officer: Isherwood, Stephen M.)

## Bond Settings

6th Division District Court

**Case Summary**

**Case No. 61-2020-07120**

---

08/28/2020  **Bond Setting**
    Surety $1,000.00 (@10%  $100.00) Any Conditions:
      - Domestic No Contact Order