UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**MARIA ALEJANDRA CELIMEN SAVINO**  )
**and JULIO CESAR MEDEIROS NEVES,** )
                                              )
**Petitioners-Plaintiffs,**           )
                                              )      20-cv-10617 WGY
     **v.**                               )
                                              )
**THOMAS HODGSON, et al.,**           )
                                              )
     **Respondents-Defendants.**      )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Gabri Darlin Javier De La Paz** (for removal to the Dominican Republic) and **Jhony Orlando Bonilla Ochoa** (for removal to Guatemala) will be transferred out of the Bristol County House of Corrections on September 7, 2020 or shortly thereafter. They have been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1] With those transfers, the number of immigration detainees remaining at Bristol County House of Corrections will be 39.

                              Respectfully submitted,

                              ANDREW E. LELLING,
                              United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | By: */s/ Thomas E. Kanwit* |
|  | Thomas E. Kanwit |
|  | Michael Sady |
|  | Assistant U.S. Attorneys |
|  | U.S. Attorney's Office |
|  | John J. Moakley U.S. Courthouse |
|  | 1 Courthouse Way, Suite 9200 |
|  | Boston, MA  02210 |
|  | (617) 748-3100 |
| September 2, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Thomas E. Kanwit*
Dated:   September 2, 2020           Thomas E. Kanwit