UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
**MARIA ALEJANDRA CELIMEN SAVINO**    )
**and JULIO CESAR MEDEIROS NEVES,**   )
                                      )
**Petitioners-Plaintiffs,**           )
                                      )     **20-cv-10617 WGY**
        v.                            )
                                      )
**THOMAS HODGSON, et al.,**           )
                                      )
        **Respondents-Defendants.**   )
_____)

**DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL**

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **JERRY OFOSUHENE** (for removal to Ghana) will be transferred out of the Bristol County House of Corrections during the week of September 14, 2020. He has been tested for COVID-19 using an FDA-approved RT-PCR test received negative results.[1] With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections will be 38.

                                        Respectfully submitted,

                                        ANDREW E. LELLING,
                                        United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | By: */s/ Thomas E. Kanwit* <br> Thomas E. Kanwit <br> Michael Sady <br> Assistant U.S. Attorneys <br> U.S. Attorney's Office <br> John J. Moakley U.S. Courthouse <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA  02210 <br> (617) 748-3100 |
| September 4, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | */s/ Thomas E. Kanwit* |
| Dated:   September 4, 2020 | Thomas E. Kanwit |