UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated,<br><br>Petitioners-Plaintiffs,<br><br>v.<br><br>STEVEN J. SOUZA,<br><br>Respondent-Defendant. | Case No. 1:20-cv-10617 WGY |

## JOINT MOTION TO VACATE BAIL ORDER OF KARINA ROJAS VARGAS

The parties jointly move the Court to vacate the bail order of class member Karina Rojas Vargas (ECF 147). Ms. Rojas Vargas has obtained final relief in immigration court, and therefore is no longer in removal proceedings. Had she still been detained at Bristol County House of Correction, this would have resulted in her release. Accordingly, her bail order is now moot. ICE removed her ankle monitor on August 18, 2020.

September 10, 2020

Respectfully Submitted,

| | |
|---|---|
| __/s/Muneer Ahmad__<br>Oren Nimni (BBO #691821)<br>Oren Sellstrom (BBO #569045)<br>Lauren Sampson (BBO #704319)<br>Ivan Espinoza-Madrigal†<br>Lawyers for Civil Rights<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>(617) 988-0606<br>onimni@lawyersforcivilrights.org | ANDREW E. LELLING<br>United States Attorney<br><br>_/s/ Thomas E. Kanwit_____<br>Attorney for Defendant<br>Michael Sady<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>John J. Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>Thomas.kanwit@usdoj.gov |

1

Grace Choi, Law Student Intern[*]
Emily Jo Coady, Law Student Intern[*]
Kayla Crowell, Law Student Intern[*]
Megan Hauptman, Law Student Intern[*]
Fernando Quiroz, Law Student Intern[*]
Isir Said, Law Student Intern[*]
Muneer Ahmad[†]
Michael Wishnie (BBO# 568654)
Sara Zampierin[±]
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Lisa Pirozzolo
John Butts
Vinita Ferrera
Felicia Ellsworth
Nicole M.F. Dooley
Annaleigh Curtis
Michael Brown
Rama Attreya
Gary Howell-Walton
Mikayla C. Foster
Elizabeth E. Driscoll
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 021009
Lisa.Pirozzolo@wilmerhale.com

---

[†] Admitted *pro hac vice*.
[±] Motion for admission *pro hac vice* pending.
[*] Motion for law student appearances pending.