UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**   )
**and JULIO CESAR MEDEIROS NEVES,**  )
                                    )
**Petitioners-Plaintiffs,**          )
                                    )      20-cv-10617 WGY
   v.                               )
                                    )
**THOMAS HODGSON, et al.,**          )
                                    )
   **Respondents-Defendants.**       )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Carlos Enrique Sis Duarte, Bacilio Blanco** and **Emmanuel Ernest Lopez-Gonzalez** will be transferred out of the Bristol County House of Corrections during the week of September 28, 2020 in preparation for their removal to Guatemala. They have been tested for COVID-19 using an FDA-approved RT-PCR test and received negative results.[1] With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections will be 31.

        Respectfully submitted,

        ANDREW E. LELLING,
        United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
| | By:   */s/ Thomas E. Kanwit* |
| | Thomas E. Kanwit |
| | Michael Sady |
| | Assistant U.S. Attorneys |
| | U.S. Attorney's Office |
| | John J. Moakley U.S. Courthouse |
| | 1 Courthouse Way, Suite 9200 |
| | Boston, MA  02210 |
| | (617) 748-3100 |
| September 23, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   September 23, 2020

    */s/ Thomas E. Kanwit*
    Thomas E. Kanwit