UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**    )
**and JULIO CESAR MEDEIROS NEVES,**        )
                                                                    )
**Petitioners-Plaintiffs,**                                )
                                                                    )     20-cv-10617 WGY
       v.                                                          )
                                                                    )
**THOMAS HODGSON, et al.,**                       )
                                                                    )
       **Respondents-Defendants.**                )
_____)

## DEFENDANTS' NOTICE OF TRANSFER OUT OF BRISTOL

Respondents-Defendants hereby provide the Court and opposing counsel with notice that **Edson Martins** has received a voluntary departure order from the immigration court and he has purchased a plane ticket to depart the United States on October 1, 2020 from Boston's Logan Airport at approximately 9:20 p.m. for return to Cape Verde. ICE will transport him from Bristol County House of Corrections to Logan Airport on that day. He has been tested for COVID-19 using an FDA-approved RT-PCR test and received negative results.[1] He will be tested again prior to his transport. With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections will be 30.

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

                                                Respectfully submitted,

                                                ANDREW E. LELLING,
                                                United States Attorney

                                   By:    */s/ Thomas E. Kanwit*
                                                Thomas E. Kanwit
                                                Michael Sady
                                                Assistant U.S. Attorneys
                                                U.S. Attorney's Office
                                                John J. Moakley U.S. Courthouse
                                                1 Courthouse Way, Suite 9200
                                                Boston, MA  02210
                                                (617) 748-3100
September 28, 2020                      thomas.kanwit@usdoj.gov


## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Thomas E. Kanwit*
Dated:   September 28, 2020                Thomas E. Kanwit