UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                              )
**MARIA ALEJANDRA CELIMEN SAVINO** )
**and JULIO CESAR MEDEIROS NEVES,** )
                                              )
**Petitioners-Plaintiffs,**         )
                                              )    20-cv-10617 WGY
    v.                                    )
                                              )
**STEVEN SOUZA,**                  )
                                              )
    **Respondent-Defendant.**   )
_____)

## DEFENDANT'S NOTICE OF TRANSFER OUT OF BRISTOL

Respondent-Defendant hereby provides the Court and opposing counsel with notice that **Mario Ivan Pillco-Morocho** will be transferred out of the Bristol County House of Corrections during the week of October 26, 2020 in preparation for his removal to Ecuador. He has been tested for COVID-19 using an FDA-approved RT-PCR test and received negative results.[1] With that transfer, the number of immigration detainees remaining at Bristol County House of Corrections will be 28.

                              Respectfully submitted,

                              ANDREW E. LELLING,
                              United States Attorney

---

[1] FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA." Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic. *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20). Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
| | By:  */s/ Thomas E. Kanwit*
Thomas E. Kanwit
Michael Sady
Assistant U.S. Attorneys
U.S. Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100 |
| October 22, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   October 22, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit