# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> STEVEN J. SOUZA, <br><br> Respondent-Defendant. | Case No. 1:20-cv-10617 WGY <br><br> **ORAL ARGUMENT REQUESTED** |

## MOTION TO COMPEL COMPLIANCE WITH RULE 34 NOTICE OF INSPECTION

Pursuant to Federal Rule of Civil Procedure 37, and Local Rules 7.1 and 37.1 Petitioners-Plaintiffs Maria Alejandra Celimen Savino, Julio Cesar Medeiros Neves, and the class of civil immigration detainees that has been certified in this matter (collectively, "Plaintiffs"), hereby request an order compelling Defendant to allow them to inspect the Bristol County House Of Correction ("BCHOC") facilities consistent with their Federal Rule of Civil Procedure 34 subpoena for inspection.

As grounds for this motion, Plaintiffs rely on (1) their concurrently filed Memorandum of Law in Support of Motion to Compel Compliance with Rule 34 Notice of Inspection; (2) the Declaration of Andy O'Laughlin; and (3) the Exhibits attached thereto. A proposed order allowing Plaintiffs access to perform an inspection of BCHOC facilities under special conditions to ensure public health and safety in light of the current COVID-19 pandemic is filed herewith.

WHEREFORE, Plaintiffs respectfully request that the court enter the proposed order to facilitate their Rule 34 inspection.

October 23, 2020                                    Respectfully Submitted,

*-/s/ Andy O'Laughlin*                     -
Oren Sellstrom (BBO #569045)
Oren Nimni (BBO #691821)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal†
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

Michael Wishnie (BBO #568654)
Muneer I. Ahmad†
Sarah Zampierin†
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Lisa Pirozzolo (BBO #561922)
John J. Butts (BBO #643201)
Vinita Ferrera (BBO #631190)
Felicia Ellsworth (BBO #665232)
Nicole M.F. Dooley (BBO #690539)
Andy O'Laughlin (BBO # 691836)
Annaleigh Curtis (BBO #696165)
Michael Brown (BBO #695276)
Rama Attreya (BBO #699395)
Gary Howell-Walton (BBO #705470)
Elizabeth Driscoll (BBO # 705302)
Mikayla Foster (BBO # 705360)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 021009
lisa.pirozzolo@wilmerhale.com

† Admitted *pro hac vice*

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument to address this motion as such argument will assist the Court in addressing the issues raised herein.

October 23, 2020                                                                   -/s/ *Andy O'Laughlin*            -
                                                                                              Andy O'Laughlin

**CERTIFICATE OF COMPLIANCE WITH
FED. R. CIV. P. 37(a)(1) AND LOCAL RULES 7.1 AND 37.1**

I, Andy O'Laughlin, hereby certify pursuant to Fed. R. Civ. P. 37(a)(1) and Local Rules 7.1(a)(2) and 37.1(b) that counsel in this matter have held discovery conferences by telephone and email exchange over an extended period of time from July 14, 2020 through October 23, 2020, in order to determine whether the disputed issues, as articulated in the accompanying Memorandum of Law, could be resolved, but no agreement was reached. The Plaintiffs' efforts to resolve the disputed issues without a motion to compel are discussed more fully in the accompanying Memorandum of Law.

October 23, 2020                                    -/s/ *Andy O'Laughlin*              -
                                                    Andy O'Laughlin

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 23, 2020 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of this court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

October 23, 2020                                                          -/s/ Andy O'Laughlin                -
                                                                                            Andy O'Laughlin