# United States Court of Appeals
## For the First Circuit

No. 20-1564

MARIA ALEJANDRA CELIMEN SAVINO, and all those similarly situated; JULIO CESAR MEDEIROS NEVES, and all those similarly situated,

Petitioners - Appellees/Cross - Appellants

v.

STEVEN J. SOUZA, in his official capacity as Superintendent of the Bristol County House of Corrections

Respondent - Appellant/Cross - Appellee

THOMAS M. HODGSON, in his official capacity as Bristol County Sheriff; U.S. IMMIGRATION ANDCUSTOMS ENFORCEMENT (ICE); TODD M. LYONS, in his official capacity as Acting Director of the Boston Field Office of Immigration and Customs Enforcement; CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security; MATTHEW T. ALBENCE, in his official capacity as Deputy Director and Senior Official performing the duties of the Director for U.S. Immigration and Customs Enforcement

Respondents

**JUDGMENT**

Entered: October 28, 2020
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs. Nothing in this judgment should be construed to affect Appeal No. 20-1626, which remains pending.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Felicia H. Ellsworth
John Joseph Butts
Lisa Pirozzolo

Michael J. Wishnie
Muneer I. Ahmad
Nicole M. Fontaine Dooley
Ivan Espinoza-Madrigal
Oren McCleary Sellstrom
Annaleigh Elizabeth Curtis
Oren Nimni
Reena Parikh
Elizabeth E. Driscoll
Gary Barrington Howell-Walton
Michael J. Brown
Mikayla C. Foster
Rama S. Attreya
Sara Michelle Zampierin
Vinita Ferrera
Thomas E. Kanwit
Donald Campbell Lockhart
Michael P. Sady
Christina Parascandola
William W. Fick
John A. Hawkinson