UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
**MARIA ALEJANDRA CELIMEN SAVINO**   )
**and JULIO CESAR MEDEIROS NEVES,**  )
                                    )
**Petitioners-Plaintiffs,**          )
                                    )   20-cv-10617 WGY
         v.                          )
                                    )
**STEVEN SOUZA,**                    )
                                    )
         **Respondent-Defendant.**   )
_____)

## DEFENDANT'S NOTICE OF TRANSFER OUT OF BRISTOL

Respondent-Defendant hereby provides the Court with notice that **FLAVIO ANDRADE PRADO JUNIOR** will be transferred out of the Bristol County House of Corrections and into the Franklin County House of Corrections during the week of November 30, 2020.  Mr. Andrade Prado Junior was tested for COVID-19 using an FDA-approved RT-PCR test and received negative results.[1]  Opposing counsel has been notified and indicated they do not object to the transfer.

                      Respectfully submitted,

                      ANDREW E. LELLING,

---

[1] This detainee was tested on May 4, 2020 with negative results.  He refused a subsequent test on November 24, 2020.  Regarding the type of test used, FDA has approved a number of vendors' tests on an interim basis pursuant to what it calls an Emergency Use Authorization or "EUA."  Upon information and belief, this is a fast-track review process that does not lead to a complete approval, but instead a temporary emergency approval in light of the pandemic.  *See, e.g.*, https://www.fda.gov/emergency-preparedness-and-response/mcm-legal-regulatory-and-policy-framework/emergency-use-authorization (accessed 5/28/20).  Defendants understand the Court's order to include EUA-approved tests as acceptable.

|  |  |
|---|---|
|  | United States Attorney |
|  | By: */s/ Thomas E. Kanwit* <br> Thomas E. Kanwit <br> Michael Sady <br> Assistant U.S. Attorneys <br> U.S. Attorney's Office <br> John J. Moakley U.S. Courthouse <br> 1 Courthouse Way, Suite 9200 <br> Boston, MA  02210 <br> (617) 748-3100 |
| November 30, 2020 | thomas.kanwit@usdoj.gov |

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:   November 30, 2020

*/s/ Thomas E. Kanwit*
Thomas E. Kanwit