UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                    )
MARIA ALEJANDRA CELIMEN SAVINO,     )
JULIO CESAR MEDEIROS NEVES,         )
and all those similarly situated,   )
                                    )
          Plaintiffs-Petitioners,   )
                                    )     CIVIL ACTION
     v.                             )     NO. 20-10617-WGY
                                    )
STEVEN J. SOUZA, Superintendent of  )
Bristol County House of Correction  )
in his official capacity,           )
                                    )
          Defendant-Respondent.     )
                                    )
_____
```

YOUNG, D.J.                                         December 18, 2020

**ORDER**

The motion for reconsideration of bail denials and renewed motion for release on bail is DENIED. But for the subject matter of this class action, each of the petitioners is lawfully detained. Bail in habeas cases is, and ought be, rare. Habeas actions are generally not the proper avenue to address conditions of confinement.

That said, the Court understands that its denials of bail have been argued to be res judicata in other proceedings. This is improper. This Court's determinations are limited to the unique set of circumstances presented herein and are not germane to other proceedings – and then only in the most general sense.

[2]

Finally, the Court observes that the fairly dramatic reduction in the number of detainees presently being held at the Bristol County House of Correction calls into question the continued propriety of treating this matter as a class action since the numerousity requirement may no longer be met.

          By the Court,

          /s/ William G. Young
          WILLIAM G. YOUNG
          DISTRICT JUDGE