# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, and JULIO CESAR MEDEIROS NEVES, <br><br> Petitioners, <br><br> v. <br><br> STEVEN J. SOUZA, Superintendent, <br><br> Respondent. | ) ) ) ) ) ) ) ) ) 1:20-cv-10617 WGY ) ) ) ) ) ) |

## RESPONDENT'S MOTION TO DECERTIFY THE CERTIFIED CLASS

Respondent, by and through undersigned counsel, hereby respectfully moves the Court to decertify the certified class of "[a]ll civil immigration detainees who are now held by Respondent[] at the Bristol County House of Corrections and the C. Carlos Carreiro Immigration Detention Center in North Dartmouth, Massachusetts." (ECF No. 64 at 29). The grounds for this motion are set forth in the Memorandum in Support of Respondent's Motion to Decertify the Certified Class attached thereto. Undersigned counsel for Respondent conferred in good faith with Petitioners' counsel on January 20, 2020, and Petitioners' counsel indicated they would oppose this motion.

DATE: January 22, 2021          Respectfully submitted,

WILLIAM C. PEACHEY
Director

CHRISTINA PARASCANDOLA
Senior Litigation Counsel

1

By: */s/ Michelle M. Ramus*
MICHELLE M. RAMUS
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation – DCS
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel:     (202) 598-3267
Fax:    (202) 305-7000
Email:  Michelle.M.Ramus@usdoj.gov

THOMAS E. KANWIT
MICHAEL FITZGERALD
Assistant United States Attorneys
United States Attorney's Office
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

*Counsel for Respondent*

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
| DATE: January 22, 2021 | */s/ Michelle M. Ramus*<br>MICHELLE M. RAMUS |