# Exhibit A

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
BOSTON, MA

FILE: A███████-726

IN THE MATTER OF:

CELIMEN SAVINO, MARIA ALEJANDRA

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

____  ORDERED that the request for a change in custody status be denied.

__X__  ORDERED that the request be granted and that respondent be:

____  released from custody on his own recognizance

__X__  released from custody under bond of $3,500.00 xx

__X__  OTHER will assure the respondent's future appearance and the safety of the community: (1) GPS monitoring by DHS; (2) order of supervision as determined by DHS; (3) no contact with husband, Joseph Castro Del Rio. (4) no criminal or civil violations. Violations of any of these conditions may allow DHS, in its discretion, to rearrest the respondent

The Court finds that the following combination of conditions

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived -- (reserved by the DHS, due June 18 2020) 6/18/2020

BOSTON -- BOSTON DETAINED

Date: May 19, 2020

MARIO J. STURLA
Immigration Judge

XS

MAY 19 2020 AM10:52