Name: Liban Abdi Ali   #198712

Address:   400 Faunce Corner Road
            North Dartmouth, MA, 02747

I object the proposed settlement and would like to be present at the <u>Fairness Hearing</u> on May 03, 2021

**Reason:** On Thursday, May 07, 2020, Judge Young issued an order known as a Preliminary Injunction, followed by an opinon on May 12, 2020 further explaining his order. In a powerful order and opinion, The Court ruled strongly in favor of the immigrants detained at Bristol County. The Court ruled that the government likely has acted unconstitutionally and shown deliberate indifference to the substantial risk of serious harm posed by Covid-19 to the immigrants detained at Bristol County in their care. The Court was correct in their ruling. Even after the preliminary injunction was ordered Bristol County House Of Correction failed to keep us safe. In Feb 08, 2021, I Liban Abdi Ali got Covid-19. After myslef and two other detaines receiving a positive Covid test results, Bristol County faild to follow the CDC guideline. Instead of isolating us from the rest of the detaines, they quarantined the entire unit. Which resulted in us spreading Covid to the rest of the detaines who where tested negative.

**Proposal:** If the court finds my reason for objection to be valid, I would like to propose the option of 24hr home confinement. I would like to spend the time while I'm fighting my case with my family. I have served my sentance on the case DHS wants to deport me on. I am not a flight risk due to the fact that my entire family is in the USA and are citizens, my wife, my daughter, and my siblings are born citizens. I am not a danger to the community, due to the fact that I have served my sentance and believe that I am rehabilitated. During my sentance I have received four Certificates and my High School Equivalence. I also ernd over a year of good time and was relesed on mandetory parole.

_Liban Ali_   Date 4-18-21

# CPS CORRECTIONAL HEALTHCARE

## MEDICAL RESULTS NOTICE

(Not for Sensitive Protected Health Information)

NAME: Ali, Liban Abdi

CIN NUMBER: 198712   DATE: FEB 08 2021   TIME: 10:50

The following test(s) were completed:

- Urine _____ • Normal    • Abnormal
- Blood _____ • Normal    • Abnormal
- Stool _____ • Normal    • Abnormal
- Other ___COVID___ (+)          • Normal    •(Abnormal)

If your test results were within the normal range, no additional treatment is needed at this time. You will be seen as scheduled for chronic care clinics and periodic health assessments. If you have medical issues or concerns, please request medical assistance through the sick call process.

If the test results were abnormal, you will be scheduled for an appointment with a medical provider and/or for follow up testing, if needed. **Please be patient. You will be scheduled as soon as we are able.**

Reviewed by Provider: _Megan Madrio, FNP-BC_   FEB 08 2021  10:50

Date Sent to Patient and Copied to Chart: _____   FEB 08 2021

Staff Member Sending Notification: _____

Bristol County Sheriff's Office
400 Faunce Corner Road
North Dartmouth, MA 02747

Your Full Name: Liban A...
*Su Nombre Lieno*

ID#: 148712

Unit & Room #: LCE4
*La unidad y Número del Cuatro*

**USMS SCREENED**

PROVIDENCE RI 028
19 APR 2021 PM 3 L

W.G. Young 20-cv-10617
One Courthouse Way
Boston, MA 02210

THIS CORRESPONDENCE IS FORWARDED FROM THE BRISTOL COUNTY SHERIFF'S OFFICE. THE CONTENTS MAY NOT HAVE BEEN EVALUATED AND THE BRISTOL COUNTY SHERIFF'S OFFICE IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED MATERIAL.