**Aires Da graca**
ID # 158279
Bristol County Sherif"s Office
400 Founce Corner Road
North Dartmouth,Mass. 02747

Date:  April 19,2021

Re:   <u>Civil Actions: N0. 1:20- cv- 10617 WGY</u>

Dear:  *Clerk Office Of*
*United State District Court For*
*District of Massachusetts*



Plaintiffs <u>*objected*</u> the proposed settlement and would like to be present on May 3, 2021 for the ("Fairness Hearing").

**Reason**:

   The reason of this objection is because I feel I should be release on Bail on any condition that You feel reasanoble. I was take in to Custody by IC.E (U.S. Immigration and Custom Enforcement) and detained at Bristol County House Of Correction on September 16, 2019, immediately after been released from serving Six (6) Months Jail term. While being detainend in Bristol County I got diagnosed with (*high blood pressure, diabetes, high cholestorol, thyroid disease, fluid on my legs and shortness of breath*). I have reasons to beleve I have been contracted multiple times in the past with COVID- 19. I had interact wiht Correction Officers, Nurses, and Inmates/Detainee, that had test Positive for COVID - 19. I have gotten very sick in the past with high fiver, not being able to breath and passing-out due to my Medical condition, moving to another Facility do not stop me to get Sick againg.

**I Poposed**

   Due to this condiction above I respectfully ask the Court to release me so I could go Home and take care my medical condItion, and be in a Safe place with my Famaly.

Respectfully submitted,

_____
Aires Da graca
ID <u>158279</u>
Bristol County Department of Corrections
North Dartmouth,Mass. 02747
ICE - A -

# Bristol County Sheriff's Office
## CPS/Correctional Health Care
## Problem List

| | |
|---|---|
| NAME: | Da Graca, Aires daniel |
| DOB: | 7/17/1976 |
| ID#: | 158279 |
| INSTITUTION: | Bristol County Sheriff's Office |

| | | | |
|---|---|---|---|
| Type: | Medical - Special Needs | | |
| Date on set: | 10/2/2019 2:16:56 PM | Status: | Active |
| Person on set: | Jennifer Reilly, NP | | |
| Active Problem: | Bottom Bunk, Stop Date:10/2/2020 | | |

| | | | |
|---|---|---|---|
| | 05-05-20  13:09 Cane, Stop Date:8/5/2020, . | | Bonnie Baird, RN |
| | 04-16-20  13:42 Cane, Stop Date:5/4/2020, . | | Shawna Hughes, NP |

| | | | |
|---|---|---|---|
| Type: | Medical - HTN/CV | | |
| Date on set: | 2/4/2020 1:48:14 PM | Status: | Active |
| Person on set: | Nicholas Rencricca, MD | | |
| Active Problem: | HTN/CV baseline assessment on 2/4/2020 1:48:14 PM | | |

| | | | |
|---|---|---|---|
| | 04-23-20  11:47 HTN/CV follow up on 4/23/2020 11:47:22 AM next follow up in 90 days (Due date: 04/23/2020)., . | | Nicholas Rencricca, MD |

| | | | |
|---|---|---|---|
| Type: | Medical - General Medical | | |
| Date on set: | 4/17/2020 5:21:43 PM | Status: | Active |
| Person on set: | Shawna Hughes, NP | | |
| Active Problem: | hyperlipidemia | | |

| | | | |
|---|---|---|---|
| Type: | Medical - Diabetes | | |
| Date on set: | 4/17/2020 5:22:14 PM | Status: | Active |
| Person on set: | Shawna Hughes, NP | | |
| Active Problem: | type 2 | | |

Printed: 7/13/2020 12:08:12 PM                                    Page 1 of 1

# CPS CORRECTIONAL HEALTHCARE

## MEDICAL RESULTS NOTICE

(Not for Sensitive Protected Health Information)

NAME: Dagraca, Aires-Daniel

CIN NUMBER: 158279     DATE: 10/26/2020    TIME: 9-Am

The following test(s) were completed:

- Urine _____  • Normal   • Abnormal
- (Blood) Lipid - TSH _____  • Normal   • (Abnormal)
- Stool _____  • Normal   • Abnormal
- Other _____  • Normal   • Abnormal

thyroid level went back ↓ to 7 will repeat in 6-8 weeks

If your test results were within the normal range, no additional treatment is needed at this time. You will be seen as scheduled for chronic care clinics and periodic health assessments. If you have medical issues or concerns, please request medical assistance through the sick call process.

If the test results were abnormal, you will be scheduled for an appointment with a medical provider and/or for follow up testing, if needed. Please be patient, you will be scheduled as soon as we are able.

Reviewed by Provider: _____

Date Sent to Patient and Copied to Chart: 10/26/2020

Staff Member Sending Notification: _____





Bristol County Sheriff's Office
400 Faunce Corner Road
North Dartmouth, MA 02747

Your Full Name: Aires Da graca
Su Nombre Lleno

ID#: 15823

Unit & Room #: A
La unidad y Número del Cuatro

USMS SCREENED

PROVIDENCE RI 028
19 APR 2021 PM 3 L

W.G. Young 20-cv-10617
1 Courthouse way
Boston, MA, 02210