UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

MARIA ALEJANDRA CELIMEN SAVINO, JULIO CESAR MEDEIROS NEVES, and all those similarly situated,

    Petitioners-Plaintiffs,

v.

STEVEN J. SOUZA,

    Respondent-Defendant.

Case No. 1:20-cv-10617 WGY

## JOINT MOTION TO APPROVE FINAL SETTLEMENT

Plaintiffs and Defendant, pursuant to Fed. R. Civ. P. 23(e), hereby respectfully request that the Court enter an order substantially in the form of the attached Proposed Order, granting Final Approval of the Settlement Agreement. ECF No. 398. As grounds for this motion, Plaintiffs and Defendant rely on their concurrently filed Memorandum of Law in Support.

April 21, 2021

Respectfully submitted,

MARIA ALEJANDRA CELIMEN SAVINO,
JULIO CESAR MEDEIROS NEVES

By their attorneys:

*/s/ Oren Sellstrom*
Oren Sellstrom (BBO #569045)
Lauren Sampson (BBO #704319)
Ivan Espinoza-Madrigal†
Lawyers for Civil Rights
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0606
osellstrom@lawyersforcivilrights.org

Emily Jo Coady, Law Student Intern✦
Grace Choi, Law Student Intern

Kayla Crowell, Law Student Intern
Juan Fernando Luna Léon, Law Student Intern✦

Siyuan Sonia Qin, Law Student Intern✦
Fernando Quiroz, Law Student Intern✦
Isir Said, Law Student Intern✦

Michael Wishnie (BBO# 568654)
Sara Zampierin†
Jerome N. Frank Legal Svcs. Org.
P.O. Box 209090
New Haven, CT 06520
Phone: (203) 432-4800
michael.wishnie@ylsclinics.org

Lisa Pirozzolo (BBO #561922)
John Butts (BBO #643201)
Felicia Ellsworth (BBO #665232)
Nicole M.F. Dooley (BBO #690539)
Annaleigh Curtis (BBO #696165)
Michael Brown (BBO #695276)
Andy O'Laughlin (BBO #691836)
Rama Attreya (BBO #699395)
Gary Howell-Walton (BBO #705470)
Mikayla C. Foster (BBO #705360)
Elizabeth E. Driscoll (BBO #705302)
Asma Jaber (BBO #707322) **
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109
Mike.Brown@wilmerhale.com

NATHANIEL B. MENDELL
Acting United States Attorney
District of Massachusetts
*/s/ Thomas E. Kanwit*
THOMAS E. KANWIT
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
Thomas.kanwit@usdoj.gov
(617) 748-3100
Counsel for Defendant Souza and for Immigration and Customs Enforcement

Date: April 21, 2021

---

† Admitted *pro hac vice*

\* Motion for law student appearance pending.

✦ Motion for law student appearance forthcoming.

\*\* *Pro hac vice* forthcoming

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2) counsel for the parties have conferred regarding this Motion, and jointly request the relief requested herein.

*/s/ Mike Brown*

## **CERTIFICATE OF SERVICE**

I, Mike Brown, hereby certify that a true and accurate copy of this document was served via ECF to all registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as nonregistered participants on April 21, 2021.

*/s/ Mike Brown*