UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIA ALEJANDRA CELIMEN SAVINO, <br><br> JULIO CESAR MEDEIROS NEVES, and all those similarly situated, <br><br> Petitioners-Plaintiffs, <br><br> v. <br><br> STEVEN J. SOUZA, <br><br> Respondent-Defendant. | Case No. 1:20-cv-10617 WGY |

[~~PROPOSED~~] ORDER GRANTING FINAL
APPROVAL OF CLASS ACTION SETTLEMENT

WHEREAS, the above-captioned matter is pending before this Court as a certified class action (the "Action")[1];

WHEREAS, the Parties made an application, pursuant to Federal Rule of Civil Procedure 23(e), for an order: (i) preliminarily approving the Settlement Agreement dated April 6, 2021, which, together with the exhibits annexed thereto, sets forth the terms and conditions for the settlement of the Action; (ii) approving the form of Class Notice, attached as Exhibit D to the Settlement Agreement; and (iii) scheduling a date for the Fairness Hearing, pursuant to Federal Rule of Civil Procedure 23(e), for the Court to consider and determine whether to approve the terms of the Settlement Agreement as fair, reasonable, and adequate; and

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Settlement Agreement. ECF No. 398.

WHEREAS, this Court issued a Preliminary Approval Order, ECF No. 402; approved the form of Class Notice, ECF No. 404; and held a Fairness Hearing on May 3, 2021; and

WHEREAS, this Court has duly considered the arguments in favor of the Settlement Agreement and any objection properly submitted in opposition to the Settlement Agreement;

This Court hereby overrules any and all objections filed in opposition to the Settlement Agreement and finds the Settlement Agreement, inclusive of all terms and conditions set out therein, ECF No. 398, to be fair, reasonable, and adequate, because:

1. Class Members were adequately represented by class representatives and Plaintiffs' counsel;
2. The Settlement Agreement was the product of arm's-length negotiations;
3. The Settlement Agreement provides Class Members with adequate relief; and
4. The Settlement Agreement treats Class Members equitably.

THEREFORE, the settlement of this Action pursuant to the terms and conditions of the Settlement Agreement is hereby approved pursuant to Fed. R. Civ. P. 23(e) and shall be binding on all parties to the Settlement Agreement: the Class Members, Defendant, and Immigration and Customs Enforcement ("ICE").  The terms, conditions, and releases as set forth in the Settlement Agreement are hereby effectuated.

IT IS SO ORDERED.

Dated:  May 13, 2021

/s/ William G. Young
Hon. William G. Young
United States District Judge