UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVINO et al | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO.   1:20-10617-WGY |
| HODGSON et al | |
| Defendant | |

ORDER OF DISMISSAL

YOUNG, DJ ,

    In accordance with the Court's allowance of the parties' joint motion for final approval of class action settlement entered on May 18, 2021, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

May 18, 2021                                /s/ Jennifer Gaudet
Date                                                Deputy Clerk